**Final Report to the Board**
**Of the Chairperson of the Evaluation Committee**

*Choose one: (NOTE: To use gray boxes, right-click and select "Properties" then "checked" then "OK")*

☐ FCIS/AdvancED Full Evaluation ☒ FCIS/AdvancED/FKC Full Evaluation

| | | |
|---|---|---|
| Date of Evaluation: September 23-25, 2015 | | |
| Name of School: Weiss School | | |
| Head of School: Denise Spirou | Number of years as Head of School: 5 | |
| School Address: 4176 Burns Road | | |
| City: Palm Beach Gardens | Zip: 33410 | Phone: 561-775-7794 |
| Board Chairperson: Dr. Martin Weiss | | |
| Chairperson's Address: 115 Playa Rienta Way | | |
| City: Palm Beach Gardens | Zip: 33418 | |
| | | |
| Year established: 1989 | Grades covered: PreK3-8th | Total Enrollment:255 |
| Acreage of campus: 8 acres | # of campuses: 1 | Lowest tuition: $12,500<br>Highest tuition: $17,995 |

School Type: (Select One) ☒Co-ed ☐Boys ☐ Girls
Day/Boarding: (Select One) ☒Day ☐Boarding ☐Day/Boarding
Form of organization: (Select One) ☒Nonprofit ☐Proprietary ☐Corporation for Profit
If religiously affiliated, name the denomination: n/a
List the academic operating divisions of the school (*For example: preschool PK3-PK4, Lower School K-5, Middle School 6-8 and Upper School 9-12)*:
Preschool PK3-PK4
Lower School K-4
Middle School 5-8

DEFENDANT'S EXHIBIT NO. 14 FOR IDENTIFICATION J. Regina DATE: 3/4/2020 RPTR: MB
PENGAD 800-631-6989

| | |
|---|---|
| *Was the self-study complete?* | Yes |
| *Was the self-study well written?* | Yes |
| *Would you award Master In-Service points for this self-study?* | Yes |
| *What evidence is there of compliance with the non-discriminatory requirements of FCIS Bylaws?* | Explain: it is posted on the website |
| *Does the school program adhere to its philosophy?* | Yes |
| *Was the school prepared for the evaluation?* | Yes. The school did an outstanding job of preparing documentation of all standards. |

*List any standards violations by number:* **FCIS/FKC 3.8.7**

## Evaluation Committee Members:

| | |
|---|---|
| **FCIS Chair: Ginger Sauter** | **School: The Village School** |
| **FCIS Vice-Chair:** | **School: N/A** |
| **FKC Chair: Ana Ibanez** | **School: St. John's Episcopal Parish Day School** |
| **FKC Vice-Chair: Jessica Banks** | **School: Out of Door Academy** |

| Committee Member Name | Committee Member School and School Address |
|---|---|
| **Kimberly Downing** | **The Village School** |
| **Shane Tripp** | **Beaches Episcopal** |
| **Amy Rodriguez** | **St. John's Episcopal Parish Day School** |
| **Angela Lodato** | **St. Andrew's School** |

**The Weiss School**
**FULL FCIS/AdvancED/FKC Evaluation**
**September 23-25, 2015**

**Section I:**

**Introduction; Mission, Beliefs and Executive Summary**

The Weiss School has a clearly defined mission to address the needs of gifted and talented students. The goal is to provide a program that more effectively meets the specific needs of this defined population. The school is true to this mission in all areas, with highly qualified teaching staff, programming and long range planning. The school has increased enrollment from 2008 to the current year by 40 students. There has not been any loss of students in any of those years.

The mission and beliefs of the school, along with the teaching philosophy have been a collaborative effort of staff and Board of Trustees, based on sound research regarding best practices of gifted education.

The school is accredited by The Florida Council of Independent Schools, AdvancED and the Florida Kindergarten Council. The school services students from 3 years old through grade 8.

**Section II School Profile**

The School has an expansive building that has space to add programs and classes as needed. The staff and teachers are well trained and supportive of the philosophy, which is unique. The school is the only gifted education independent school, a strong alternative to the public school gifted program. It is located in the center of the community, easily accessible for all activities. It is positioned next to a community center and partners with that organization for some after school activities. The school was founded as a proprietary organization by the Weiss family to meet the educational needs of their gifted son. It was purchased by the school several years ago and is now operated as a non-profit. The transition seems to have been smooth, maintaining the same Head of School. A Board of Trustees oversees the policies and finances of the school and is well trained in its role. The school has a diverse population in terms of race, religious belief, etc., but also is very homogenous in terms of ability. All students must be qualified as gifted in terms of IQ score. The school has a broad approach to meeting the multi-faceted needs of their population. They differentiate within the classes, as well as accelerate students beyond grade level for specific subject needs.

There are two programs that merit special mention. They have created a program called Centers For Excellence, in which highly educated teachers are working to develop centers to emphasize different disciplines; for instance, the Center of Excellence in Science. The teacher is very highly qualified as a science teacher, but raises the bar in the curriculum and activities to model the gifted program in his area. The school has a plan to continue to develop the Centers as time and funds become available. Also, there is a strong program for Taekwondo with a full time teacher. This program is part of each student's schedule, and they encourage the progression of skills and philosophy to the different levels of excellence. There is a lot of emphasis on this program.

