# DECLARATION OF RUDOLPH COLLUM

I, Rudolph Collum, declare and state as follows:

1. I am over the age of 18 and have personal knowledge of the facts contained in this declaration. If called to testify, I could and would testify as to each of the facts set forth in this declaration.

2. In February of 2016, I was hired at the Weiss School as the Chief Operating Officer—a positon I continue to hold today.

3. In February of 2016, when I was hired, I learned that one of the Weiss School's top priorities was to improve its asset to liability ratio to meet criteria imposed by the School's accrediting bodies. Essentially, this ratio puts all of the School's property and the money that other people owe to the School on one side of a balance and the School's financial obligations on the other side. To improve this ratio, the School would have to increase revenues, decrease expenses, or do both.

4. As the Chief Operating Officer at the Weiss School, I am responsible for the Schools' financial reporting. Reports showing the School's personnel costs are prepared in the ordinary course of the School's business and under my supervision and control.

5. In the 2015-2016 academic year, the salaries and benefit costs for the two Assistant Heads of School totaled $144,811, which is broken down as follows:

| Title | Last Name | First Name | Salary | Benefits Cost | Total Cost |
|---|---|---|---|---|---|
| Assistant Head of School – Middle School | Regina | Julie | $70,000 | $6,568 | $76,568 |
| Assistant Head of School – Lower School | Otero | Suzanne | $61,867 | $6,376 | $68,243 |
| **Total** | | | **$131,867** | **$12,944** | **$144,811** |

6. By eliminating these two positions and having the Head of School, Dr. Ferguson, absorb all the responsibilities previously assigned to the Assistant Heads of School, the Weiss School saved $144,811 beginning in the 2016-2017 academic year. This savings assists in improving the School's asset to liability ratio.

7. I understand that Julie Regina has claimed that I replaced her. That is not accurate. When I was hired, Ms. Regina held one of the Weiss School's two Assistant Head of School positions. I did not replace Ms. Regina in February of 2016 when I was hired or at any time. My position absorbed all of the functions of the School's Chief Financial Officer, who resigned in January of 2016. I also have other responsibilities, none of which were responsibilities of the Assistant Heads of School. In fact, my position was created well before the Assistant Head of School Positions were eliminated.

8. I also understand that Ms. Regina has claimed that she was replaced by Brittany Steele. That is also inaccurate. Like me, Ms. Steele was hired before the decision to eliminate the Assistant Head of School positions. Ms. Steele was hired on May 9, 2016 as the Director of Marketing, Admissions, and Communications. Part of Ms. Steele's position encompasses the responsibilities previously performed by the School's Director of Communications, who left the school in February of 2016.

9. Because neither I nor Ms. Steele replaced Ms. Regina as Assistant Head of School, the amounts we receive in compensation has nothing to do with the $144,811 savings realized by the School from eliminating the Assistant Head of School positions. In other words, the School would have to pay both me and Ms. Steele regardless of whether the Assistant Head of School positions continued to exist (they do not).

10. Nonetheless, I have been asked to compare the personnel costs for myself and Ms. Steele with the costs saved by eliminating positions. That comparison is below.

| Positions Eliminated | Total Cost Savings (Salary + Benefits) | Positions Added | Total Costs (Salary + Benefits) |
|---|---|---|---|
| Chief Financial Officer | $106,568 | Chief Operating Officer | $161,568 |
| Director of Communications | $30,000 | Director of Marketing, Admissions, and Communications | $106,568 |
| Assistant Head of School – Middle School | $76,568 | N/A | $0 |
| Assistant Head of School – Lower School | $68,243 | N/A | $0 |
| **TOTAL** | **$281,379** | **TOTAL** | **$268,136** |

11. Based on the above comparison, even taking into account the Chief Operating Officer and Director of Marketing, Admissions, and Communications positions—neither of which has anything to do with the eliminated Assistant Head of School positions—there is a net savings to the School of $13,243 (which is the difference between the total costs for the positions added, $268,136 and the cost savings of $281,379 for the positions eliminated).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct.

Executed on October 16, 2018

Rudolph Collum