**Community Characteristics**

The Weiss School is located in Palm Beach Gardens, FL -- a beautiful community on the east coast of Florida. The community is vibrant with the arts, science industries, culture, and other

thriving enterprises. Many of the residents of the community are involved in fields of science and engineering. The school has partnered with local businesses to share the niche of the school and its accelerated curriculum. The school promotes the leadership capabilities of its graduates in future roles in the community.

**School Characteristics and Brief History**

The school was founded in 1989 by Dr. Martin and Elisabeth Weiss, parents of a very special child who had many exceptional gifts. It began with eight students, including the son of the Weiss' son. The school has grown and expanded to now educate 255 students, meeting the challenges of offering education to the gifted population of Palm Beach County. Over the years, the school has added science and robotic labs, created a gardening program, added music and a unique Taekwondo program. It offers both Spanish and Mandarin in its language program, along with public speaking and speech and debate classes.

**Finance**

The school has a new CFO who works with an outside accounting firm to prepare monthly financial reports from the figures provided by the business office. The reports are reviewed by the Head and forwarded to the Board of Trustees. A separate CPA firm performs the annual review. At the end of the fiscal year, June 30, 2015, the school ended with a deficit of $282,395. At this time, the school projects a positive ending balance for June 2016, of $301,585. The difference is due to several factors, including a large reduction in the financial aid from $697,809 in 2015, to $473,056 for the current school year. The financial aid is totally funded by the tuition income. Another factor that has made a difference to the positive cash flow is the purchase of the building occupied by the school. Previously, the school rented the space for $500,000 annually, and now it has purchased the building. The loan payment is $300,000 per year. The last factor that is significant is the reduction in the grandfathered tuition discounts. In 2008, the school set the annual tuition for a large number of families during a downturn in the economy. These families have been syphoning out of the school over the years, and the last group of students in this category are currently in the sixth grade so they will phase out in two years completely.

The financial report in July showed even further improvements as the school made more improvements to increase the assets. The building was sold to the school and the closing was in August 2015. The majority of the loan for the building is held by a commercial lender totaling $4.5M and the past owner holds a note for $1M.

The compensation package for the teachers is excellent and the teachers believe it is good.

There is concern regarding the assets to liability ratio. While the report indicates the assets as $1,175,486 and the liabilities as $1,457,881, this is represented as a ratio of .8:1. In discussion with the CFO, as well as in the explanations included in their self-study, the Board of Trustees have stated that they did not view the deferred tuition of $1,272,842 as a liability as it is never paid out as other payables. The CFO indicated that their accounting firm supported their position. This would be a violation of **FCIS/FKC 3.8.7**.

*Commendations:*

- The school has a strong CFO with an extensive background in independent school finances. He works closely with an accounting firm for monthly reports. He works with the Head monthly to monitor expenses and income.

- The school is reducing the amount of financial aid to bring it under the NAIS standard of 12%. Also, they have purchased the building, creating a loan payment that is $200,000 less than the previous rent for the space.
- The compensation for teachers attracts a highly qualified faculty and it is appreciated by them. The school has added to the insurance program contribution this year.

*Recommendations:*

- The school must work to bring its asset-to-liability ratio into compliance with **FCIS/FKC standard 3.8.7**.

**Governance**

The school began as a corporate controlled school, and has evolved into a tax-exempt, independent school. It has a board of directors including the two founders, and three other members. The board is fully functional, overseeing the by-laws, meetings of the board, corporate duties, and policies. The board is trained using the *NAIS Trustee Handbook* and is required to participate in board governance training. The members serve one year terms, but there is no term limit. The board is actively planning for the recruitment of highly qualified new board members.

The board oversees the leadership of Dr. Denise Spirou, Head of School. They meet 8-10 times per year with additional executive sessions as needed. The Board also reviews the mission statement to ensure that it is aligned to the core values. They understand the role of the Board as working with the Head of School, without any input on daily operation and they understand the importance of strong support for the Head of School.

*Commendations:*

- The Board made a decision for the future financial health to purchase the facilities from the Weiss Corporation, putting the school in a stronger financial position. This purchase increased the school revenues by reducing the rent payment to a loan payment, with a +$200,000 gain to the budget.
- The Board has created a mission statement and aligns its support to the school curriculum and program development.
- Strategic planning and design of metrics for evaluation are the focus for the Board.
- A highly qualified CFO was added to the staff for strong financial support and continued planning for the Head of School.

*Recommendations:*

- The Board should consider adding several new members to add depth and additional perspectives.

**Administration Data/Academic Organization**

The Weiss School consists PK3-8th grade. The administrative staff consists of Head of School, Assistant Head of School, Lower Head of School, Chief Financial Officer, Business Manager, Systems Administrator, Facilities Manager, Administrative Assistant and an Admission Assistant. The Academic Organization of the school begins with the Head of School who is responsible for overseeing the full operation of all aspects of The Weiss School. The middle school teachers, consisting of 5th through 8th grades, are supported by the Assistant Head of School. The lower

school teachers, consisting of PK3 through fourth grade, are supported by the Lower Division Head. The administrative structure is new this year with the hiring of the Lower Division Head which is now a full time position. The addition of the CFO position is also new to the school this year and has been a positive addition to the school. The CFO's role is to work closely with the Head of School and to keep her abreast of the finances of the school on an everyday basis.

*Commendations:*

- The academic leadership structure at The Weiss School is clear and easily understandable.
- Faculty and staff are valued for their professionalism.
- The addition and incorporation of the Lower Division Head to the academic administrative team is designed to facilitate collaboration and collegiality.

*Recommendations:*

- Additional outside professional development opportunities should be offered to the teachers as well as the administrative staff.
- Consider creating a formalized new teacher mentor program

**Faculty/Staff Data: Teaching Conditions, Professional Development, and Demographics**

The Weiss School employs 45 faculty members; all certified, many with advanced degrees, serving PK3-8th grade. Classes are sized to maintain a low teacher-student ratio, with the maximum enrollment in a class being eighteen students. Schedules allow for planning time each day and meetings take place as a whole school as well as in small groups. The benefit package, especially the addition of life insurance this year, is appreciated by the faculty and salaries are appropriate.

In keeping with the school's beliefs and policies, The Weiss School promotes and encourages participation by all of its members – faculty and administration – in seminars, workshops, in-service training, and conferences, to assist them in acquiring additional knowledge and skills that will enrich their professional development and earn in-service points toward recertification. Most recently, the faculty has been trained in STEAM, curriculum differentiation, and Conscious Discipline. All teachers must obtain a Gifted Endorsement from FLDOE, which is paid for by the school.

*Commendations:*

- The teachers at every age level and department are educated, passionate, and proficient in their areas of expertise.
- Through professional development opportunities, the teachers are continually growing in knowledge and training in order to improve the effectiveness of their classrooms and instruction.
- The staff and students work to maintain the school facilities and take pride in the school's appearance.
- The school purchases tickets for all faculty to attend the school's annual fundraising Gala.
- A Faculty Culture Survey was done to gather feedback.

*Recommendations:*

- Consider implementing a structured mentor program to help new teachers acclimate to their new school culture and day to day life.
- Review the schedule to identify more opportunity for common planning time allowing grade levels to discuss curriculum and students.
- Consider ways to recognize faculty with regular praise and gratitude for their work
- Look for time where teachers can meet across grade levels to help ensure and maintain vertical alignment across the curriculum.
- Consider implementing the Faculty Culture Survey on a regular/annual basis and sharing the results with faculty.

**Support Staff Data**

The support staff at the Weiss School consists of the media specialist, classroom assistants, systems network administrator, administrative assistant and the admission assistant. The administrative assistant warmly welcomes all parents, student and visitors when they enter the building. The classroom assistant aids the classroom teacher in supporting individual students or small groups. The media specialist provides support to all students grades pre-k through 8th grade. The support staff works together to support all members of the school community. They are hard working and always willing to give an extra hand where needed throughout the campus.

*Commendations:*

- The Weiss School should be commended for the quality of its support staff.

**Student Academic Performance (Records and Standardized Testing)**

Student records are housed in a separate and secure location attached to the business manager's office. Student records are well maintained and contain all necessary paperwork. The Assistant Head of School is oversees and maintains all records. The test utilized is the TerraNova in Kindergarten through eighth grade. All testing results are reviewed by the Assistant Head/Middle School Head and the Lower Division Head at the end of the school year. The Assistant Head also meets with each individual parent to discuss the overall growth and achievement from the TerraNova test results. The newest assessment tool that was implemented in the 2014-2015 school year is The Writing Roadmap. The assessment tool measures writing skills and growth based on a rubric. The assessments are administered four times a year for grades 3 through 8. The entire school and parents use the Blackbaud online school database program. Report cards are sent home via computer quarterly and can be accessed through NetClassroom.

*Commendations:*

- The Weiss School provides a wide variety of instructional services to a gifted population of students.
- Test information is sent home and also presented to the parent individually for further understanding.

*Recommendations:*

- Continue to support teachers with professional development opportunities to differentiate instruction that addresses learning ranges and styles and the assessment of higher order thinking skills.
- Continue to monitor the correlation between student performance and student assessment.

**Admissions and Qualifications for Program**

The Weiss School has a unique program that provides an independent school environment for the gifted population. The school reaches this population by utilizing print media, social networks and local, state and national programs. The admissions process is led by the Admissions Assistant and the Head of School, who actually gives the tours herself. The faculty is trained to provide various forms of assessments and contributes to the overall recommendation of student admission based on academics, behavior and social skills.

The admissions committee takes the faculty input along with assessment and psychological IQ testing results and makes a recommendation for acceptance. If a student isn't accepted, the family is personally contacted with an explanation.

The School makes an effort to involve the community in recruiting eligible students for their program. Families who refer students to the school receive a monetary discount for sharing the benefit of the school to other families of gifted students.

*Commendations:*

- The School recognizes that a more solid presence on social media and the school's website is a way to reach the current and future families to build their program.
- The School has established relationships with local psychologists for student referrals.
- The School offers three open house opportunities during the year to promote the program.
- The School has established relationships with a local university, the history museum, and businesses that can help build their enrollment by direct contact with the students of the school. These partnerships clearly embody the mission of the school and goals for the student body.

*Recommendations:*

- The School recognizes that reaching out to real estate agents can be a successful method to recruit families and future students that have just moved from other areas of the state, country, or world. We recommend that this method be utilized for the goal of increasing enrollment.
- It is recommended that the School look for more ways to put the student body in front of city, state and national leaders to promote the unique and valuable learning environment being provided for this student population.
- While a school committee recommendation was to explore advertising opportunities, it is recommended that an analysis be done to determine the most effective tool that has produced the highest enrollment numbers. It may be determined that spending more money on advertising doesn't make sense if student enrollment isn't being driven by advertising.

**Discipline, Morale, and Attitudes**

The Weiss School has a respectful, supportive, and enthusiastic learning environment. This environment encourages students to be knowledgeable and responsible citizens of the school and community. The students share an exceptional admiration and pride for their school, peers, and faculty. Parents and students understand the importance of rules and consequences, while the school provides many positive incentives such to support the desired behaviors. The

implementation of the Character Counts program, as well as Conscious Discipline, foster respect for each other and responsibility for actions.

Each student takes a proactive role in maintaining a lovely campus, encouraging a safe and positive school environment, and respecting the rights and properties of others. The students are encouraged to show cooperation, empathy, and responsibility throughout the school day.

*Commendations:*

- Relationships between faculty and students, students across grade levels, and parents and faculty are positive.
- Students are offered a variety of leadership roles, and accomplishments are celebrated by the entire school.
- All school policies, including discipline, are clearly stated in the student handbook, which parents are required to read and sign at the beginning of each school year.
- All faculty and staff are invested in outlining and enforcing the school's code of conduct both in the class and around the campus.
- Consistent character expectations are on display in each classroom on campus.
- Opportunities for parents to provide feedback to administration are available with monthly "Coffee Talks".

*Recommendations:*

- Consider a New Parent plan for the school to help new families transition into life at the school.

**Parent Data: Parent Sponsored Organizations and Volunteer Opportunities**

Parents at The Weiss School feel a strong sense of community and a sense that their opinions, feelings, and suggestions are heard. There is also an impression that parents are welcomed into the school community as a resource and member of the family. The importance of a partnership with parents in the overall education and development of the children at The Weiss School is recognized by the administration, faculty, and clear efforts are made by both parties to collaborate whenever possible.

The Parents Association fosters community spirit through activities and gatherings to bring all family together during the school year. A meeting is held at the beginning of the school year to share the areas where volunteers are needed and ways families can get involved. Examples of volunteer opportunities include homeroom parent, distributing school lunches, and helping with the fall family BBQ. There are opportunities for stay at home moms and working parents that can be done at home as well, such as mailings.

*Commendations:*

- The parent volunteers are engaged, positive and have a love for the school.
- The parents are offered a wide variety of activities in which to become involved.
- The Parent Association should be commended for its efforts to include all parents in the organization and school community by creating the holiday gift market and other volunteer activities during the day and evening.
- The administration should be recognized and commended for the creation of an environment in which parents feel that their voices are heard, their concerns are immediately addressed and responded to, and their presence is welcomed as a valued and integral part of the school's efforts.

*Recommendations:*

- Continue to develop connections between the established members of the parent association and new Weiss Families in an effort to bring in fresh ideas and establish continuity and communication among the entire parent body.

**Alumni Data**

The Weiss School services students from Prekindergarten three year olds to eighth grade. It is the mission of the school to maintain information on the students and their high school/college choices. The website has a section set aside for alumni stories that can be accessed by anyone who researches the site. Alumni are contacted through social media and direct contact with the school. The school does keep a list of high schools and colleges the alumni attend.

Alumni are invited to attend events to keep them involved with the school. The alumni are invited to graduation each year and a fall family BBQ.

*Commendations:*

- Keeping the alumni involved in a school is vital for school health. The school should be commended for keeping the alumni involved through events and including them on their website.

*Recommendations:*

- Consider the creation of a school alumni newsletter. This would be just another touch for your alumni to keep in contact with the school and classmates.
- Some type of marketing should be designed that specifically targets the children of alumni.
- Consider a discount for alumni children attending the school.

**Development/Marketing (Advancement)**

The school has just added a new position of Director of Communications. The new position helps send out the school newsletter each week and also promotes and runs the annual fund and the gala. The Director of Communications and the individual parent chairs work together to accomplish these two main fundraisers. These two main fundraisers are used to provide new classroom materials for the school. The school will also post ads on a local website that is highly visited by parents (Macaroni Kid). There is a plan in place to advertise the school at various times on this website.

*Commendations:*

- The school utilizes a graphic designer to help design and publish articles in local publications.

*Recommendations:*

- Develop a school-wide plan to highlight and market all areas of the school with integration with website and social media.

**Section III Academic and Extracurricular Programs**

**Academics**

**Preschool**

The Weiss School provides an academic preschool program for age 3, Junior Pre-Kindergarten, and age 4, Senior Pre-Kindergarten. The curriculum in the pre kindergarten program is done through a thematic approach to integrate all subject areas. The school is in transition at this time to try and align the grade levels to flow from one year to the next. The curriculum specialist is meeting with teachers on a weekly basis to receive feedback about what is working and what areas need to be reviewed as they move forward.

The curriculum and weekly schedule consist of Language Arts, Mathematics, Science, Social Studies, Art, Music, Movement and Spanish. In the area of Language Arts, the students are read stories during circle time to develop the skills of listening. They are open to discussion when appropriate to develop the skills of speaking within the group. In the area of Mathematics and Science, the activities are age appropriate and hands on to support the project based learning and allow students to gain a deeper understanding and comprehension. Social Studies, Art, Music and Movement are integrated on a daily basis. Spanish is incorporated in their program once a week.

The teachers provide weekly communication with the parents.

*Commendations:*

- Instruction is delivered using a variety of methods to reach all learners.
- The small class size allows the teachers to provide individualized instruction when necessary.
- Weekly communication with parents is provided on an individualized basis.

*Recommendations:*

- Provide a time for team building and planning per grade level on a weekly basis.
- Continue to plan, review, and revise subject curriculum in all grade levels.

**Lower School Program**

The Lower School Academic Program complies with the philosophy and mission of the school. Students at all grade levels are offered a differentiated curriculum that allows each child to excel to their highest potential. The curriculum and materials used on each grade level are advanced by one year. Opportunity for electives, grade acceleration, and subject advancement are available to all students. The Head of the Lower School also serves as the Curriculum Specialist and oversees the curriculum for all grade levels in the school.

The curriculum information provided in the Self Study is in transition. There is a lot of work being done to plan, review, and revise what is being taught on each grade level. The Head of Lower School is leading the faculty through this transition and is creating the school's Curriculum Guide in a new format.

*Commendations:*

- Each student is receiving the instruction he/she needs to advance at their own pace.

- Taekwondo allows students to develop self-discipline, respect, cooperation, and responsibility.
- Instruction is delivered using a variety of learning styles to reach all learners
- The school and curriculum are designed exclusively to meet the needs of gifted learners.
- The emphasis on speech/debate and public speaking at every grade level has made an obvious impact on the presentation skills and comfort level of the students.

*Recommendations:*

- Continue to plan, review, and revise subject curriculum in all grade levels.
- Schedule regular meetings between the Curriculum Specialist and each grade level team to ensure curriculum work is implemented in all classes
- Consider adding an additional PE class to each grade level.
- Schedule regular meeting time across grade levels to help ensure and maintain vertical alignment across the curriculum.

**Middle School Program**

The middle school program is for fifth through eighth grade students at The Weiss School. Because of the school's mission to serve the gifted population, classes are flexible, differentiated, and the School is open to students skipping entire grade levels and offering advancement for individual academic classes.

Beyond the classes for core academics, the School offers technology, fine arts, art, PE/Health, Taekwondo, Spanish, Mandarin Chinese, and select electives. Because of the advanced curriculum at The Weiss School, the elective choices include classes such as TV production, debate, Aerospace, Biotech, and other high level science classes. Advanced band concepts are also offered.

The School has made superior faculty changes to support their Centers of Excellence initiative, which provides students with an excellent curriculum and instruction. The five year plan has positively impacted each department.

*Commendations:*

- Conversations with the science and history teachers uncovered some amazing opportunities for the students to learn and partner with university level instructors and science/social studies based companies. Working with the experts in those fields will give the students advanced instruction and future employment opportunities that are second to none. We would also expect that funding opportunities for future endeavors would come from these partnerships.
- The elective opportunities are impressive for this population.
- The Centers of Excellence initiative has potential for impressive growth in the school. The five year plan makes the implementation more manageable from a monetary and staff perspective.
- The increased emphasis on research skills in the middle school is to be commended.
- Providing debate and public speaking classes enhances the middle school curriculum. Preparing these children for their future by providing so many opportunities to speak in front of an audience is wonderful.
- The increased emphasis on music is impressive. With 75% of the middle school taking part in the music classes, this is a highlight of the school.
- Middle school students seem happy and respected by faculty and staff. This environment appears to be supportive and encouraging for all students.

*Recommendations:*

- The committee believes that Physical Education once a week isn't enough for middle school. Consider more physical education time weekly.
- The faculty has recommended adding competitive sports. The committee believes that this will be another excellent way to get the School's name out in the community and have a positive effect on enrollment.
- Be aware that adding more initiatives without removing any others causes stress on all involved in the school.
- More cross-curricular opportunities have been suggested by the faculty. The committee agrees with this suggestion.
- Vertical and horizontal team meetings would be helpful for meeting the needs of curriculum development and promoting cross-curricular teaming.
- The faculty acknowledges that there is a need for a more integrated approach to technology. This is recommended along with more technology-based professional development for the teachers.

**Extra Curricular Activities, Including Athletics**

The afterschool programs at the Weiss School are varied, and one person oversees and plans for all of the activities. The classes are generally one hour long and cost, on average, $175 per class. Each quarter, the program director publicizes the class information and details. Parents have the ability to sign up for the classes with a sign-up page at the end of this communication with dates and prices. Some of the first quarter choices available include music, theater, debate, guitar, dance, soccer, stock market game, arts, symphonic band and percussion ensemble.

*Commendations:*

- The extra-curricular activities offered to the students after school are carefully chosen to embrace the overall philosophy of the school.
- The activities director is incredibly conscientious of parent and student input when deciding which programs to offer each quarter. The passions of the students are factored into the choices offered.
- The after-school program utilizes community resources in developing curriculum available to students; the nearby community center is utilized for activities.
- The scheduling, pick up, drop-offs and planning of all after-care activities are clearly communicated to parents with quarterly publication of BASE program.

*Recommendations:*

- Conduct informal surveys to determine if a competitive sport option could be offered to align with the desire of certain interested students.
- Continue to look for available community resources and available partnerships to help provide students with athletic choices that are chosen by student survey results.

**Section IV Support Services**

**Library/Media Center**

The Weiss School Media Center is a very amiable, well-maintained library facility. The atmosphere is very warm and friendly with several age-appropriate sections for children and furnishings, materials and displays that are very comfortable and appealing.

The media center is in a prominent position available for students, faculty, and administration throughout the day. Students in Kindergarten through grade 4 have a scheduled, weekly library period to learn library skills, read, and check out books. Teachers in Middle School (Grades 5-8) schedule library visits on an as-needed basis to support the curriculum. Preschool classes visit the library for weekly story time and corresponding activities. In addition, 6-8 grade students go to the library for study hall elective three days per week, with the librarian supervising twice per week, as she runs the Yearbook Club once per week. A substitute monitors the class for her when she is not there.

The Media Center manages the Reading Counts Program, along with Scholastic Math Inventory. Students in grades K-8 are tested twice per year to check their Lexile scores and some library books are arranged by reading levels. Students are encouraged to select fiction books for enjoyment, along with at least one book in their reading level.

The media center has approximately 17,000 books in the collection, and weeding is an ongoing project that is done at the end of the year during inventory, as well as during the year during routine shelving.

*Commendations:*

- The media center is a warm, beautifully appointed, welcoming environment.
- Two annual book fairs not only provide additional resources for the Media Center, they also show support for it.
- The use of the Reading Counts Program is used not only in the Media Center, but in other areas of the school.
- Regular class visits are part of the lower school curriculum.
- The media specialist works with the technology teacher to instruct students on Internet Safety and other technology/library issues.

*Recommendations:*

- Students are encouraged to obtain public library cards to have access to subscription online reference sources. It is recommended that the library purchase subscriptions to reference databases geared towards schools, for example ProQuest's *Ebrary*, Gale Resources (including their ebooks), etc.
- As the budget allows, consider a second librarian or clerk to allow more frequent class visits and help with clerical work, weeding, etc.
- Consider developing a formal procedure requiring middle school teachers to work with the Media Specialist before developing lesson plans. This will allow an increase of library materials into the overall curriculum and enhance research skills in the upper grade levels.
- Continue to add non-fiction resources to the library's collection.
- Increase the number of laptops dedicated to the Media Center.

**Guidance**

Presently, the Assistant Head of School/Middle School Head and Lower School Head oversee and facilitate the guidance needs of all of the students, working closely with the school's psychotherapist, who is hired as a consultant and visits the school twice per week. This consultant works with grade levels, small groups, individual students, parents, and teachers as needed. Additionally, the Assistant Head of School/Middle School Head works individually with Grade 8 students and their parents to provide guidance for their transitions to public and/or private high schools upon leaving The Weiss School.

The Character Counts program was prominently featured in the 2014-2015 school year, focusing on "Trustworthiness, Respect, Responsibility, Fairness, Caring, and Citizenship," offering students a framework for ethical living. A reminder of it is present this school year in the Friday Morning Show.

The Weiss School is incorporating Conscious Discipline throughout the 2015-2016 school year, which addresses the emotional needs of children. This is designed to train children to respond to conflict as an opportunity to learn critical life skills. All of the faculty members were given a copy of *Conscious Discipline: Building Resilient Classrooms* by Dr. Becky A. Bailey. There will be a total of five to six professional development days centered on this book, including some with presenter Ginny Luther, who worked with the author.

Various programs for preventing cybercrime, promoting Internet safety, and anti-bullying sessions are utilized throughout the year, along with the Netsmartz program, which is coordinated with the local police department. A consultant conducts the Good Touch, Bad Touch Program with grades K-2. She is responsible for several parent presentations, and she conducts middle school talks with the students about hygiene in conjunction with a pediatrician. The school also conducts in service days with local psychologists.

The Head of the Middle School works with families for high school guidance, and there is a high school showcase in October where schools come to recruit students.

*Commendations:*

- An outsourced psychotherapist is used to support the emotional needs of the school's students and teachers, and she seems to be genuinely fond of the school community.

*Recommendations:*

- As the budget permits, the hiring of a full-time counselor would be very beneficial to address the social and emotional needs of the school community. This could also allow students to see the psychologist more freely; without permission or a recommendation from the Head of the Lower or Middle School.
- Consider the incorporation of a Life Skills class into the curriculum at the Middle School level.
- Explore some ways to keep interest in the Character Counts program going now that the training is done. Very few faculty members seemed to know much about it when asked during our informal meeting with them, with the exception of the Taekwondo instructor, who makes these concepts part of her class.

**Academic Services/Academic Support**

Presently, there is no formal policy for Academic Services. Students requiring extended time for exams and other accommodations are serviced on an as-needed basis. Students are determined to need special accommodations through personal doctor recommendation. These students are normally helped before and after school in the offices of the Head of the Lower and Middle Schools. They are given extended time, they have material read aloud to them, and they can use Dragon speech recognition software. Students are allowed to take pictures of the whiteboards in the classroom, and teachers are willing to work with them to help them with whatever they need.

*Commendations:*

- The school is commended for recognizing the needs of the students and for accommodating them.

*Recommendations:*

- Consider creating a more formal process for accommodating these students, perhaps through hiring a learning specialist and setting up a learning lab.

**Technology: Planning and Implementation**

The campus technology choices include SMART boards, SMART tables, iPads, document cameras, computers, and MacBook Airs. The students enjoy state of the art technology for all ages. Technology classes introduce video and audio production to create movies. The students in grades 5th-8th receive a MacBook Air to use in everyday classes. The students receive technology instruction from an outside vendor whose company is contracted with the school.

The technology plan prepares the school to implement a computer hardware five year replacement plan, support professional development to stay aware of innovative technology, and prepare a feasibility study on the use of the one-to-one iPad in the intermediate grades. The school also wants to expand bandwidth and add a bell system.

*Commendations:*

- All school staff utilize campus-wide communications via telephone intercom system. Teachers from any classroom can make a school-wide announcement, if needed.
- Students in middle school are independently using computers to work on assignments and upload their work to online teacher portal.
- All staff utilize keyless fob entry points for doors where students are located during school hours.
- The technology teacher helps students learn even more about the different applications and uses of computers, i.e. robotics, coding, programming and movie making.
- Students in the middle school are trained to use sound and lighting for weekly school programs on Friday.

*Recommendations:*

- Develop an overarching philosophy for technology and form a plan to assimilate how technology integrates within the classroom.
- Work with teachers to provide more consistent feedback between teachers and administration on technology effectiveness, goals and ways to improve.

- Provide targeted professional development for teachers to more adequately utilize current technology available.
- Explore specific professional development for the technology instructor, to insure educational best practices as well as strength in instructional technology.

**School Services**

**Clinic**

The clinic at The Weiss School is staffed by the Administrative Assistant, who is located at the front reception area. There is a small room in close proximity to the front desk allowing ease in managing both spaces. Both over-the-counter and doctor prescribed medications are held in a locked cabinet and are kept in their original packaging with parental permission labels detailing dosage information. A daily medication log is kept and all student emergency forms are organized.

*Commendations:*

- The clinic provides a private space with a small bed for students to receive assistance.
- All faculty have been trained in CPR and First Aid.
- Teachers receive allergy lists for all students, and there is a copy of each child's emergency information with the Head of School.

*Recommendations:*

- Continue to review best practices and review policies each year.
- Consider offering parent education opportunities on different health-related topics that would benefit the school community.

**Food Services**

Students at The Weiss School have the option of ordering or bringing lunch from home each day. The ordered, hot lunches are brought in from outside vendors in the community. Portions provided from the vendors are large and students seem to enjoy what they order. The school has made the decision to move towards offering more health conscious choices from the hot lunch vendors. All vendors meet health department regulations.

*Commendations:*

- The school has added a lunch table specifically for students with peanut allergies.
- The health of the hot lunch options are evaluated, and the school is open to feedback from its community.

*Recommendations:*

- If the severity of allergies allows for it, consider moving the peanut-free table closer to the others to allow students with allergies to still feel included with their friends and classmates.

**Transportation**

Transportation for The Weiss School students is provided by either bus or parent drivers. The need for transporting students is primarily for field trips. At the beginning of the school year, parents sign the permission form allowing their child to ride in either means of transportation.

*Commendations:*

- Parents undergo a full background check, provide proof of insurance and a valid driver's license before becoming drivers on any trip.
- The Weiss School keeps a copy of the parent's current license and insurance card on file.

*Recommendations:*

- Continue to work to develop a comprehensive policy detailing rules and responsibilities for areas of transportation concerning Weiss students.

**Extended Day**

Students who are not picked up in the car-line at dismissal are sent to Extended Day. Extended Day at The Weiss School offers a variety of options for students of all ages. Parents have the option of paying a daily rate or by the month at a reduced rate. The pick up procedures are detailed for parents, with the final pick up taking place by 6:00.

*Commendations:*

- The Extended Day program is staffed by a dedicated Director and staff for Early Childhood, Elementary and Middle School ages.
- Each of the Extended Day programs is located in its own room with developmentally appropriate activities and furnishings

*Recommendations:*

- Consider location options for the Early Childhood Extended Day in order to allow the current classroom teacher the opportunity to work in her classroom after school without the Extended Day program.

**Section V Physical Plant – Health, Safety and Facility**

The Weiss School is on 7.5 acres in Palm Beach County. The building is beautifully maintained, and is 60,000 square feet. The school is quaint and has a neighborhood feel. It is down the street from the Palm Beach Recreation Center which is used for the pool. The school is extremely secure; there are 16 security cameras strategically placed to monitor doors and hallways. All the exterior doors are locked at all times. There is a buzz in system at the front and aftercare offices. All visitors are required to sign in and wear a visitor badge. The visitor's ID's are scanned and reviewed using a law enforcement database upon entrance. Security is a high priority at The Weiss School, the school has fences all around as well as gates. Emergency procedures are detailed in the school's Crisis Response Plan. Fire Drills are scheduled and conducted monthly. Health and Safety Equipment is located throughout the campus, and an adequate number of staff members are trained in CPR and first aid.

*Commendations:*

- The campus is beautifully maintained and aesthetically pleasing.
- The school has made great strides in enhancing campus security through the addition of security cameras.
- Orderly fire drill procedures are in place.
- There is a wonderful and abundant use of space at the Weiss School.
- Hallways are beautifully and tastefully decorated with child friendly murals.

*Recommendations:*

- Walkie-talkies should be purchased in order to communicate with the staff teaching/working outdoors.
- Schedule regular review of the school's Disaster Plan and update the plan throughout the school.
- Consider adding hallway cameras to areas where students are unsupervised.
- Strongly consider updating the Early Childhood playground and shed area.
- Find a location for access to water from the Early Childhood playground and PE areas.
- All students exiting the building during a fire drill need to be at a safe distance from the building.

**Section VI Strategic Plan and Plans for Implementation**

The Weiss School Board adopted a Strategic Plan for 2015-2019. The plan is comprehensive and supports the mission of the school. It is specific in stating the objectives, the budget needed, the responsible party/parties for each objective, along with a means to measure the objectives' implementation as well as the timeline for each objective. There are 4 categories of goals in the plans, including enrollment, faculty, staff and academics, and finance. Most of the goals will require less than five years to accomplish.

In addition, the endowment will be the reserve that is the designated source for repairs, replacement and other needs for facilities. This will be accomplished by assigning a percentage each year of the surplus budget funds at year's end.

There is an additional plan for the Technology program at Weiss School. While there are specific items for plans to purchase items and replace existing items, there is little planning about how technology supports curriculum. This kind of planning would help align the curriculum and technology use in the school. The plan does state that the goal is to integrate the appropriate technology and to support 21st century learning; however, the plans include no mention of how that could be achieved.

*Commendations:*

- There is a well thought out plan for school improvement in such areas as the Centers for Excellence. This program fulfills the mission of the school for gifted students. It also is evident in the school's long range plans both academically and financially.
- The Strategic Plan outlines the financial plan for the next five years. The financial plan delineates both income and expense projections to support the program.

*Recommendations:*

- Revisit the school's technology plan with an eye towards integration within the curriculum. Provide support for the current goal to support 21st century learning through research-based methods.

**Section VII Standards Compliance**

There was 1 standard violation previously cited in this report: **FCIS/FKC 3.8.7**. The rest of the standards were met and documented.

**Section VIII Disposition of Previous Recommendations**

The school is commended by the visiting committee for responding to all specific and general recommendations included in the previous committee report.

**Section IX Special Commendations and Recommendations**

***Special Commendations:***

1. The School is very specific in its mission and all staff and board are committed to it. The service provided is needed for this special population.
2. The Strategic Plans are well thought out with attention to funding and mission of the school.
3. The facilities are exceptional and used in creative programming.
4. Respect among staff, students and parents is evident.
5. Input from faculty is welcome by administration.
6. The self study and documentation was clearly provided for ease of examination, and the organization of the documents made the evaluation process pleasurable.
7. The Centers of Excellence is a unique and creative program for meeting the needs of gifted students.
8. Hospitality at The Weiss School is appreciated and noticeable.
9. Security measures ensure the safety of staff and students.
10. The Board of Trustees is strong and an asset to the well-being of the school.
11. The Head of School exemplifies highest standards professionally and is beloved by the faculty, students and parents.

***Special Recommendations:***

1. Provide easy water access for the playground and physical education areas.
2. Incorporate technology into the curriculum with intentional purpose and training for faculty.
3. Planning time for both curriculum and divisions should be provided on a more scheduled basis.
4. Establish a clear continuum for all grade levels and discipline.
5. Athletic opportunities would complement the middle school program and possibly increase enrollment and school spirit.
6. Faculty input and schoolwide collaboration for a professional development plan will enhance the school's mission.
7. The school must work to bring its asset-to-liability ratio into compliance with **FCIS/FKC 3.8.7.**