UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:19-cv-80913-RKA

JULIE REGINA,

Plaintiff,

vs.

THE WEISS GIFTED AND TALENTED SCHOOL, INC., d/b/a THE WEISS SCHOOL,

Defendant.

_____________________________________/

# DEPOSITION OF DENISE MARTHA SPIROU

March 12, 2020
10:05 a.m. - 1:45 p.m.
3825 PGA Boulevard
Palm Beach Gardens, Florida 33410

Stenographically Reported By:
RICHARD GREENSPAN, CM, FAPR
U.S. Legal Support Job No. 2112438

APPEARANCES

On Behalf of the Plaintiff:
SCONZO LAW OFFICE, P.A.
3825 PGA Boulevard
Suite 207
Palm Beach Gardens, Florida 33410
(561) 729-0940
BY: GREGORY S. SCONZO, ESQ.
greg@sconzolawoffice.com

On Behalf of the Defendant:
FISHER & PHILLIPS, LLP
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, Florida 33301
(954) 847-4709
BY: MICHAEL A. HOLT, ESQ.
mholt@fisherphillips.com
GARRETT S. KAMEN, ESQ.
mkamen@fisherphillips.com

Also Present:
Tammy Ferguson



- - -
INDEX
- - -

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| DENISE MARTHA SPIROU | | | | |
| By Gregory Sconzo | 4 | | | |
| By Michael Holt | | 89 | | |

| EXHIBITS: | DESCRIPTION: | IDENT: |
|---|---|---|
| Plaintiff's Exhibit 18 | 2012 Assessment | 53 |
| Plaintiff's Exhibit 19 | 2013 Assessment | 56 |
| Plaintiff's Exhibit 20 | 2014 Assessment | 58 |
| Plaintiff's Exhibit 21 | 2015 Assessment | 59 |
| Plaintiff's Exhibit 22 | Letter, 1/12/16 | 61 |
| Plaintiff's Exhibit 23 | E-Mail | 72 |
| Plaintiff's Exhibit 24 | E-Mail | 72 |
| Plaintiff's Exhibit 25 | Subpoena | 89 |



P R O C E E D I N G S
- - -
THE COURT REPORTER: Do you solemnly swear to tell the truth, the whole truth and nothing but the truth in these proceedings?
THE WITNESS: I do.
Thereupon,
DENISE MARTHA SPIROU,
having been first duly sworn, was examined and testified as follows:
DIRECT EXAMINATION
BY MR. SCONZO:
Q. Denise, have you ever given a deposition before?
A. Yes.
Q. So you are familiar with the rules and procedures for depositions?
A. Yes.
Q. Just quickly to go over them, please allow me to state my question and then let me finish and then I will allow you to answer and I will let you finish. If you talk over me here today, he can't take it down and I can't understand what you are saying. Do you understand?
A. Yes.



Q. Also, please try to give verbal answers. That means yeses, nos, okays, audible answers. Uh-huhs and ut-uhs can't get taken down and we don't know what they mean on the record. Okay?
A. I understand.
Q. Perfect. If at any point you don't understand my question, please let me know or let opposing counsel know. We would appreciate that and we will gladly clarify it for you.
This is also not a marathon. If you need to take a break at any time, there are lovely bathrooms outside and we will take a break.
A. Okay.
Q. Both myself and counsel would welcome a break.
Is there anything that you are on, including medications, drugs, alcohol that would prevent you from testifying truthfully here today?
A. No.
Q. Sitting here today, prior to you walking into this room, have you met me?
A. No.
Q. Have you spoken to me?
A. No. Just the original phone call.
Q. Let's clarify that. Sitting here today,

Page 6

have we had a prior telephone call?
A. No.
Q. You didn't speak to me on one prior occasion?
A. The initial phone call.
Q. When did that occur?
A. I can't recall the exact date. Maybe six months ago. I apologize, I don't remember the exact date.
Q. Since then have you spoken to me?
A. No.
Q. How about Julie Regina, when was the last time you spoke to Julie Regina?
A. October 2016.
Q. Anything you will be testifying to here today, has it been influenced by anything I have told you?
MR. HOLT: I object to form.
Q. Let me go over another ground rule here. Occasionally either myself or opposing counsel will object. The objection is being noted for the record. Notwithstanding, you will still answer the question and later on that objection will be brought before the court and considered with the judge.
So let me repeat the question. Has anything

Page 7

I have said to you today influenced your testimony or your ability to answer truthfully the questions I am going to ask you?
MR. HOLT: The same objection.
A. No.
Q. What did you do to prepare for this deposition today?
A. Nothing.
Q. Are you relying solely on your recollection of the events that occurred?
A. Yes.
Q. Did you bring any documents with you here today?
A. No.
Q. Can you describe to me your educational background?
A. Yes. I have a Bachelors degree in elementary education, I have a Masters degree in elementary education, I have a specialist degree in educational leadership, and I have a Doctorate in teacher leadership.
Q. Did you continue to get those degrees while you were working?
A. Yes.
Q. What was your first work experience in the

Page 8

teaching field?
A. I was a third grade teacher.
Q. Where was that at?
A. In Stroudsburg, Pennsylvania.
Q. Did there come a point in time that you were not a teacher working in Stroudsburg, Pennsylvania?
A. Yes.
Q. Did you work in any position in Stroudsburg, Pennsylvania, that was not a teaching position?
A. No.
Q. Did there come a point in time when you moved to Florida to perform an education position?
A. Yes.
Q. What position did you get in Florida to do an education position?
A. I was a fourth grade teacher.
Q. Was that the position you took immediately following your teaching positions in Stroudsburg, Pennsylvania?
A. No.
Q. From Stroudsburg, Pennsylvania where did you move to?
A. To Palm Beach Gardens, Florida.
Q. What job did you do when you moved to Palm Beach Gardens, Florida?

Page 9

A. I didn't take a job right away.
Q. What brought you to Palm Beach Gardens, Florida?
A. My parents.
Q. At what point in time did you begin working as a teacher or in the education profession in Florida?
A. 1999.
Q. And what job was that?
A. Fourth grade dropout prevention teacher.
Q. Where was that?
A. North Palm Beach Elementary.
Q. How long, approximately, did you work there?
A. One year.
Q. And where did you go following North Palm Beach Elementary?
A. The Weiss School.
Q. So now that would be approximately 2000?
A. Correct.
Q. And what position did you get with The Weiss School?
A. I started out as a second grade teacher and also taught fifth grade social studies.
Q. We discussed previously the levels of education that you obtained starting with your

Page 10

collegiate education, your Masters and ultimately your Doctorate. At what point in time did you obtain your Masters and then Doctorate?
MR. HOLT: I object to form.
Q. Let me start over. When did you receive your Masters degree?
A. I received my Masters degree in 1995 in Stroudsburg, Pennsylvania.
Q. And when did you obtain your Doctorate degree?
A. My Doctorate was in 2008 while I was in Palm Beach Gardens.
Q. Where did you get your Doctorate degree from?
A. Walden University.
Q. How long did you work as a second grade teacher at The Weiss School?
A. One year, and then they moved me to the third grade the next year.
Q. How long did you work as a third grade teacher?
A. Five years.
Q. What position did you take following being a third grade teacher?
A. I'm trying to think what the title was.

Page 11

Admissions. Administrator for admissions and public relations.
Q. How long did you serve as administrator for admissions and public relations?
A. Two years.
Q. That would be from approximately 2007 to 2009?
A. 2006-2008.
Q. Following your position as administrator of admissions and public --
A. Relations.
Q. -- relations, what was the next position you worked at?
A. Assistant Head of School.
Q. How did it come about that you were made the Assistant Head of School?
A. It was essentially doing the same roles, but because I got my Doctorate, they just changed my title.
Q. Can you explain that? What do you mean you were doing the same roles?
A. Even though my title was admissions and public relations, I still met with all the teachers, I still worked with the curriculum, met with the parents, ran fundraisers, sent out news, information

Page 12

about the school. So the role stayed the same, but basically my title changed.
Q. Is it that you had obtained more roles throughout the years of working as administrator for admissions and public relations or it just was a simple title change?
MR. HOLT: I object to form.
Q. You can answer.
A. It was both. It was the title change and I received more responsibility.
Q. How long did you work as Assistant Head of School?
A. Three years.
Q. Were you the only Assistant Head of School?
A. Yes.
Q. At what point in time do you move from being the Assistant Head of School to another position?
A. In 2011 I was named Head of School.
Q. For how long do you serve as Head of School?
A. Five years.
Q. Can you generally give me a description of what your job duties were as the Head of School?
A. Yes. Oversee the day-to-day operations of the school, ensure the school got accredited, oversee the curriculum, making sure we meet the standards,

Page 13

meet with the teachers on a monthly basis, perform their evaluations and observations, hold monthly meetings with parents, meet with parents any time they desired a meeting, support the teachers in all of their classroom needs, but also their social and emotional needs too, overseeing the budget, working closely with the Board, giving tours in the school, attend meetings outside, such as Chamber of Commerce meetings. I would speak at real estate offices to try to recruit students, and basically just make sure the school had an amazing reputation.
Q. We are going to get to your exit from the school, but where was your next employment following working at The Weiss School?
A. The Greene School.
Q. What is your position at The Greene School?
A. Head of School.
Q. Are your job responsibilities at The Greene School as Head of School similar to the ones you just described as your job responsibilities at The Weiss School?
A. Yes.
Q. When did you start at The Greene School?
A. In May of 2016.
Q. And you are still employed there today?

Page 14

A. Yes.
Q. How did it come about that you left The Weiss School?
A. My contract was finishing up my third year and I felt that I did everything that I could possibly do at that point. The Board wanted to go in a different direction on how I managed the school and it didn't match my philosophy, so on October 29, 2015 I sent the Board an e-mail saying thank you so much, I have had an amazing time here, but I would just be finishing out my contract for the remainder of the school year.
Q. Before we get further, is there anything, is there any agreement between yourself and The Weiss School or its Board of Directors that prohibits you from discussing the circumstances behind your exit or your employment with The Weiss School?
A. Not that I recall.
Q. When was your last date working at The Weiss School?
A. It was supposed to have been June 30, but on May 3 they fired me.
Q. How did that come about?
A. They said they didn't need a reason to fire me, but because I was giving an evening presentation

Page 15

at my next school, they didn't like that and felt that I would take kids from The Weiss School to The Greene School, so that's why they let me go, but they said they didn't have a reason, have to give me a reason, and they basically said, "You have to sign this agreement or you won't get your last 30 days of pay."
Q. We will delve into that a little bit if you are through.
You said that you were giving a presentation at another school. Would that have been The Greene School?
A. Correct.
Q. Was The Weiss School aware that you had taken a position at The Greene School?
A. I sent a notice to the chairman of the Board that I had taken a position at The Greene School.
Q. Had they discussed and/or encouraged you to seek other employment?
MR. HOLT: I object to the form.
A. They knew I was looking for a job, yes.
Q. Had you been performing any roles at The Greene School that interfered with your ability to perform your job at The Weiss School?
MR. HOLT: I object to form.

Page 16

A. No.
Q. So what was their stated reason for why they believed that this was a conflict or issue with your employment with The Weiss School?
MR. HOLT: Objection to form.
Q. You can answer.
A. They just said they didn't need a reason to fire me, but it just didn't look good.
Q. How did you come to learn that they were going to be firing you?
A. Two Board members asked me to meet me off campus, asking if they could have a discussion with me. I said absolutely.
At that time they just told me that I wasn't allowed back into school the next day, and I asked why, and they said that, you know, I went to this meeting, and I said, "But I'm doing it after hours. I explained to you that I would, you know, work after hours. I would never let it interfere with my job," but they said, "It doesn't matter. We don't need a reason."
So they made arrangements for me to come in after hours to clean out my desk. I wasn't allowed to attend any on campus graduations, I wasn't allowed to say good-bye to any of my students or teachers.

Page 17

They did invite me to the graduation that was off campus for eighth grade, but I felt by going that it would affect the students. It wasn't about me that night, it was about them. I figured everyone would talk about me for five minutes, but then they would have fun, so I didn't want to attend the graduation to ruin it for the students.
Q. You mentioned two Board members. Who were the two Board members?
A. Bill Tillson and Steve Cohen.
Q. When you served as Head of School, were you a member of the Board?
A. Yes. You are a member of the Board, but you are not a voting member.
Q. Let's go back in time a little bit. You mentioned on October 29, 2015 you sent an e-mail to the Board advising them that you would be resigning effective the end of the school year?
A. Correct.
Q. And you stated that the reasoning was because the school was going in a different direction?
A. Yes.
Q. What does that mean?
A. They wanted me to do some reorganization

Page 18

with my current staff. They wanted me to let go of about seven staff members. We had multiple conversations before that and I explained to them that this is a great team in place; that maybe it's not what you see as right, but it's what I see as the right way.

Then also they wanted me to put parents in their place, not give them a voice, and I said, "That's not my personality. I'm a proactive person. I may not always agree with parents, but we have to listen to them."

And I distinctly remember saying that, "You want me to make changes in the school?" and they said, "Well, what, you can't do it?" I said, "No, I can make changes, but I don't want to do it. I like who I am and it's just time for me to move on. You need somebody that, you know, just doesn't have the emotional aspect of it and is just very business-oriented." I said, "That's what it sounds like what you need to do."

They said they wouldn't accept my resignation, and I said, "Well, you don't have a choice."

They said, "Please don't say anything to anyone for two months."

Page 19

I was there 16 years and I loved that school and I honored it. I did not look for a job for two months because I wanted the stability of the school to be sound, and then I don't know what they did for a search. They didn't involve me. That's where it ended. So they just waited until January of 2016, they announced it at the State of the School address and that was it.

Q. I am going to go back. You said they wanted until January 2016 and they announced it. Are you referring of the announcement of a Tammy Ferguson coming on as the new Head of School?

A. Of me leaving and then Tammy coming on and taking over the position which should have been for the following school year.

Q. Ms. Spirou, I know Ms. Ferguson is here. She is here as a party, she is not here as a witness or somebody who is participating in this deposition, so your answers between you and me, and she cannot participate or engage in this. Even if she is passing notes or doing anything, it is our conversation here.

A. I understand.

MR. HOLT: Move to strike.

Q. How did they announce your resignation?

Page 20

A. Every year I usually do a State of the School address to talk about what's coming on for the next school year, and instead one of the Board members, Janine Mayville, came up and said, "You know, we have some news. We offered Dr. Spirou a contract but she did not accept, and here are a few words from Dr. Spirou and then we will introduce you to our new Head of School."

Q. Did you give a few words?

A. I gave a few words. I was told to keep it brief and not emotional, so that's exactly what I did. I said, "Happy New Year. It's time for a change. The school an amazing place and I'm pleased to pass the baton on to Dr. Ferguson."

Q. Let's go back again. We were talking about the different direction which you put in your e-mail. You mentioned a couple of things. The first is you said they wanted to let go of seven staff members; the next was they wanted you to put parents in place, and that the next was they wanted you to make changes and that they needed somebody who was business-oriented. I want to go through each one of those in turn.

A. Okay.

Q. Let's start with they wanted you to let go

Page 21

of seven staff members?

A. Yes.

Q. Who were the seven staff members they wanted you to let go?

A. Kelly Varty.

Q. Who is Kelly Varty?

A. She is the secretary of the front office.

Q. Why did they want you to get rid of Kelly Varty?

A. They often commented about her appearance and attitude.

Q. How old is Kelly Varty?

A. I don't know.

Q. Over 40?

A. Yes.

Q. Over 50?

A. Yes.

Q. Over 60?

A. Yes.

Q. Over 70?

A. I don't know.

Q. When you say they commented about her appearance and attitude, what type of comments would they make?

A. She doesn't fit the part of a front desk

Page 22

office person.
Q. You used a pronoun they. Who is they?
A. I should clarify myself. Janine Mayville and Bill Tillson.
Q. What did you understand Janine and Bill to be stating when they said that Kelly Varty doesn't fit the part of a front desk person?
A. What did I feel it meant?
Q. Yes.
A. They wanted somebody vibrant, more personality.
Q. Did you take it to have something to do with Ms. Varty's age?
MR. HOLT: I object to form.
A. I don't know.
Q. Did you believe they were looking to put someone younger into the position?
A. Possibly.
Q. You said Kelly Varty. Whoever's the next staff member?
A. Marybeth Lenz.
Q. What position did Marybeth Lenz hold?
A. Business manager.
Q. Why did they want to get rid of Marybeth Lenz?

Page 23

MR. HOLT: Objection to the form.
Q. I'm sorry, let me clarify. Who indicated to you that this was one of the seven staff members that they were looking for you to replace?
A. Janine Mayville.
MR. HOLT: I object to form.
Q. Why did Janine Mayville want you to get rid of Marybeth Lenz?
A. The same reason, attitude and appearance.
Q. Let me ask you about Marybeth Lenz. How old is Marybeth Lenz?
A. I don't know.
Q. Let's go through the same. Is she over 40?
A. Yes.
Q. Over 50?
A. Yes.
Q. Over 60?
A. Yes.
Q. Do you know if she is over 70?
A. I don't know.
Q. Let me ask a question. I will go back to Kelly Varty. Is Kelly Varty overweight?
A. I don't know.
Q. Would you describe her as physically fit?
MR. HOLT: I object to form.

Page 24

A. No.
Q. Marybeth Lenz, would you describe her as overweight?
MR. HOLT: I object to form.
A. Yes.
Q. When you were told by Janine Mayville that Marybeth Lenz should be terminated or let go as a result of her attitude and appearance, what did you take that as meaning?
MR. HOLT: I object to the form.
A. That she just didn't like the way she looked. She was very efficient in her job.
Q. Did they state who they wished to replace Marybeth Lenz with?
A. No.
Q. We have done Kelly Varty and Marybeth Lenz. Who is the next staff member they looked to get rid of, and by they I mean a member of the Board.
A. Sheryl Grimaldi.
Q. Just so I am clear, if you are stating a name, does this mean some member of the Board specifically told you Sheryl Grimaldi's name?
A. Yes.
MR. HOLT: I object to form.
Q. Who specifically told you Sheryl Grimaldi's name?

Page 25

A. Janine Mayville.
Q. Who was Janine Mayville?
A. She was a Board member.
Q. Why did Janine Mayville tell you that the Board wanted to get rid of Sheryl Grimaldi?
A. She felt she wasn't competent.
Q. Let me ask you again. Do you know the age of Sheryl Grimaldi?
A. No.
Q. Is she over 40?
A. Yes.
Q. Over 50?
A. Yes.
Q. Over 60?
A. I don't know.
Q. I will ask the same questions about physical appearance. Is Sheryl Grimaldi overweight?
A. No.
Q. Would you describe her as physically fit?
A. Yes.
MR. HOLT: I object to form.
Q. Did you believe Sheryl Grimaldi to be competent?
A. Yes.

Page 26

Q. We have done Kelly Varty, Marybeth Lenz and Sheryl Grimaldi. Who was the next person?
A. Marika Powell.
Q. Can you spell Marika, if you know?
A. M-A-R-I-K-A.
Q. Powell?
A. Powell.
Q. I'm sorry, let's go back. Sheryl Grimaldi, what position did Sheryl Grimaldi hold?
A. She was in charge of IT.
Q. Marika Powell, what was her position with The Weiss School?
A. Tae-Kwon Do teacher.
Q. What did a member of the Board state should happen to Marika Powell?
A. Janine Mayville wanted to get rid of the whole Tae-Kwon Do program.
Q. Did she give a reason?
A. She didn't feel it was necessary to have in the school, that science was more important.
Q. Is that a position you agree with?
A. No.
Q. Let's ask the age questions. Do you know Ms. Powell's age?
A. No.

Page 27

Q. Is she over 40?
A. Yes.
Q. Over 50?
A. Yes.
Q. Over 60?
A. Yes.
Q. Over 70?
A. Yes.
Q. Over 80?
A. No.
Q. Would you describe her as physically fit?
A. Yes.
Q. Overweight?
A. No.
Q. Who was the next staff member that was discussed with you by the Board?
A. Nancy Gall.
Q. What position did Nancy Gall hold with the The Weiss School?
A. Music teacher.
Q. Who, which Board member discussed the need to get rid of Nancy Gall?
A. Janine Mayville.
Q. Why did Janine Mayville want to get rid of Nancy Gall?

Page 28

A. She didn't feel she was competent in teaching music.
Q. Did you agree?
A. No.
Q. Do you know Nancy Gall's age?
A. Yes.
Q. How old is Nancy Gall?
A. 70.
Q. To clarify, was she 70 at the time of you leaving in 2016 or currently?
A. She is currently 70.
Q. Let's discuss the physical appearance of Nancy Gall. Is she overweight?
A. Yes.
Q. Let's move on to the next person after Nancy Gall. Who was the next person you were told?
A. Joan Green.
Q. What position did Joan Green have at The Weiss School?
A. Middle School language arts teacher.
Q. Which Board member wanted Joan Green terminated?
A. Janine Mayville.
Q. And why did Janine Mayville want Joan Green terminated?

Page 29

A. She felt we should have somebody younger and with more energy teaching Middle School, a less traditional teacher.
Q. Let me unpack that. She said she wanted somebody younger. Did she express specifically an age range that she was looking for?
A. She did not.
Q. You said something about traditional. Can you clarify what you stated?
A. A less traditional teacher. She felt her teaching methods were antiquated.
Q. How old was Joan Green?
A. I don't know.
Q. Over 40?
A. Yes.
Q. Over 50?
A. Yes.
Q. Over 60?
A. Yes.
Q. Over 70?
A. I don't know.
Q. Did you agree with Janine Mayville's assessments regarding Joan Green?
A. No.
Q. Who was the last person that was on the

Page 30

Board's list to be terminated?
A. I stand corrected, it was six members, not seven.
Q. Let's talk about these six people. Let's talk generally. The Weiss School, was it an FCIC school?
A. It was an FCIS school.
Q. I'm sorry, I apologize.
As an FCIS school, are you bound by certain rules and regulations?
A. Yes.
Q. As an FCIS school, who is supposed to make determinations as to staff members and firings and hirings?
MR. HOLT: I object to form.
Q. Let me reask the question so it's clear. As an FCIS school, who was supposed to make decisions as to hirings and firings?
MR. HOLT: I object to form.
A. The Head of School.
Q. Is the Board supposed to get involved in hirings and firings?
MR. HOLT: I object to form.
A. No.
Q. Why do you believe the Board was getting

Page 31

involved in hirings and firings?
MR. HOLT: I object to form.
A. Because they didn't like the teachers who were on staff and they wanted to make changes.
Q. Did you express to the Board that it was improper for the Board to be getting involved in hiring and firing decisions?
MR. HOLT: I object to form.
A. I did.
Q. How often did you express to the Board your displeasure?
MR. HOLT: The same objection.
A. I specifically addressed it to Janine Mayville, and when I did she got very angry at me.
And then in another time, in a Board meeting, I stressed it again, that it was the role of the Head of School to make these decisions, but I would always take into consideration their feedback, but that I have the final say.
Q. Let's talk about Janine Mayville. She was the person whose name you gave the most as the one who was pushing for these firings, correct?
A. Yes.
Q. Why is it that she was so active in terms of pushing for the firings, if you know?

Page 32

MR. HOLT: I object to form.
A. I don't know. She was just a Board member.
Q. Did she have a student at the school?
A. Yes.
Q. Was her student in Middle School?
A. He was not in Middle School at that time, but was going into it in the subsequent year, I believe.
Q. Do you believe the fact that she was a parent playing a role in her recommendations as a Board member?
MR. HOLT: I object to form.
A. Yes.
Q. When Janine Mayville was telling you that someone should be fired, was there a recommendation on behalf of herself or on behalf of the Board?
MR. HOLT: I object to form.
A. The Board gave her a lot of authority and liberty to speak for them, so the Board was aware that she was making the strong suggestions, but directly it came from her personal feelings to do it.
Q. You mentioned previously that topics of firing of staff came up in Board meetings as well, correct?
A. Correct.

Page 33

Q. In those Board meetings, the entire Board would have been present?
A. Yes.
Q. Let's take a step back for a second. How do topics come about to be discussed at a Board meeting?
MR. HOLT: I object to form.
Q. If you know.
A. We have a new business section, so anyone can bring up a topic at any time.
Q. Is there information, let's say, that's e-mailed ahead of time to the Board members to say we wanted to discuss this here tonight?
A. There is an agenda provided, but there is also what's called an executive session where the Head of School is not present and they can discuss whatever they like.
Q. At any point in time, was the consideration of firing these employees part of any agenda or part of any meeting minutes?
MR. HOLT: I object to the form.
A. I don't recall.
Q. Notwithstanding, you do recall discussing the firing of staff members at Board meetings?
A. Yes.
MR. HOLT: Objection to the form.

Page 34

Q. Are these Board meetings open to the public?
A. Legally they are, but nobody has ever come.
Q. So the persons who would be present at the Board meetings would be whom?
A. At that time, Martin Weiss, Elizabeth Weiss, Janine Mayville, Bill Tillson and Steve Cohen.
Q. Let's talk timeframe. When in time were conversations happening discussing the firing of these six persons?
A. It probably started at about October 2014, and I was told that I need to rethink my structure of my admin team and to closely evaluate teachers' performances.
Q. Rethink structure of your admin team, what does that mean?
A. That if my Assistant Head of School and my Lower Head of School were performing their duties effectively.
Q. So Assistant Head of School and Lower Head of School, that's Julie Regina and -- I'm sorry, who was your Assistant Head of School?
A. Assistant Head of School was Julie Regina.
Q. And who was your Lower Head of School?
A. Suzanne Otero.
Q. What was suggested to you, starting with Julie Regina?

Page 35

A. That she might not be the right fit, are there any other responsibilities that we can give to her.
Q. Who suggested to you that Julie Regina might not be the right fit?
A. Janine Mayville.
Q. Can you clarify, might not be the right fit for what?
A. For The Weiss School image.
Q. What did you take that to mean?
A. That they didn't like her appearance.
Q. By appearance do you mean her age?
MR. HOLT: I object to form.
A. I don't know.
Q. By appearance do you mean her weight?
MR. HOLT: The same objection.
A. Possibly, because they told me that I should tell her to dress better and maybe go out and buy more professional clothing.
Q. They, again, being whom?
A. Janine Mayville.
Q. Let's ask the same questions about Julie. Do you know the age of Julie Regina?
A. No.

Page 36

Q. Is she over 40?
A. Yes.
Q. Over 50?
A. Yes.
Q. Over 60?
A. I don't know.
Q. I will come back to Julie. Let's go with Suzanne Otero?
A. Just that she might not be the most effective person for this job and to see if there are any other duties that she can take on.
Q. Did they comment as well about her not meeting the image?
MR. HOLT: I object to form.
A. No.
Q. That was only stated about Julie?
A. Correct.
MR. HOLT: The same objection.
Q. What was the timeframe for the conversations regarding Julie Regina and Suzanne Otero?
MR. HOLT: I object to form.
A. This conversation went on for a year, which is why I came to my decision in October. As much as I advocated for my staff, I was basically being badgered by mostly Janine Mayville, Bill Tillson a little bit, that I should make these changes, and that's when I decided that it was time for me to leave the school.

Page 37

Q. You also mentioned as part of the different direction that you were told to put parents in place. What did you mean by that?
A. Janine didn't like how I was kind to parents, giving them a voice, and that not to worry about what they say, and just basically she would tell me what to say to parents if they disagreed with something that happened in the school.
Q. And again, under FCIS, whose responsibility was it for dealing with the parents of students?
MR. HOLT: I object to form.
A. The Head of School.
Q. Who were you replaced by?
A. Dr. Tammy Ferguson.
Q. Were you present when they announced Tammy Ferguson?
A. Yes.
Q. I'm sorry, Dr. Tammy Ferguson.
A. Yes.
Q. Was it only Dr. Tammy Ferguson announced on that date?
MR. HOLT: I object to form.

Page 38

Q. Sorry, let me correct me statement. Was anyone else announced with Dr. Tammy Ferguson on that date?
MR. HOLT: The same objection.
A. No.
Q. At some point in time did another individual by the name of Rudolph Collum come to the school?
A. Yes.
Q. Let's back up. When did you learn that Dr. Tammy Ferguson would be coming to The Weiss School?
A. In January of 2016.
Q. Was it at that meeting?
A. It was five minutes before the meeting.
Q. Can you take me through your learning of Dr. Tammy Ferguson being hired as the Head of School?
MR. HOLT: I object to form.
A. Yes. So before the State of the School address, I was introduced to Dr. Ferguson in my office with the Board members present and my admin team, Ms. Julie Regina, Ms. Suzanne Otero, stating where she came from and that she would be the new head for the 2016-2017 school year.
Q. Prior to that five minutes before, was it your intention to have a normal State of School meeting?

Page 39

MR. HOLT: I object to form.
MR. SCONZO: Strike the question.
Q. Since you only learned five minutes before, did you have different intentions for the State of School meeting?
MR. HOLT: I object to form.
A. No. Let me correct myself. I knew the five minutes before that they were going to introduce her. I just never met Dr. Ferguson before then.
Q. Let's back up then. When did you learn that Dr. Ferguson had been hired?
A. A week prior to the meeting.
Q. How did you learn that Dr. Ferguson had been hired?
A. The Board members told me they found a replacement for the next school year.
Q. Were you provided information about Dr. Ferguson?
A. I was provided that she came from FAU High School and that it was a great choice because The Weiss School wanted to build a high school and that she had the knowledge and skills to do that.
Q. Prior to the January State of School meeting, did you meet with Ms. Ferguson?

Page 40

A. No.
Q. Did you speak with Ms. Ferguson?
A. No.
MR. HOLT: I object to form.
Q. Did you e-mail with Ms. Ferguson?
MR. HOLT: The same objection.
A. No.
Q. Were you present when Ms. Ferguson addressed the school?
A. Yes.
Q. Was the remaining administrative team present when Ms. Ferguson addressed the school?
MR. HOLT: I object to form.
A. Yes.
Q. Was Ms. Regina present when Ms. Ferguson addressed the school?
MR. HOLT: I object to form.
A. Yes.
Q. Let me correct myself. Was your administrative staff present when Ms. Ferguson addressed the parents?
A. Yes.
Q. At what point in time did you learn that Mr. Collum, Dr. Collum, would be joining The Weiss School staff?

Page 41

A. I can't recall the exact date. I believe it was in February of 2016.
Q. So it was following the January announcement of Ms. Ferguson?
A. Correct.
Q. Sitting here today, did you ever learn the circumstances behind Tammy Ferguson's hire?
MR. HOLT: I object to form.
A. I don't understand the question.
Q. Did you learn the hiring process of Ms. Ferguson?
A. No.
Q. How was it announced that Rudy Collum would be joining the staff?
A. Through an e-mail.
Q. What position was Rudy, Dr. Collum, being hired to fill?
MR. HOLT: I object to form.
A. I can't recall the exact title.
Q. Was he filling an open position at The Weiss School?
A. No.
MR. HOLT: I object to form.
Q. Was someone fired to make room for Dr. Collum?

Page 42

MR. HOLT: I object to form.
A. No.
Q. Once Ms. Ferguson came on Board as Head of School, walk me through your job responsibilities and how they merged with Ms. Ferguson.
MR. HOLT: Objection to the form.
A. The Board told me that Dr. Ferguson would be overseeing now all of the finances and learning how -- not how to run the school, but to understand the operations of the school and, you know, for her to start developing relationships with the teachers and the parents. I was still doing my responsibilities sending out all e-mails and phone calls, meeting with teachers and meeting with parents.
Q. Does there come a point in time where you ceded over day-to-day control to Ms. Ferguson?
A. I was told to, yes.
Q. When in time was that?
A. I believe it was March 2016.
Q. In March of 2016, what role do you then take on at The Weiss School?
A. I was still the Head of School, but the Board wanted me to leave for the rest of the year at that time for Dr. Ferguson to take over.

Page 43

Q. Just to clarify, when you say leave for the rest of the year, you were no longer on campus?
A. Correct. With pay.
Q. Do you know exactly the date of when that turnover occurred?
A. I can't recall it.
Q. But you believe it was approximately March of 2016?
MR. HOLT: I object to form.
A. Yes.
Q. How do you know Julie Regina?
A. She started working at The Weiss School as a second grade teacher. I can't recall the exact date she started.
Q. If she testified that she worked at The Weiss School for 12 years, would you agree with that statement?
A. Yes.
Q. And if her last date of employment was 2016, in May, that would make her start date to be at some point in 2004?
A. Correct.
Q. If I did that math right.
You testified that you met her as a second grade teacher; is that correct?

Page 44

A. Correct.
Q. Did you know Ms. Regina prior to working at The Weiss School?
A. No.
Q. Was Ms. Regina always a second grade teacher at The Weiss School?
A. No.
Q. What role did Ms. Regina have following being a second grade the teacher?
A. Administrator for student services, then Middle School head, then Assistant Head of School.
Q. At what point in time would you have been Ms. Regina's direct supervisor?
A. In 2011.
Q. Prior to that point would Ms. Regina have reported to someone else?
A. Yes.
Q. Who would she have reported to?
A. Dr. Rosemary Daniels, Dr. Rosemary Marshall now.
Q. I'm showing you what has been previously marked as Exhibit 4 in the deposition of Julie Regina. Are you familiar with what this document is generally?
A. Yes.

Page 45

Q. What is this document generally?
A. Her employee contract.
Q. If you look on the first page, who is the employee who this is a contract of?
A. Julie Regina.
Q. And what is the position for which Julie Regina is being hired for?
MR. HOLT: I object to form.
A. Assistant Head of School, Middle School head.
Q. If you turn to page 5 of this document, who signed on behalf of The Weiss School for this position?
A. I did.
Q. For this contract, I apologize.
A. Correct. I did.
Q. How does the employment agreement renewal process occur at The Weiss School?
MR. HOLT: I object to form.
Q. Let me give a timeframe. While you were there.
MR. HOLT: The same objection.
A. I would put together a budget and a list of all the staff members' salaries and get them approved by the Board.

Page 46

Q. If a person was already in a position the previous year, how does the process work to consider whether they will again get that position the following year?
MR. HOLT: I object to the form.
A. The Head of School makes the decision.
Q. Does the performance evaluation process come into play?
A. Yes.
MR. HOLT: I object to form.
Q. Can you clarify further, does performance of an employee come into play as to whether or not an employee gets a contract the following year?
MR. HOLT: I object to the form.
Q. Is an employee guaranteed a contract the following year?
A. No.
Q. Based on your understanding as Head of School of The Weiss School for the years that you were, should there be an employment agreement for Julie Regina for each year that she worked at The Weiss School?
MR. HOLT: I object to form.
A. Yes.
Q. Should it reflect whatever the position that

Page 47

she worked during that year?
MR. HOLT: I object to the form. I am not sure why you are raising your voice.
MR. SCONZO: I'm not raising my voice. What are you talking about?
A. That's good, because I am deaf in this ear because that works.
Yes, that's correct.
Q. What roles, do you know the duties that Ms. Regina performed as Assistant Head of School?
A. Yes.
Q. What were her job duties?
A. To meet with all Middle School parents, all Middle School teachers, to administer the Terra Nova testing, to oversee Duke TIP awards, Johns Hopkins awards, National Junior Honor Society, to do all the paperwork for the Florida Department of Health. Fill in classes when needed for substitutes. Anything that I needed help with.
Q. Let me show you what was previously marked as Exhibit 5 in Ms. Regina's deposition. Can you read through this list of job duties and indicate if there is anything on here that you believe did not fall within Ms. Regina's job description?
A. This is all correct.

Page 48

Q. As Ms. Regina evolved from the various positions, including administrator for social services, Middle School head, Assistant Head of School, did she stop performing her prior services that she filled in the previous roles?
MR. HOLT: I object to the form.
Q. Let me restate the question. Did Ms. Regina's roles evolve as she continued to progress up the ladder at The Weiss School?
MR. HOLT: I object to the form.
A. Yes.
Q. Just because she now was the Assistant Head of School, did her job duties that she used to perform, say, as administrator for social services, discontinue?
MR. HOLT: I object to the form.
A. No.
MR. HOLT: You have to give me one second to get my objections in there.
THE WITNESS: Sorry.
MR. HOLT: I know. Everybody does it. It's really normal. I'm trying not to interrupt, but I just have to get them in quickly. Thank you.
Q. In your belief, was Ms. Regina qualified for the position that she held at The Weiss School?

Page 49

MR. HOLT: Objection to the form.
A. Yes.
Q. Let's clarify. Was she qualified to be a second grade teacher?
A. Yes.
Q. Was she qualified to be the administrator for social services?
MR. HOLT: I object to the form.
A. Yes.
Q. What I am asking of you, as the former Head of School at The Weiss School, was it your belief that she was qualified to be the administrator for social services?
MR. HOLT: I object to the form.
A. Yes.
Q. As the former Head of School of The Weiss School, at the time did you believe that she was qualified to serve as the Middle School head?
A. Yes.
Q. As the former Head of School of The Weiss School, did you believe she was qualified to serve as the Assistant Head of School?
A. Yes.
Q. As the former Head of School of The Weiss School, did you believe that she was qualified to

Page 50

serve as a guidance counselor?
A. No.
Q. Explain that to me.
A. She didn't have the credentials to be a guidance counselor.
Q. Under FCIS rules and regulations, in a private school are you required to have certain credentials?
MR. HOLT: I object to the form.
A. Yes.
Q. What did Ms. Regina lack, I guess, if you know?
A. Her Masters degree was in exceptional student education. Guidance counselor is a broad term, so it depends how you are categorizing that. If you are talking about counseling students for social, emotional needs, no. If you are referring to strategies to help the social emotional needs, yes, she is qualified.
Q. I guess let me clarify. Ms. Regina served in a role as a guidance counselor, or at least that was part of her duties, to provide guidance to students at The Weiss School during her time there, specifically for Middle School students. Was she qualified to provide the role that she was providing

Page 51

there?
MR. HOLT: I object to form.
A. Yes.
Q. Off the top of your head, can you think of other positions that Ms. Weiss did not work at the school that she would have been qualified for?
MR. HOLT: I object to form.
A. She would be qualified for any elementary school position. Her certificate, I believe, is up to sixth grade, so she can teach any course up to sixth grade class.
Q. Can you describe to me, prior to Ms. Ferguson coming in, what the hierarchy was at The Weiss School?
MR. HOLT: I object to form.
A. Can you restate, please?
Q. Yes. What was the organizational nature of The Weiss School in 2016 prior to Dr. Ferguson coming in?
A. There was the Board of Trustees, and then it was the Head of School, and then the Assistant Head and Lower Head of School, and then the teachers.
Q. Now, that's my question. You seem to even in describing it designated Assistant Head and Lower Head. Was there a difference in those two positions

Page 52

between Assistant Head and Lower Head?
MR. HOLT: I object to form.
A. Yes.
Q. What was the difference between Assistant Head and Lower Head?
MR. HOLT: I object to form.
A. The Assistant Head would make decisions in my absence.
Q. Who was the Assistant Head?
A. Julie Regina.
Q. It was Julie's responsibility to act in your place should you be absent?
A. Correct.
Q. How did Julie perform as an Assistant Head of School?
A. She did an exceptional job, was an effective employee.
Q. You said "and was an effective employee," correct?
A. Uh-hum.
Q. Did you conduct performance evaluations of Ms. Regina?
A. Yes.
Q. How often would you do those performance evaluations?

Page 53

A. Annually.
Q. You think it is your belief that those performance evaluations were positive, negative?
A. Positive.
Q. Do you have any specific recollection of ever giving Ms. Regina a negative performance evaluation?
A. No.
Q. As a former Head of School of The Weiss School, are you aware of any time that Ms. Regina received a negative performance evaluation or performance review while working at The Weiss School?
A. No.
(Plaintiff's Exhibit 18 was marked for identification.)
Q. I provided you what's been marked as Exhibit 18. Can you describe to me what the document I just gave to you is?
A. It's the annual employee assessment.
Q. What year is the document that I just provided to you?
A. 2012.
Q. When would you give this performance evaluation?
A. Can you restate?

Page 54

Q. Sorry. First of all, let's back up. Which employee is this for?
A. Julie Regina.
Q. And do you know what position she was in when you provided this performance evaluation?
A. Administrator for student services.
Q. As the Head of School, at what time period do you perform performance evaluations?
A. Do you mean actually writing them or observations?
Q. Let's go with both I guess. When do you undergo the actual review process, let's start there?
A. During contract dissemination.
Q. And when is that in timeframe?
A. It depends on when the Board approves the contract, so anywhere from March to May.
Q. And then the actual writing of the performance reviews, when does that occur?
A. I write them in April because she was a summer employee. I reviewed it when school ended.
Q. In this instance, what date is this performance evaluation dated?
A. June 1, 2012.
Q. Can you read for the record what your assessment and comments were for Julie Regina?

Page 55

A. "I have worked with Mrs. Regina as a colleague for nearly 8 years. This is my first year as her working for me as Head of School. During my first year as Head of School, Mrs. Regina has gone above and beyond her job description to ensure that this first year ran smoothly. There wasn't any task that was too menial or too big that she wouldn't accomplish. Mrs. Regina always completed her responsibilities with a smile and in a timely manner. In addition to her current role, Mrs. Regina obtained additional responsibilities such as meeting with parents and teachers. She has gained the respect of her peers where you will always see teachers go to Mrs. Regina first for her advice. The Weiss School and I are extremely fortunate that she is part of our school."
Q. Is there anything in that statement that you would amend in your time working with Ms. Regina, other than the typo?
A. Thank you. No.
MR. HOLT: Counsel, is there a marking on this document? That looks like there was a pen marking on this one. Yes. Do you want to replace it with a clean one?
MR. SCONZO: I'm sorry, I gave the wrong

Page 56

one. I apologize. That was to tell me to highlight that one. Thank you for pointing that out, counsel.
(Plaintiff's Exhibit 19 was marked for identification.)
Q. I'm showing you what has been marked as now number 19. Is this the same type of performance evaluation that you just reviewed?
A. Yes, but I guess I did not correct it. It says teacher assessment instead of employee performance.
Q. And for what year is this performance evaluation?
A. 2013.
Q. Again who was the employee you were reviewing?
A. Julie Regina.
Q. And who signed off on the review?
A. Myself and Julie Regina.
Q. And what was the date of the review?
A. May 30, 2013.
Q. Can you read your assessment and comments?
A. "This is my second year working with Mrs. Regina. Mrs. Regina has been my right hand "man." There wasn't a task too small or too large that she

Page 57

couldn't handle. Every assignment given to her was completed in a timely manner as well as effectively. Due to Mrs. Regina's diligence and work ethic, she will be the Assistant Head of School commencing July 1, 2013. Congratulations on achieving this outstanding accomplishment and I look forward to another successful year!"
Q. In this assessment comment you note you were promoting Ms. Regina to Assistant Head of School. What led you to promote Ms. Regina to Assistant Head of School?
A. Her performance.
Q. You were promoted from Assistant Head of School to Head of School, correct?
A. Correct.
Q. Following your promotion, did someone else become Assistant Head of School prior to Ms. Regina?
A. No.
Q. Did that position remain vacant until Ms. Regina filling that position?
A. Yes.
Q. For how long?
A. Two years.
Q. Did you actively seek out a person to fill the role of Assistant Head of School?

Page 58

A. No.
Q. Did you consider other persons for the role of Assistant Head of School?
A. Yes.
Q. What made you ultimately decide that Ms. Regina was the best person for this, the Head of School position?
A. She was already taking on the responsibility of Head of School -- Assistant Head of School would perform.
Q. Was she doing so adequately?
A. Yes. Can I use the bathroom real fast?
Q. Yes, let's take a break.
(A recess was taken.)
(Plaintiff's Exhibit 20 was marked for identification.)
Q. Showing you what has been marked as Plaintiff's Exhibit 20, I am going to fast forward this process a little bit. Can you confirm that this is the performance evaluation of Ms. Regina for the year 2014?
A. Correct.
Q. Could you read your assessments and comments?
A. This is Mrs. Regina's 1st year as Assistant

Page 59

Head of School/Middle School Head. Mrs. Regina was instrumental this school year in keeping the operations of the School running smoothly so that I could have more time with the parents and work on the "Centers of Excellence."
"She assured that all teachers posted their grades and communicated with parents. Mrs. Regina is an integral part of The Weiss School's success and growth. Her effective leadership has helped move the School forward. I look forward to another outstanding year with Mrs. Regina."
Q. Those are your statements?
A. Yes.
Q. Do you stand by them today?
A. I do.
(Plaintiff's Exhibit 21 was marked for identification.)
Q. Showing you what's been marked as Plaintiff's Exhibit 21. Is this another review of Ms. Regina?
A. Yes.
Q. What year is this for?
A. 2015.
Q. It's dated June 1, 2015?
A. Correct.

Page 60

Q. Can you read your comments?
A. Mrs. Regina has met all of her goals set for the 2014/2015 school year. I would like her to continue to include these goals in her yearly assignments. In addition to meeting these goals, Mrs. Regina has become more confident and independent and making decisions in my absence which are in alignment with The Weiss School mission and vision.
"Mrs. Regina was instrumental in making our first Author's Day as success! She guided the teachers through the process while working collaboratively with our Director of IT to ensure the project would come the fruition. Moreover, she created a schedule for the teachers for deadlines as well as presentation times. This day was a huge success due to Mrs. Regina's implementation and action plan. Even more impressive is how she stepped in during our "Great Give" campaign which was to be organized by another employee. Although this was not in her job description, she picked it up and brought it to fruition while establishing strong relationships with a group of parents. Mrs. Regina is essential to the success of The Weiss School."
Q. Thank you. Did you do a performance review in 2016 for Ms. Regina?

Page 61

A. No.
Q. Throughout these performance reviews, you state that Ms. Regina was essential to the success of The Weiss School. Is that how you feel sitting here today?
MR. HOLT: I object to form.
(Plaintiff's Exhibit 22 was marked for identification.)
Q. I am showing you what's been marked as Plaintiff's Exhibit 22. Do you recognize this document?
A. I do.
Q. What is this document?
A. It's a letter of recommendation for Ms. Regina.
Q. The date of this document is January 12, 2016. Why did you write a letter of recommendation in January of 2016?
A. Because I knew that the Board wanted to get rid of her.
Q. Can you explain that further? When were you told that Julie would be being gotten rid of?
MR. HOLT: I object to form. Misstates the testimony.
Q. Let me clarify. I'm sorry, at what time did

Page 62

you know that the Board wanted to get rid of her?
MR. HOLT: I object to form.
A. They did not tell me they were going to get rid of her, but based on my conversations for the previous year and a half, I knew that was the intention.
Q. Did she ask you to draft this letter of recommendation?
A. I can't recall if I initiated it or she asked me.
Q. Are the positions, and you are welcome to read it, but are the positions you reflected in this recommendation letter the positions you still stand by today?
MR. HOLT: Objection to form.
A. Yes.
Q. At any point in time while you worked at The Weiss School, was Ms. Regina ever put on a Performance Improvement Plan?
A. No.
Q. Was she ever disciplined for any actions she performed at The Weiss School?
A. No.
Q. Was she ever suspended?
A. No.

Page 63

Q. Is Ms. Regina still employed at The Weiss School?
A. No.
Q. Do you know why?
A. She was fired.
Q. Do you know when she was fired?
A. May 2016.
Q. Were you there when she was fired?
A. I can't recall if I was gone or not by then.
Q. Were you present during her firing?
A. No.
Q. Were you involved in the decision to fire her?
A. No.
Q. Let me clarify the question. Were you physically the person who made the decision to fire her?
MR. HOLT: Objection to form.
A. No.
Q. Were you consulted with to decide whether to fire her?
MR. HOLT: Objection to form.
A. No.
Q. Were you consulted with to decide whether or not to renew her contract?

Page 64

A. No.
Q. Were you the person who decided not to renew her contract?
A. No.
Q. Who do you understand decided to not renew her contract?
A. The actual person or the decision?
Q. Let's go with the actual person first.
A. Dr. Tammy Ferguson.
Q. Who made the decision?
A. I believe she was instructed by the Board.
Q. Did that instruction pre-date the hiring of Ms. Ferguson?
MR. HOLT: Objection to form.
A. Yes.
Q. Why do you believe Ms. Regina was terminated?
A. The Board felt she didn't fit the image of The Weiss School.
Q. Were other persons terminated and/or not had their contracts renewed because they did not fit the image of The Weiss School?
MR. HOLT: Objection to form.
A. I don't know.
Q. Were other people set to be terminated

Page 65

and/or not have their contract renewed because they did not fit the image of The Weiss School?
MR. HOLT: Objection to form.
A. Yes.
Q. Can you explain what that means?
This question is important so I will ask it again. Were other people terminated because they did not fit the image of The Weiss School?
MR. HOLT: Objection to form.
A. I don't know.
Q. Did other people not have their contract renewed because they did not fit the image of The Weiss School?
MR. HOLT: Objection to form.
A. Not that I know of.
Q. You previously said yes and now you are saying not that I know of, and I only reasked it because I wanted to break up the two, terminated and --
A. Sorry. The reason why I say that is because the Lower Head of School knew this was coming so she sought employment prior to being let go.
Q. You provided me previously a list of six people who you believe, plus the Lower Head of School, that the Board wanted to terminate. Were

Page 66

those people ultimately terminated?
MR. HOLT: Objection to form. Misstates the testimony.
Q. Let me correct myself. You provided a list of six people the Board wanted to get rid of. Were those six people ultimately gotten rid of?
MR. HOLT: The same objection. Misstates the testimony.
Q. You can still answer.
A. There is one that's not there anymore. I don't know, Sheryl Grimaldi, what the reason was why she left. As I mentioned before, Suzanne Otero was proactive and looked for a job. And I believe Marika Powell and Nancy Gall have retired since then.
Q. When you were relayed from the Board that they wanted you to get rid of these people, did you tell -- let's start with the six individuals that the Board wants to get rid of you.
MR. HOLT: I object to form. That completely misstates the testimony. Counsel, you have got to stop doing this or we will call the magistrate.
Q. You can answer the question.
A. No.
Q. Did you in any form inform them of what you

Page 67

had learned from the Board?
MR. HOLT: Objection to the form. Continues to misstate the testimony.
Counsel, it wasn't the Board who was doing this and that was her testimony earlier, it was individuals. If you want to ask questions recasting her testimony --
MR. SCONZO: I am going to continue asking my questions and you can stop interfering. There are objections and then there are speaking objections. You are making speaking objections. Thank you.
MR. HOLT: If you continue to misstate the witness' testimony in an effort to mislead her in this deposition, we will have to take a break. We can either terminate the deposition or we can call the magistrate.
MR. SCONZO: Thank you, and if we do that, I will seek sanctions from you for interfering with my deposition.
MR. HOLT: That's just not how sanctions work, but we can resume at an appropriate time when you stop this improper conduct.
A. Can you please restate the question?
Q. The question is did -- can you read back the

Page 68

question, please?
(A portion of the record was read by the reporter.)
MR. SCONZO: Let me rephrase the question.
Q. Did you in any way inform them, being the six persons you listed previously, of what you had learned from the specific Board member that you identified previously while going through the list of six individuals?
A. No.
Q. Previously, when we went through the list of six individuals, you identified a specific Board member, correct?
A. Correct.
Q. When you identified, for example, either Janine Mayville or Bill Tillson as being the individual who wanted to get rid of the employee, is it your belief that the other Board members were aware of that decision?
MR. HOLT: Objection to form.
Q. Other Board members were aware of that decision?
A. Yes.
Q. Do you believe that decision reflected the belief of the Board?

Page 69

MR. HOLT: Objection to form.
A. No.
Q. You believe it only reflected the belief of the individual Board members?
A. Yes.
Q. Do you believe that those individuals were acting on behalf of the Board?
A. No.
Q. Were they acting with the authority of the Board?
A. Yes.
Q. You identified four individuals, Sheryl Grimaldi, Suzanne Otero, Marika Powell and Nancy Gall who you believe are no longer with the school?
A. Correct.
Q. You previously identified Sheryl Grimaldi, Susan Otero, Marika Powell and Nancy Gall?
A. Correct.
Q. Other than those individuals, were there other individuals that you were instructed by the Board to get rid of that have since left the school?
MR. HOLT: Objection to form.
A. No.
Q. Why do you believe that the six employees have not been terminated?

Page 70

MR. HOLT: Objection to form.
A. Due to this lawsuit.
Q. Can you explain that further?
A. Well, because there is a lawsuit against The Weiss School for discrimination, it would be difficult for The Weiss School to let go of the other employees.
Q. Is it your belief that if Ms. Regina had not filed a lawsuit, they would have fired or terminated those other individuals?
MR. HOLT: Objection to form. Calls for speculation.
A. Yes.
Q. And is that based on what the specific Board members were asking you to do?
MR. HOLT: Objection to form.
A. Yes.
Q. Do you know who was hired to replace the four individuals, namely Sheryl Grimaldi, Suzanne Otero, Marika Powell, Nancy Gall?
A. I don't.
Q. Do you know who was hired to replace Julie Regina?
A. In her placement, Dr. Rudy Collum took over some of her responsibilities, but I don't know what

Page 71

his job description is, so.
Q. Were you aware of the hiring of a Brittany Steele?
A. Yes.
Q. Who is Brittany Steele?
A. I believe she is the communications person.
Q. How did you come to be aware that Brittany Steele was being hired?
A. I was accidently copied on e-mail that should have only gone to the Board and I was made aware that they would be bringing her in in May.
Q. When in time did you receive that e-mail?
A. In May. I believe it was the first week of May or the last week of April, right before I was let go.
Q. Do you know when Brittany Steele started at The Weiss School?
A. I do not.
MR. HOLT: For what it's worth, counsel, these were two separate documents, and I don't necessarily have a problem with you putting them together for the purpose of the exhibit, I just wanted to let you know that as we produced them, they were two separate documents.
MR. SCONZO: It could be 23 and 24. I

Page 72

included them together because it is an e-mail and response. If you want me to do it separately, I will be glad to do it.
MR. HOLT: I don't think it's going to be a big issue.
MR. SCONZO: Let's do it as 24 as well. Do you mind putting 24 on the second page and then we will separate them?
(Plaintiff's Exhibit 23 was marked for identification.)
(Plaintiff's Exhibit 24 was marked for identification.)
Q. I'm showing you what's been marked as Exhibits 23 and 24. From my understanding it's an e-mail between you and a Susan Lemieux. First off, who is Susan Lemieux?
A. At the time she was a third and fourth grade math teacher.
Q. Also it appears Tammy Ferguson, Dr. Tammy Ferguson is cc'd on the e-mail. First of all can you read the e-mail?
A. Yes. "Good Morning Sue.
"As you know, the school is in a transition. As with all transitions, a positive culture must be maintained in order for it to be successful. It was

Page 73

brought to my attention that you have shared with several faculty members (in and out of the teacher's lounge) that you were discussing the livelihood of two administrators at Weiss, specifically Suzanne Otero and Julie Regina saying that, "they will probably get fired and why do we need them anyway?"
"Fortunately, these two individuals are unaware of your assumptions and in appropriate remarks. This is unacceptable behavior. This is a written warning to cease and desist all discussions of ANY employee that would negatively impact not only someone's reputation but the reputation of The Weiss School."
Q. What did you learn that Ms. Lemieux had said, if you recall?
A. Exactly what was written, that they will probably get fired.
Q. Who did you learn that from?
A. I can't recall what staff member told me at that time.
Q. Why did you cc Dr. Ferguson on this e-mail?
A. Because she was transitioning into the role as Head of School and I wanted to make sure that we worked together so that we could have a positive transition and there wasn't any instability at the

Page 74

school with the change, so she needed to be made aware of what was going on.
Q. If you look at Exhibit 24. It appears you then send an e-mail to Tammy. Can you provide me context to this e-mail?
A. Yes. I wanted to give her the heads up. I didn't want her blind-sided if Lemieux came up and said anything to her about the inappropriate remarks.
Q. But you had previously cc'd her on the e-mail and then you forwarded it as well?
A. Correct.
Q. It was just a double to make sure she was aware of it?
A. Yes.
Q. Not that I am missing a conversation that occurred?
A. No.
MR. HOLT: Objection to form.
A. I just wanted to give her the background story. At the time I probably remembered who said it, it's to four years later so I can't recall, so I wanted to provide her with all the information in case she was addressed by the teacher, Ms. Lemieux.
Q. Who is Paul Spirou?
A. Paul Spirou is my son.

Page 75

Q. Sorry, who is George Spirou? George Spirou is your son as well?
A. Yes.
Q. Who is Paul Poulos?
A. My father.
Q. What happened to Paul Paulos?
MR. HOLT: Objection to form.
A. He was fired.
Q. How did that come about?
A. He was let go in June of 2016.
Q. What were the circumstances leading to his termination?
A. Can you please repeat that?
MR. HOLT: Objection to form.
Q. What were the circumstances behind his termination?
A. They told him that he was fired because he didn't get pricing on power washing and didn't get it approved.
Q. Did he allege any claims against The Weiss School for the grounds behind his termination?
MR. HOLT: Objection to form.
A. He did at one time, yes.
Q. And what was that?
MR. HOLT: The same objection.

Page 76

A. I believe it was in the fall of 2016 he filed a claim with the EEOC.
Q. What ultimately happened with that claim?
MR. HOLT: I object to form.
A. He dropped it.
Q. Do you know why?
A. I told him it wasn't worth it and he just needs to let it go.
Q. Is that because you -- well, why did you tell him it wasn't worth it?
A. I wanted to continue to keep a good relationship with The Weiss School and just I believe in peace sometimes more than just getting stressed out.
Q. Is it because you believed the circumstances behind his termination were right and just?
MR. HOLT: Objection to form.
A. I do believe his claims were accurate.
Q. Let me reask the question.
A. Sorry.
Q. Did you tell him to dismiss his claims because you felt they did not have merit?
A. No, they had merit.
Q. If any person, any staff member was fired or contract was not renewed in 2016 at The Weiss School,

Page 77

was that decision made by you?
A. No.
MR. HOLT: Objection to form.
A. No.
Q. Showing you what's been previously marked as Exhibit 15. Have you seen this string of messages before?
A. No. Apparently they are mine, but.
Q. Let me reask the question. In preparation of your deposition, did you review these Facebook Messenger messages?
A. No.
Q. Did I send them to you?
A. No.
Q. Have you gone over what's in the content of them?
A. No.
Q. Let's do so now. I'm going to focus on certain ones, but you are welcome to review any of them altogether yourself obviously.
A. Uh-hum.
Q. On the first page it's dated 5/23/16. The message states: They are still in the conference room.
Response: I think so. They are pony

Page 78

expressed just in. They must be burning about my letter.
What letter would you be referring to?
A. I don't recall.
Q. On the second page, it's dated 5/24/16. You can't read it very well, but I could tell based on the following page that it says Supplemental RTP006 at the bottom.
It says: Are you done with your meeting?
To which Julie responds: I am. I survived. I am in Sheryl office.
Do you know what meeting is being referred to there?
A. No.
Q. On the third page of the packet, but what says Supplemental RTP0007 it starts: A forwarded message. Can you review that forwarded message?
A. That was my severance agreement. Do you want me to review the message on the next page? Okay, it's my letter. Okay.
Q. I have a general question about this forwarded message, but I want you to feel comfortable responding to the question.
A. Let me just read it. Okay.
Q. Is this a message that you sent to the

Page 79

Board?
A. Yes.
Q. Why did you send it to Julie?
A. Because she was my Assistant Head of School and I confided in her.
Q. Did you ultimately receive a severance payment from the school?
A. No.
Q. Did you sign a severance agreement?
A. Yes.
Q. Can you turn to the page that says Supplemental RTP0012?
A. Yes.
Q. Julie indicates she read it and then you indicate that you asked Julie to delete her messages --
A. Yes.
Q. -- on Facebook. Why did you ask her to do that?
A. Well, I guess probably for a reason like today. I don't know.
Q. Was it in fear of your severance and that it might affect your severance agreement?
A. Yes.
Q. The next thing was: Chubs in this morning.

Page 80

Who does Chubs refer to?
A. That was a nickname the staff made up for Dr. Rudy Collum.
Q. Did you make up this nickname?
A. No.
Q. You had heard it though?
A. Yes.
Q. Did Julie make up that nickname?
A. I don't remember.
Q. I'm skipping ahead slightly. You are welcome to read any of the pages though for your own record. I'm moving ahead to the page that says 18 at the bottom.
A. Okay.
Q. About halfway down it says: Wiggins moved into my office while my dad was gone?
A. Uh-hum.
Q. Do you know who that refers to?
A. Dr. Tammy Ferguson.
Q. Again, is that a nickname you made up?
A. No.
Q. At the bottom of the page 6/7/16, it says: My dad has a meeting with Tammy at 3:45 today.
A. Uh-huh.
Q. Why did you relay that information to

Page 81

Ms. Regina?
A. Because I knew they were probably going to fire him.
Q. How do you know they were going to fire your father?
A. Because he had a meeting with them prior. His work schedule was originally four days a week and they said that can't happen.
He said that's fine, I'll work five days a week, and every time he would try to have a meeting with them, they wouldn't have a meeting with him. And again I think Dr. Ferguson was instructed by the Board. I don't think it was her decision, but I can't talk for her.
Q. If you go to 24, it appears you are asking Julie for some information about how to help your father for the EEOC process?
A. Correct.
MR. HOLT: Objection to form.
Q. I'm sorry, you can read it. Can you tell me what you were doing in that?
A. Yes. My dad wanted the information.
Q. Did your dad and Julie have contact?
A. Yes.
Q. Was your father friendly with Julie?

A. No.
Q. Were you friendly with Julie?
A. Yes.
Q. That's all I have on that. Let's go to the last page actually. It's -- what's the last date of messages here?
A. Hold on. November 3, 2016.
Q. If you want you can read -- if you go back to the page before, can you read that string of messages going to the end there?
A. On page 0037?
Q. Yes, going to the end. Starting: Can you call me? Can you please call me later? I'm available after 5.
A. Julie says: Can you talk now?
Q. I meant to yourself, but you can read it out loud if you prefer.
A. Sorry. Okay.
Q. And then the next page as well, on 38.
A. Okay.
Q. Were you trying to assist Julie in getting an aftercare job?
A. She had applied for an aftercare position at The Greene School.
Q. Did it not work out?


A. They didn't want me to hire somebody else at the school.
Q. Is that the last communication that you can recall having with Ms. Regina?
A. Yes.
Q. If you stayed on as Head of School at The Weiss School, would you have terminated Ms. Regina?
MR. HOLT: Objection to form.
A. No.
Q. Would you have renewed the contract?
MR. HOLT: The same objection.
MR. SCONZO: Can I finish MY question, please? Thank you.
MR. HOLT: You don't need to race your voice with me, counsel.
Q. Would you have renewed the contract of Ms. Regina?
A. Yes.
Q. Do you believe that Ms. Regina fit your image of what an Assistant Head of School should be?
MR. HOLT: Objection to form.
A. Yes.
MR. SCONZO: Off the record a second. I just want to review to see if I missed anything.
(Pause.)


Q. Did there come a point in time where you were involved in an FCIS evaluation of the school in either 2014 or 2015?
A. Yes.
Q. What was the purpose of that evaluation?
A. To help to get the school reaccredited.
Q. Can you walk me through the process generally of an FCIS evaluation?
A. A year and a half preparation making sure that you meet all the standards set forth by the Florida Council of Independent Schools. The entire staff is involved in the process writing the report. Evidence needs to be -- well, now it's uploaded, but used to back in the day be printed out, so for every piece of evidence you would have to have a statement. So there was probably about a hundred standards, so hundred 100 pieces of documentation included in about a 50 page report.
Q. I'm showing you what's been marked as Exhibit 14. Is this the final report that was received from that FCIS investigation?
MR. HOLT: One second, counsel. This is produced under the confidentiality agreement. I don't know, you probably saw this as Head of School.


THE WITNESS: Yes.
MR. HOLT: I just wanted to check.
MR. SCONZO: Counsel, you are right, I should have checked.
MR. HOLT: As long as you saw it while you were working at the school, I have no problem with it whatsoever.
THE WITNESS: Yes.
MR. HOLT: I just wanted to check before we got further down that path.
THE WITNESS: Yes.
MR. SCONZO: I'm sorry, counsel, I didn't mean to. I think this is the only document I have shown that falls into that category.
MR. HOLT: Yes.
Q. The question was is this the final report that came from that FCIS evaluation process?
A. Yes.
Q. Did the FCIS make recommendations to the school as to how to better the school essentially?
A. Yes.
Q. Specifically was one of the recommendations to correct the asset to liability ratio of the school?
A. Yes.

Page 86

Q. Or to adjust?
A. Yes.
Q. It has been posited or put out by The Weiss School that in an effort to attempt the asset to liability ratio, they eliminated the Assistant Head position. Is that a consideration that was being considered by the Board while you were still present as the Head of School?
MR. HOLT: Objection to form.
A. No.
Q. Were you presented at the school when this final report was received?
A. Yes.
Q. When was this final report received? I guess let's start there.
A. Probably October 2015.
Q. Were you involved in the process of making recommendations to the Board as to how to correct the asset to liability ratio?
A. Yes.
Q. What were your recommendations?
A. That the Weisses donate the building. This was just bigger than an employee being let go. I had been talking to them for a year prior that we would not meet the asset to liability ratio based on our

Page 87

mortgage. That's why we stopped renting from the Weisses and then we purchased the school.
Q. I am going to stop you there. I don't understand that. Can you explain it to me?
A. I'm sorry?
Q. What was wrong with the lease arrangement?
A. We used to lease from one of the co-founders. We would rent. So I advocated that we purchase the building so that we could decrease our asset to liability ratio.
Prior to accreditation, I had shared with the Board we are not going to meet the standard. I showed them why we were the not going to meet the standard. They did not believe me. So they knew before this report that we were not going to meet it.
Because they were business people, they thought they could finagle and talk, and that's not how it works in private schools. Private schools are different than being the CEO of a fortune 500 company. So they were well aware of it a year prior to us having an accreditation visit.
Q. So are you aware of following this report they did change the structure of how they, I guess, utilized the property of The Weiss School?
MR. HOLT: I object to form.

Page 88

Q. That question isn't good. Did they switch from renting to owning the premises?
A. Yes.
Q. If my question wasn't good --
A. No, I just can't recall if it was before the accreditation. We did it right before or after. I just can't recall the exact date. But even with the rent, with the purchasing the building, we still had to pay the Weisses. They held a mortgage, so basically we had two mortgages.
Q. And so it's your position that the asset to liability ratio had more to do with the rent and building situation than to do with the employee salary issue?
A. Absolutely.
MR. HOLT: Objection to form.
Q. Are you aware of the salaries that were paid to any individuals who were brought in in 2016?
A. Yes.
Q. Are you aware if those were higher or less than that of Ms. Regina?
A. Significantly higher.
Q. And so being aware of that, what would be your position as to whether or not that would have had a positive or negative effect on the asset to

Page 89

liability ratio?
MR. HOLT: Objection to form.
A. It would have a negative effect.
MR. SCONZO: I have no further questions.
MR. HOLT: We will take a little break and we will come back and I will ask you a good bunch of questions as well.
(A recess was taken. )

CROSS-EXAMINATION

BY MR. HOLT:
(Plaintiff's Exhibit 25 was marked for identification.)
Q. I am handing you a document which has been marked as Exhibit 25. This is a subpoena that was served to you. Do you recall having received this subpoena?
A. Yes.
Q. If you look on the first page of Exhibit 25, there is a checkmark in the box next to Production. Do you see that?
A. Yes.
Q. It references an attached Exhibit A for the documents you are to produce. Do you see that as well?
A. Yes.

Page 90

Q. Let's take a look at Exhibit A, and I just want to ask you if you have any of these documents anywhere. Are there any communications between you and Julie Regina from December 1, 2015 to the present that you have in your possession, custody or control?
A. No.
Q. Are there any communications between you and any of The Weiss School's current or former employees about Ms. Regina from May 1, 2016 to the present?
A. No.
Q. Do you have in your possession, custody or control any communications between you and anybody on The Weiss School's Board with respect to Julie Regina after May 1, 2016?
A. No.
Q. There is a person, somebody named Dorothy. Do you know somebody named Dorothy?
A. Yes.
Q. Who is Dorothy and what relation does she have to this case?
A. Nothing.
Q. Did you have any communications with somebody named Dorothy about Julie Regina?
A. No.
Q. Did you have any communications with

Page 91

somebody named Jerry about Julie Regina?
A. No.
Q. Are there any documents you prepared for Julie Regina that you prepared after May 21, 2016?
A. Not that I recall.
Q. No letters of recommendation or anything after May 21, 2016?
A. No documents that I recall.
Q. Anything that you reviewed for Julie Regina after May 1, 2016?
A. Not that I recall.
Q. Anything that you submitted on behalf of Julie Regina after May 21 of 2016?
A. Not that I recall.
Q. Are there any recordings that you have in your possession, custody or control of any of The Weiss School's current or former employees?
A. No.
Q. How about any recordings of The Weiss School's Board?
A. No.
Q. So when you said you brought no documents with you, it's because you don't have any documents that are responsive to this subpoena in your possession, custody or control, correct?

Page 92

A. Correct.
Q. Earlier today you mentioned in your testimony that you spoke with Mr. Sconzo roughly six months ago, but you weren't 100 percent certain of the timeframe. Do you recall that testimony?
A. Yes.
Q. How did you first come to speak to Mr. Sconzo?
A. I received a phone call that Julie Regina has listed me as a witness.
Q. And who was that phone call from?
A. Mr. Sconzo.
Q. Did you answer that phone call?
A. He left a message to call back.
Q. Do you still have the message on the phone that he left for you?
A. No.
Q. When you called Mr. Sconzo back, how long did you speak to him?
A. Two minutes.
Q. And what did you say to him in that two-minute conversation?
A. I said, "I'm returning your phone call. Can I help you?" And he had said that, "Julie Regina has listed you as a witness to her firing. Can you

Page 93

elaborate on it?" And I just said, "All I can tell you is that she was fired."
Q. Other than that two-minute conversation with Mr. Sconzo, did you have any other communications with Mr. Sconzo?
A. No.
Q. So if Mr. Sconzo had four pages of notes about your conversation, that would seem like a lot based on that two minutes of discussion, correct?
A. I don't know how people write.
Q. Did you discuss with Mr. Sconzo any matters pertaining to any directives that you received from The Weiss School's Board?
A. Yes.
Q. What did you discuss with Mr. Sconzo regarding the directives you received from The Weiss School's Board?
A. That I was instructed to fire six employees, and he asked me why, and I said, "Because they didn't fit the image of The Weiss School."
Q. The six employees, are those the same six employees you testified about earlier today?
A. Yes.
Q. Who on the Board instructed you to fire those employees?

Page 94

A. Janine Mayville and Bill Tillson.
Q. . When did you receive the instruction to fire Kelly -- what's her last name?
A. Varty.
Q. Varty?
A. So these discussions were happening a year prior to my announcement that I needed to rethink my administrative team. So they were constant discussions: You should consider this. Maybe there is somebody else better for the position. So it wasn't just a one-time you need to do this, they were trying to get me to do it.
Q. And the part I'm trying to get to is you just testified that you received an instruction from the Board that you must fire this person, so I want to know when that instruction came.
I understand that there were conversations where either Janine or in some instances Bill, according to your prior testimony, were indicating that they thought these people should be let go or not be renewed, but I want to know when the instruction came to terminate Kelly Varty.
MR. SCONZO: Objection to form.
A. I can't recall.
Q. Did an actual instruction come from the

Page 95

Board that you must fire Kelly Varty?
A. No.
Q. Did an instruction come from the Board saying you must fire Marybeth Lenz?
A. No.
Q. Did an instruction come from the Board saying you must fire Sheryl Grimaldi?
A. No.
Q. Did an instruction come from the Board saying you must fire Marika Powell?
A. I had an instruction that we should get rid of the Tae-Kwon Do program, but no.
Q. The instruction that you should get rid of the Tae-Kwon Do program, was that made by the entire Board or was that something that was, again, Janine's preference?
A. Janine's preference.
Q. Did the Board, to your knowledge, during the time you were head of the school, ever vote on whether or not the Tae-Kwon Do program ought to be removed?
A. Yes.
Q. And how did that vote go; did they vote to get rid of the Tae-Kwon Do program or not?
MR. SCONZO: Form.

Page 96

A. No.
Q. They did not vote to remove it, they voted to keep it?
MR. SCONZO: Form.
A. Well, it was a yes or no. So they voted yes to keep it.
Q. So there was a vote, and I'm presuming Janine voted to get rid of it and everybody else voted to keep it; is that correct?
MR. SCONZO: Form.
A. Correct.
Q. So in that circumstance where the Board had voted, it's going to be a majority rules type situation, correct, and so the Board's actual instruction was to keep the program, right?
MR. SCONZO: She is shaking her head sometimes instead of answering, so let her answer.
THE WITNESS: Sorry.
A. Yes.
Q. Did you ever receive an instruction that you must fire Nancy Gall?
A. Yes.
Q. When did that instruction come to you?
A. February 2015.
Q. Who communicated to you an instruction to

Page 97

fire Nancy Gall?
A. Janine Mayville.
Q. Had the Board issued an instruction or was this a directive coming solely from Janine?
A. From Janine.
Q. To your knowledge, did the Board ever meet to consider whether or not Nancy Gall should be fired?
A. No.
Q. Was it your understanding that a single member of the Board could make a decision on behalf of the entire Board?
A. I knew that wasn't right, but that's the way it was.
Q. Well, when Janine wanted to get rid of the Tae-Kwon Do program, which would have the effect of putting Marika Powell out of a job potentially, the Board considered that issue and the Board disagreed with her, correct?
A. Correct.
Q. And you followed the Board's vote on that, didn't you?
A. Yes.
Q. So if one member of the Board held an opinion that the rest of the Board did not hold and

Page 98

would not support when it were time for a vote, this one member's opinion could just be an outlier, correct?
A. Correct.
Q. And that doesn't represent the policy of the school, does it?
A. It shouldn't.
Q. Well, it didn't, did it?
A. Not in that instance.
Q. Well, in what instance did you take direction when you were the Head of the school from a single Board member while knowing that other Board members held a different belief?
A. Well, that's when I would go against it and not do it. Whether or not the Board voted in the situation with Nancy Gall, I said I'm going to put her part-time so that I could appease the Board.
Q. The person on the Board that you are actually talking about appeasing is actually one Board member, correct?
A. Correct.
Q. There was never any Board vote on that issue, was there?
A. For the music department?
Q. Correct.

Page 99

A. I'm sorry. No, not that I recall.
Q. As the Head of School, did you have parents coming and asking you to change things or do things the way that they thought it ought to happen with respect to your students?
A. No.
Q. You definitely have parents coming in and giving you suggestions?
A. Yes. Suggestions, yes.
Q. Some of those parents I'm presuming, and you tell me if I am wrong, some of them were probably more vocal than others; is that a fair assessment?
MR. SCONZO: Form.
A. Correct.
Q. If you have got a parent who is coming in telling you even on a daily basis Dr. Spirou, you have to run your school this way, you have to do it the way I want you to, your answer is going to be some version, I presume, of, "Thank you for your input. I am the Head of the School. I will consider it and I will make the decision that is appropriate for our students," correct?
MR. SCONZO: Form.
A. That is correct.
Q. If you have one parent who is saying, you

Page 100

know, I think we should get rid of a teacher, you are not going to fire a teacher based on one parent's suggestion, correct?
MR. SCONZO: Form.
A. That's not correct, because she is the one that honors my contract and renews my contract, so there was a little bit of bullying there.
Q. Well, she is one of five people on the Board, correct?
A. Correct.
Q. And the particular parent you are talking about is Janine Mayville, correct?
A. Yes.
Q. Let's start with a parent other than Janine. If I have a child at The Weiss School and I come in and say, "Dr. Spirou, I think this is how you ought to run your school. I would really you like you to fire the second grad teacher because I don't believe that he or she is a good fit for the school."
A. Correct, I will not.
Q. That comment alone is not going to get you to fire a teacher, correct?
A. Correct.
Q. As the Head of School, you had the ultimate responsibility for making that decision, which

Page 101

teacher ought to be fired and which ones ought to be retained, correct?
A. Yes, correct.
Q. And during the time that you were the Head of School, you did not actually take any of these suggestions to terminate the six people that you described, correct?
A. Correct.
Q. Other than Janine Mayville, did anybody on the Board ever give you an instruction to fire Nancy Gall?
A. Bill Tillson shared his feelings about her and the music program.
Q. Now, you mentioned earlier that Janine described Nancy Gall as not being competent in teaching music. Did she give you any specific examples of why she thought Ms. Gall was not competent?
A. No.
Q. Was Ms. Gall able to play musical instruments?
A. Yes.
Q. How many?
A. At least four that I know of.
Q. Was she well liked and respected by

Page 102

students?
A. Yes.
Q. So did Janine Mayville ever describe to you why she thought Nancy Gall was not competent?
A. She just said we needed somebody that was younger and had more energy and could excite the kids, and inspire them.
Q. Did you hire a new music teacher?
A. Yes.
Q. Who did you hire?
A. Andrew Gekoski. That was under the direction of the Board. If it was my choice, I would not have hired him.
Q. When did you hire Andre Gekoski?
A. I believe in the spring of 2016 he was hired for the following school year, for the 2016-17 school year, and that is when Janine, a Board member, and her husband, decided to sit in on teacher interviews, which is inappropriate at the Board level.
Q. Did you tell Janine that she wasn't permitted to sit in the interviews?
A. Yes. She got angry.
Q. And what did she say to you?
A. "Well, we need to elevate the school and I need to sit in to make sure that you know what you

Page 103

are doing."
Q. Did you refuse to go forward with the interviews with her present?
A. No.
Q. So you agreed that she could participate in the interviews?
A. Yes, because she was bullying me into it.
Q. What do you mean by bullying?
A. When I told her that she was crossing the boundaries of being a Board member, she got mad at me, did not care, would raise her voice and say that, you know, we are donating to make this school what it is, and I felt my job was threatened at the time.
Q. You are a career educator, correct, ma'am?
A. Yes.
Q. And I imagine bullying in the school is something that you take very seriously?
A. Yes.
Q. Did you report her bullying conduct to anybody?
A. I shared with Dr. And Mrs. Weiss that I communicated my feelings to her, and then they said, "Thank you for letting us know," and she still just kept on overstepping.
Q. Did you report what you believed to be

Page 104

bullying behavior to anybody else?
A. No.
Q. You never reported the bullying behavior that you just described to Bill Tillson?
A. I don't recall.
Q. Or to who is the other Board member, Steve Cohen?
A. No.
Q. Why did you choose not to report that bullying behavior to those other Board members?
A. Because Bill and Janine were very friendly and whatever she said he listened and followed, and Steve Cohen was not as active on the Board, and I felt more comfortable talking to Dr. Martin and Elizabeth Weiss because I had a relationship with them.
Q. Earlier I believe you testified that Janine thought that Ms. Gall was not competent, but you disagreed, you thought she was competent. Did I get that right?
A. Yes.
Q. Tell me why you thought she was competent to teach music?
A. She has a passion for it. She has been doing it for 20 years. I also follow the Florida

Page 105

Council of Independent Schools guidelines where it says if you feel they are an expert in the area, that you are able to have that teacher. She didn't have to have her certificate in it, but it was still deemed appropriate by the Florida Council of Independent Schools.
Q. Was that part of Janine's concern about her competence, that Ms. Gall lacked a teaching certificate?
A. She never mentioned that.
Q. But you knew Ms. Gall lacked the teaching certificate?
A. In the area of music.
Q. Did Janine, because she is the only Board member we are talking about right now, did Janine ever tell you that you need to get rid of Nancy Gall because she is too old?
MR. SCONZO: I object to form.
A. No.
Q. What about Joan Green, did anybody ever instruct you to terminate or get rid of Joan Green?
A. Yes.
Q. On what date did you receive that instruction?
A. I don't recall.

Page 106

Q. From who did you receive that instruction?
A. Janine Mayville.
Q. Did you receive an instruction from anybody else to terminate Joan Green?
A. No.
Q. Going back to Nancy Gall for one moment, on what date did you receive the instruction from Janine Mayville to terminate Nancy Gall?
A. It was an on-going conversation, because I did not let her go, that I needed to find somebody, we needed to interview, so it was over a course of a few months in the year of 2014-'15 school year that we needed to replace her with somebody, again, more young, energetic and lively.
Q. But in fact you did not replace her, you just hired somebody in addition, correct?
A. Correct.
Q. Did anybody -- I might have already asked this and I apologize. Did anybody other than Janine Mayville instruct you to terminate Joan Green?
A. No.
Q. To your knowledge, did the Board ever consider whether Joan Green should be terminated?
A. Not to my knowledge.
Q. Earlier I believe you mentioned that Janine

Page 107

Mayville said to you in words or in substance that she thought Joan Green's teaching methods were antiquated or were too traditional. What did you understand that to mean?
A. That she was too old and old-fashioned.
Q. What teaching methods in particular was Janine Mayville referring to?
A. How she taught grammar and writing and her instruction.
Q. What about Ms. Green's teaching of grammar, writing or instruction did Ms. Mayville describe to you or suggest was antiquated?
A. They were still doing sentence diagramming. Diagramming.
Q. Is sentence diagramming something that is still commonly done in Middle School language arts?
A. In some schools.
Q. At The Weiss School, is that something you wanted the students to be a taught?
A. I gave the teachers the autonomy on how they thought best to instruct, so I did not dictate on how they should instruct.
Q. Your background is in elementary education, correct?
A. Yes.

Page 108

Q. What grades does that encompass?
A. Kindergarten through sixth grade.
Q. Would you teach sixth graders to diagram sentences?
A. I would introduce them to the concept and share it.
Q. Do you believe that's a current best practice in education?
MR. SCONZO: Form.
A. I would have to research it. I have been out of the classroom for sometime now.
Q. I understand. Did you ever teach Middle School age students?
A. Yes.
Q. What subjects did you teach to Middle School age students?
A. Social studies.
Q. Did you ever teach language arts to Middle School aged students?
A. No.
Q. Did you believe that Joan Green's teaching methods were appropriate?
A. Yes.
Q. Would you have employed her teaching methods if you were the teacher in that classroom?

Page 109

A. No.
Q. Have you ever been a plaintiff or a defendant in a lawsuit before?
A. Yes.
Q. Which one and when?
A. The Britain case against The Weiss School in 2013.
Q. Were you named as an actual defendant in that case?
A. No.
Q. You were just a witness?
A. I'm sorry, yes. Can you please repeat the question? I'm sorry.
Q. Sure. Have you ever been a plaintiff or a defendant in a lawsuit?
A. Yes.
Q. When?
A. In a car accident I had. The car accident was in September 2013, and I believe I settled in 2015 sometime.
Q. Okay. So you were the plaintiff in that case?
A. Yes.
Q. And the other times that you have been a plaintiff or a defendant in a lawsuit?

Page 110

A. In my divorce.
Q. When was that? Just the year is fine.
A. January 2016.
Q. Have you ever testified in a deposition before?
A. Yes.
Q. How many times have you testified in a deposition before today?
A. Five.
Q. That's a good number. Let's go through them. What's the first time you testified at a deposition?
A. It was when a parent was suing The Weiss School because they didn't want their child to be there, so that was a deposition.
Q. Okay.
A. When The Weiss School was sued I was a witness at deposition. The accident, the divorce, and just recently I had a divorce situation at my current school and they called me as a witness.
Q. That is becoming increasingly common, isn't it?
A. Yes.
Q. We are seeing a lot more of that unfortunately?

Page 111

A. Yes.
Q. Have you ever testified in a courtroom?
A. Yes.
Q. When have you testified in a courtroom?
A. In my divorce.
Q. Have you testified in a courtroom on any other instances?
A. Not that I recall.
Q. Have you testified for or against The Weiss School in a courtroom?
A. Not that I recall.
Q. When did you get your EDS?
A. In 2000 -- oh, my EDS?
Q. Yes.
A. 2019.
Q. Your Doctorate is in Ed.D., correct?
A. Correct, in 2008.
Q. So you got your Doctorate before your specialist?
A. Yes.
Q. You might be one of a very small number of people who do it in that order.
A. Yes.
Q. How did that come to be?
A. Originally I got my Doctorate just because I

Page 112

wanted to make my parents proud. I had no intentions of ever being a Head of School. It just keeps on happening.
Q. Well, congratulations.
A. Thank you. So I received my Doctorate in teacher leadership. I am one of those people, I like to be proactive, so in case I became a Head of School, I wanted to get my certification in educational leadership, so I thought my Doctorate would be fine. As long as I passed the FELE, I could get my certification, but when I applied for it, it said I still have to take credits. Well, if I am going to take 15 credits, I might as well just get another degree, so I finished it in nine months.
Q. Where did you receive your specialist degree from?
A. Nova Southeastern University.
Q. Where did you receive your Masters from?
A. East Stroudsburg University.
Q. Is that where you also got your Bachelors degree?
A. Yes.
Q. When you were the administrator for admissions and public relations at The Weiss School, which I believe you said was 2006 to 2008?

Page 113

A. Correct.
Q. How much were you paid?
A. $60,000.
Q. And then when you became the Assistant Head of School, I believe you testified earlier that you had essentially the same roles, but you got the new title because you got your Doctorate. Do you recall that testimony?
A. Yes.
Q. Was your salary increased when you became the Assistant Head of School?
A. Yes.
Q. To what?
A. To 70,000.
Q. Then when you became the Head of School, what was your salary increased to? I am presuming you got an increase?
A. Yes. A small one first year. 85,000.
Q. And in the final year that you worked at The Weiss School, how much were you being paid?
A. 155,000.
Q. Do you know how much Dr. Ferguson was being paid as the Head of School when she came in?
A. I believe if the 990 is correct, 180.
Q. What's the 990?

Page 114

A. The 990 is a public document through Guidestar, and any employee that makes over $100,000 is listed.
Q. On what occasion did you have to look at Dr. Ferguson's salary on the 990?
A. I look at everybody's. That's just how I am. I look at all schools.
Q. You are at The Greene School now?
A. Correct.
Q. Were you looking at her salary in your current position?
A. Yes.
Q. And would part of the reason for looking at that to make sure that you are staying competitive?
A. Sure. Yes.
Q. How much are you paid at The Greene School?
A. Currently?
Q. Yes.
A. $210,000.
Q. When you were first hired at The Greene School, were you hired there as the Head of School or did you move into a teaching position initially and then administration?
A. Correct.
Q. Correct to which part?

Page 115

A. No, I was not hired as the Head of School. I started out as the Director of Academics. The school was only supposed to go to second grade. I wanted it to go to fourth grade, so I volunteered to teach third and fourth grade at the same time so that we could build it, and then my announcement as Head of School came in December 2016.
Q. So now the school goes through fourth grade, or have you expanded further?
A. Eighth grade.
Q. Congratulations. Another big accomplishment.
A. Thank you.
Q. I can imagine.
Off the record.
(A discussion was held off the record.)
Q. Going back to Kelly Varty, you mentioned that two of the concerns that were raised with respect to her were her attitude and her appearance?
A. Uh-hum.
Q. What in particular about her attitude did you hear complaints regarding?
A. That she wouldn't smile.
Q. Was that true?
A. Yes.

Page 116

Q. So she sat at the front desk and didn't smile at people?
A. Well, not all the time, but occasionally.
Q. If you have got somebody sitting at the front desk who you hope is greeting people, you hope they are smiling, correct?
MR. SCONZO: Form.
A. Yes.
Q. Nobody ever said to you, in words or substance, "We need to get rid of Kelly and replace her with somebody younger," did they?
A. Not in those words.
MR. SCONZO: Form.
Q. Did anything lead you to believe that they wanted you to hire a younger employee to replace her?
A. Yes.
Q. What led you to believe that?
A. That we need to have somebody younger and more lively and friendly.
Q. Who told you that the school should have somebody younger in that position?
A. Janine Mayville.
Q. Did anybody else tell you that the school should have somebody younger in that position?
A. No.

Page 117

Q. Marybeth Lenz, I believe you testified she was a business manager for The Weiss School; is that correct?
A. That's correct.
Q. Was she good at her job?
A. Yes.
Q. What were her duties as a business manager?
A. She took care of all of the tuition, making sure that we received tuition payments, aftercare payments, all of the day-to-day bookkeeping basically.
Q. Other than bookkeeping, did she have any responsibilities?
A. She would jump in whenever it was needed, so it was duty as assigned.
Q. Was she responsible for comparing the school's expenses to its revenues?
A. Yes.
Q. So if the school had essentially a year where it had a deficit, that would be something that she would be able to observe, correct?
A. Correct.
Q. Would it be her responsibility to try to correct that?
A. She would let me know and then I would let

Page 118

the Board know where the deficit was.
Q. Prior to the 2015-2016 school year, had the school been operating in a deficit?
A. I can't recall. I know when I took over it was in a deficit in the 2011-'12 school year, and then we received a 500,000 donation I took it out of a deficit. I just don't recall if it was the '15-'16 year or '14-'15 year there was a deficit.
Q. So deficits are something that had been occurring during the time you were the Head of School?
A. Yes.
Q. Would you agree that the school can't continue to run at a deficit year after year?
A. Correct, I would agree.
Q. So avoiding deficit spending would be something that as a Head of School would be a pretty high priority for you, correct?
A. Yes.
Q. And there are a lot of ways that you can reduce a deficit at a school, correct?
A. Correct.
Q. Principally you can increase revenues as one method, right?
MR. SCONZO: Form.

Page 119

A. Yes.
Q. Or you can decrease expenses, correct?
A. Yes.
Q. That's kind of the universe?
A. Yes.
Q. Then we can get into a lot of different strategies within each of those columns, right?
A. Right.
MR. SCONZO: Form.
Q. So if you are trying to get the school out of deficit, those are your options: You can increase revenues or you can decrease expenses, right?
A. Correct.
Q. And there are many different ways to decrease expenses, right?
A. Yes.
Q. One way is you can eliminate positions, right?
A. Correct.
Q. Sometimes eliminating positions has the effect of decreasing expenses?
A. Correct.
Q. You can also focus on improving revenues for the school, and that would help with the deficit, right?

Page 120

A. Yes.
Q. So every additional student that you have who is paying tuition is more revenue for the school?
A. Yes.
MR. SCONZO: Form.
Q. You can also raise tuition, but that probably has some type of a cap on it, right?
A. Yes.
Q. And you can also seek non-tuition revenues, such as donations?
A. Correct.
Q. Are there other big revenue sources that I am missing?
A. No.
Q. Grants, government money, if that happens to be available, but that would fall into that non-tuition revenue area, right?
MR. SCONZO: Form.
A. Right.
Q. Was Marybeth Lenz responsible for helping to improve the school's revenues?
A. Yes. She had a voice in that, yes.
Q. In fact, she was the person who was responsible for collecting the school's revenues, right?

Page 121

MR. SCONZO: Form.
A. Yes.
Q. Was she also responsible for monitoring the school's expenses?
A. Yes.
Q. So if there were deficit spending that was occurring under her watch, those are things that she could help remedy, right?
A. She can bring it to light, but personally she can't do it. We would have to get everything approved through the Board.
Q. I think you testified earlier that hiring and firing decisions were yours and yours alone, correct?
A. Correct. Well, according to FCIS they are supposed to be, yes.
Q. Well, let's take a look at the six people that you have described that Janine Mayville said you should fire. You didn't fire a single one of them, did you?
A. No. Marybeth Lenz, I was specifically instructed to fire her. They had brought in a CEO, Richard White, and told him that his job was to fire her, to take me out of it because they knew I wouldn't do it. He saw that she was competent and

Page 122

told the Board he didn't want to fire her, and he was fired two months later.
Q. Was he brought in as a CEO or the CFO?
A. Excuse me, CFO.
Q. What were Sheryl Grimaldi's job duties?
A. To oversee the IT at the school, to make sure that all the technology, the infrastructure was running correctly, to work on the students' computers, and to be an assistant to the students and teachers when needed for any type of technology.
Q. What training or qualifications did she have for that position?
A. We used, again, the Florida Council of Independent Schools. Years of experience in working in technology.
Q. What experience did she have in working in technology do you know of?
A. I can't recall exactly, but I know she had worked in IT before that.
Q. In a corporate environment or something like that?
A. I can't recall. I didn't hire her, so I can't recall.
Q. Did you ever evaluate her years of experience to determine whether she was appropriately

Page 123

qualified for the position she held?
A. Yes.
Q. When did you do that evaluation?
A. The 2014-'15 school year.
Q. What did you look at in the 2014-'15 school year to determine whether Sheryl Grimaldi was qualified for her position as head of the school's information technology?
A. Looked at her years of experience in working with IT. Again, in a school that's very different than in a commercial setting, because not only does the person have to have experience in IT, but they also have to be a safe person with working for children. So it's not just one track, do they have experience in IT, it's can they work with students in a safe manner. And again, to meet their social, emotional needs. So I had to balance that.
If it was just the one for the IT, I probably would agree, she would need more experience, but being able to work with the students is very, very important in the school.
Q. Did the students like and respect her?
A. Most of them. The ones that didn't get in trouble.
Q. I think that's fair. I think that there is

Page 124

always some students with some behavior, right?
A. Correct.
Q. Did anybody on the Board tell you that they wanted to fire Julie Regina?
A. Not in those words.
Q. Did they tell you words that were similar to that?
A. They said constantly over and over again I need to restructure my admin team and to think about different people to fill those positions.
Q. By they, who are you referring to in this instance?
A. Janine Mayville and Bill Tillson.
Q. Do you know how much language arts teachers were paid at The Weiss School when you left?
A. Based on years of experience.
Q. If a teacher had let's say ten years of classroom experience to teach language arts, what would be the pay range at The Weiss School in the year that you left?
A. Probably between -- I can't recall, because I'm on my pay range now. I can't recall. This is there.
Q. Would you have paid Julie Regina less if she were a teacher than as the Assistant Head of School?

Page 125

A. I don't think that's legal to do that.
Q. My question was a little bit different, which is would you have paid her less?
A. No.
Q. So if you would have moved her from a teacher to an administrative role, you would have done the same thing?
A. Absolutely.
Q. You referenced earlier today the new image of the school. What did you mean by the new image of the school?
A. They wanted it to be a -- this is what I perceive -- cold institution, taking out the caring and empathy of what the teachers and parents felt.
Q. They wanted it to be run more like a money-making business?
A. Correct.
Q. Is there anything else you meant by the new image of the school?
A. No.
Q. Did anybody on the Board of Directors ever tell you that they wanted to purge The Weiss School of its older employees?
A. No.
Q. Are you aware that Julie Regina applied to

Page 126

The Greene School in April of 2016?
A. Yes.
Q. Did you encourage her to apply for a job at The Greene School?
A. No.
Q. Do you know what position at The Greene School she applied for in April of 2016?
A. Aftercare position. Oh, I'm sorry, I stand corrected. I recall she sent a resume in, but I don't know what it was for. Sorry.
Q. Was the aftercare position something she applied for at a later date?
A. Yes.
Q. So she made at least two applications to The Greene School that you are aware of?
A. Yes.
Q. Did you want to hire her at The Greene School?
A. No.
Q. Why not?
A. I didn't want to take any teachers from the The Weiss School. As I mentioned, I want to leave in peace and start, go over fresh and new. So if I hired one person, then other teachers that I had become friendly with in the past would want to come

Page 127

over, so that's why I just had the rule that I would not seek out any teachers.
Q. The person I asked you about earlier when we were looking at Exhibit 25, Dorothy, does Dorothy work at The Greene School?
A. Yes.
Q. What is Dorothy's role at The Greene School?
A. She is no longer there.
Q. Does Dorothy have a last name?
A. Hutchinson.
Q. What did she do at The Greene School?
A. She was the Head of School.
Q. So you replaced Dorothy at The Greene School?
A. Correct.
Q. Your father, Paul Poulos, he worked for The Weiss School?
A. Yes.
Q. What was his role?
A. He was the facilities manager.
Q. Who hired him?
A. Dr. Rosemary Daniels, who goes by Dr. Rosemary Marshall now.
Q. So the Head of School right before you?
A. Correct.

Page 128

Q. Is your father a truthful person?
A. Yes.
Q. Do you know a lot of people that know your father?
A. Yes.
Q. If you were to ask those people if he is truthful, what would they say?
MR. SCONZO: Form.
A. I would hope they would say yes. I don't know what they would say.
Q. Among the community your father lives and works, people view him as a truthful person, correct?
A. Yes.
Q. Take a look back at Exhibit 15, the page that's marked supplemental RTP12?
A. Uh-hum.
Q. Earlier you were asked about this nickname Chubs?
A. Uh-hum.
Q. I believe you said that was a name that people on the staff used to refer to Dr. Collum; is that correct?
A. Correct.
Q. Who made up that nickname?
A. I don't recall. I don't recall that one.

Page 129

Q. Do you know why they were using that nickname with reference to him?
A. No.
Q. Was that a reference to his weight?
A. I don't know. It just came up.
Q. Would you consider Dr. Collum to be overweight?
A. I haven't seen him.
Q. At the time in 2016 when he came to work at The Weiss School, did you consider him to be overweight?
A. I would consider him to be masculine and full. I don't know.
Q. Let's do it this way. You wouldn't call him a skinny guy, would you?
A. No.
Q. Did you or the staff have nicknames for Brittany Steele?
A. No.
Q. Were there other nicknames that you or the staff used with reference to Dr. Collum?
A. No.
Q. Were there other nicknames that you or the staff used with reference to Dr. Ferguson?
A. Yes.

Page 130

Q. And what were those names?
A. Mrs. Wiggins.
Q. And why did you call her Mrs. Wiggins?
A. A staff member saw her when she walked up on stage for the State of the School address and said that she looked like Mrs. Wiggins from Carol Burnett.
Q. Was that a compliment?
A. I guess it could be considered one if you like Carol Burnett.
Q. Do you consider it to be a compliment?
A. I considered it funny.
Q. If you will look at the page that is supplemental RTP13.
A. Uh-hum.
Q. There is a message that you send saying "Woo hoo, dance Carlton dance." What is that a reference to?
A. It must have been happy, but the Carlton dance from Fresh Prince of Bel Air when he did a funny dance.
Q. Is that an expression you use frequently?
A. Yes.
Q. So that's not a reference to Dr. Collum in any respect?
A. No. No.

Page 131

Q. If you flip to supplemental RTP32, still in Exhibit 15. There is a message that you sent on August 11, 2016 at 9:58 a.m. that says, "EEOC called my dad." Do you see that?
A. Yes.
Q. How do you know that EEOC called you your dad?
A. Because he told me.
Q. What did your father tell you about the call he had with the EEOC?
A. If I recall, they asked him questions, I believe, in regards to Julie.
Q. What else do you recall him telling you about that conversation?
A. Just that he shared with the EEOC what he knew about the firing. I can't recall.
Q. Do you have any reason to believe your father would have been anything other less than 100 percent honest when he was speaking with the EEOC?
A. I don't know.
Q. Have you ever known your father to tell lies?
A. I think everybody tells lies. I mean, anyone who says they don't lie, they are lying.
Q. Have you been lying today here as part of

Page 132

your deposition?
A. No. Touche.
(A discussion is was held off the record.)
Q. Do you have any reason to believe that your father would have lied to the EEOC on this particular occasion?
A. No.
Q. Is the The Greene School FCIS accredited?
A. Yes, as of last month.
Q. Congratulations. Another big accomplishment.
You had a really successful tenure there over the past couple of years doing a lot of big things it sounds like?
A. Yes. Thank you.
Q. Having gone through that process and with your prior experience at The Weiss School and all your years of experience as an educator, do you feel you are pretty familiar with the FCIS standards at this point?
A. Yes.
Q. Would you consider yourself an expert in FCIS standards at this point?
A. Yes.
Q. If the FCIS accreditation report references

Page 133

recommendations, are those recommendations merely advisory or are they mandatory?
A. So there are certain set of recommendations that are advisory, but if the recommendation is a direct standard violation, then it must be corrected.
Q. And what happens if that direct standard violation in a recommendation is not corrected?
A. Then at the next reaccreditation in five years, the school can be put on probation for not meeting that standard.
Q. What does probation mean?
A. It means that the next five years that they go up, they may get their accreditation removed.
Q. So if you don't correct a violation of an FCIS standard, that could be the pathway to losing accreditation; though not tomorrow, but down the road?
A. Correct.
Q. Earlier I believe that you testified that in March of 2016 you turned over operational control of the school to Dr. Ferguson. Do you remember that testimony?
A. Yes.
Q. Who told you to do that?
A. Bill Tillson.

Page 134

Q. Was that something that you understood that the Board had met about and agreed that should happen?
A. Yes.
Q. Did you actually leave the campus in March of 2016?
A. No.
Q. So you continued to report to work on campus every day?
A. Yes.
Q. What job duties did you have after that transition?
A. Basically my job was just to keep a positive attitude in the school, making sure the transition ran smoothly.
Q. So in addition to keeping a positive attitude, providing information to the new leadership team, correct?
A. Yes.
MR. SCONZO: Form.
Q. That provides for a seamless transition for the students, right?
A. Yes, that was the goal.
Q. Were you the person who hired Julie Regina to work at The Weiss School?

Page 135

A. No.
Q. Earlier you testified that when deciding whether or not to renew a faculty member's or staff member's contract, performance is one of the things that you would consider. Do you recall that testimony?
A. Yes.
Q. Would that apply to both faculty members and staff members?
A. Yes.
Q. And do you draw a distinction between faculty and staff in your mind when you are talking about the renewal process?
A. No.
Q. Are there other factors other than performance that you would consider when you are deciding whether or not to renew a faculty member or staff member's contract?
A. Yes.
Q. Such as?
A. For example, the safety of a child was jeopardized, it would call for immediate dismissal. If there was a threat to themselves or to another staff member, so any type of emergency situation. But if I am going to dismiss a teacher, I have

Page 136

documentation all throughout the year prior. I try to counsel them and make sure that if I can correct the behavior and help support them.
So in rehiring a teacher, a teacher would never be surprised at the end of the year, I would have already spoken to them about their performance. I would even go as far as early in February saying if this is not corrected you might not be eligible to be rehired, so no staff member would ever be surprised.
Q. Other than those factors, are there other factors that you might consider when determining whether or not you are going to renew somebody's contract?
A. Typically I wouldn't, but as I mentioned, specifically Janine Mayville the most, but a little Bill Tillson. There was a lot of pressure on me, and again, they were my bosses, so I felt a lot of pressure, which is why in October I decided not to renew my contract, because I felt at that time that if I did not let go of them, you know, they might fire them, let go of me at the same time, so I basically wanted to save their jobs, which is why I stepped down.
Q. I'm talking about in terms of your decision when you were Head of School to renew somebody's

Page 137

contract. Let me give you an example.
A. Sure.
Q. If you decided the school would no longer have a Middle School program, you might not renew the contracts of Middle School teachers, correct?
A. Correct.
Q. If you decided that you could no longer afford to have a music program, you might decide not to renew the music teachers' contracts, correct?
A. Correct.
Q. If you decided that for budgetary reasons you could not hire back everybody that was on the faculty and staff this year, somebody might not have their contract renewed, correct?
A. I would probably not give raises and find other areas to correct before that happened, but if there were extenuating circumstances, then yes, I would.
Q. The budgetary issues could be a factor that you have to consider, correct?
A. Correct.
Q. I believe you testified earlier that the Board had to approve the renewal of contracts. Do you recall that testimony?
A. Yes.

Page 138

Q. Tell me what you meant by that.
A. The raises. So they all had to approve the raises that I was suggesting.
Q. Now, were they approving them on a line by line basis or were they approving the overall budget?
A. Traditionally they are supposed to do it overall, but I was instructed they wanted to see every single name and every single salary.
Q. Did the Board vote line by line on faculty salaries while you were the Head of School at The Weiss School?
A. Yes.
Q. And were there faculty salary recommendations that you made that the Board did not approve?
A. Yes.
Q. Were there ever times that the Board wanted to provide larger raises than you were recommending?
A. No.
Q. Let's take a look at Exhibit 18. To spoil the ending, we are going to look at 18 through 21.
A. 18 through 21 are the evaluations?
Q. Yes.
A. Okay.
Q. Starting with Exhibit 18 on the page that is

Page 139

numbered Weiss-Regina-00192, there is a section of this document that says, "Professional goal set by administration." Do you see that?
A. Yes.
Q. Can you tell me what that section represents?
A. So I have the teachers set professional goals every year of what they would like to achieve.
Q. What do you mean by that?
A. So it could be as far as continuing their education, staying up on best practices, maybe getting additional certification.
Q. Well, I'm looking at the Professional Goals Set By Administration. So is this one that was set by you?
A. Oh, excuse me. Yes, so there is a professional goal by the employee and a professional goal set by me, yes, correct.
Q. The professional goal set by you, what are you looking for here?
A. So there is always room to grow in education. So it's not necessarily a negative, it's how can we continue to better ourselves because we are lifelong learners.
Q. Tell me what professional goal you set for

Page 140

Ms. Regina at the end of the 2012 school year.
A. "To oversee the teachers and parents in grades 4 through 8 and assist the teachers in sending grades weekly and foster effective and needed communication within her grade level."
Q. So are those things that she was not effectively doing at the time?
A. No, that just wasn't in her job description at the time.
Q. So these are things that you wanted her to additionally do?
A. Correct.
Q. Let's take a look at the Exhibit 19 and the Professional Goals Set By Administration section in that year.
A. Uh-hum.
Q. What goal did you set for Ms. Regina at the end of the 2012-'13 school year?
A. "To reach out to every Middle School parent once during the first quarter and once during the third quarter to check in on the student's progress and parents' concerns in positive as well as negative perceptions."
Q. Was that something that was part of her job duties before that?

Page 141

A. No.
Q. So this is a new job duty to her?
A. Correct.
Q. Let's take a look at Exhibit 20. This will be right on the front page.
A. Uh-hum.
Q. There is a section that says, "Professional Goal Set By Administration" on Exhibit 20. Can you tell me what that first professional goal is there?
A. "I would like to see Mrs. Regina to reach out to every Middle School parent once during the 1st quarter and once during the 3rd quarter to check in on the student's progress and parents' concerns and positive as well as negative perceptions."
Q. Was that part of her job duty in that academic year?
A. Yes.
Q. So is this something that she hadn't been performing?
A. No, I probably should have written I would like to continue to see the action.
Q. And if you compare the Professional Goals Set By Administration in Exhibit 20 with the Goals Set by Administration in Exhibit 21, are those identical?

Page 142

A. Yes. So I probably should have written continue.

Q. So it wasn't your perception at the time that she was failing to meet an obligation, it was that you wanted her to continue doing the same thing?

A. Yes, because I referenced it that she had set off her goals, so I should have said continue.

Q. Earlier I believe you testified that you thought Dr. Ferguson had been instructed by the Board to get rid of Ms. Regina or her position. What's the basis for that belief?

A. Because they were bullying me to do that for the past year and --

Q. Did you ever hear anybody on the Board give any such instructions to Dr. Ferguson?

A. No.

Q. What does it mean to you for a Board member to be acting with the authority of the Board?

A. That they have already discussed the item and that they received approval to carry it through.

Q. When would they have had to have discussed the item, at a Board meeting?

A. So part of the Board meeting afterwards, this is what's called an executive session where the Head of School leaves.

Page 143

Q. But in some meeting when the Board members are together they would have to discuss it?

A. Correct.

Q. And then somebody comes and delivers that message?

A. Correct.

Q. What evidence do you have that the Board had ever discussed in an executive session or in any other session whether Dr. Ferguson needed to terminate Ms. Regina's position?

A. I don't have any evidence.

Q. Okay. Give me just a couple of minutes to confer.

A. Do I need to leave?

Q. No, we will leave. We will let you stay right here and we will be right back.

(A recess was taken.)

MR. HOLT: I don't have anything else. Do you have any others?

MR. SCONZO: I am not going to ask any questions.

MR. HOLT: Thank you for coming.

THE WITNESS: You're welcome.

MR. HOLT: You do have the right to read a copy of the transcript that this fine court reporter has taken down today and to correct and note anything, any changes that you might have. Sometimes people misspeak. Sometimes people miss hear. I'm sure that didn't happen on either front today.

Page 144

THE WITNESS: I don't need to read a copy.

MR. HOLT: Then you say I waive.

THE WITNESS: I waive.

THE COURT REPORTER: Ordered?

MR. SCONZO: Yes.

THE COURT REPORTER: Copy?

MR. HOLT: Yes.

(The witness was excused.)

(At 1:45 p.m. the deposition was concluded.)

Page 145

C E R T I F I C A T E O F O A T H

- - -

STATE OF FLORIDA

COUNTY OF PALM BEACH

I, RICHARD GREENSPAN, CM, FAPR, the undersigned Notary Public, in and for the State of Florida, hereby certify that DENISE MARTHA SPIROU personally appeared before me on March 12, 2020 and was duly sworn.



RICHARD GREENSPAN, CM, FAPR
NOTARY PUBLIC - STATE OF FLORIDA
My Commission #GG 181757
Expires: March 12, 2022

Page 146

C E R T I F I C A T E

- - -

STATE OF FLORIDA
COUNTY OF PALM BEACH

I, RICHARD GREENSPAN, CM, FAPR, do hereby certify that I was authorized to and did stenographically report the deposition of DENISE MARTHA SPIROU; that a review of the transcript was not requested; and that the foregoing transcript, pages 1 through 144, is a true record of my stenographic notes.

I further certify that I am not a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

Dated March 15, 2020

RICHARD GREENSPAN, CM, FAPR

**$**

**$100,000** 114:2
**$210,000** 114:19
**$60,000** 113:3

**0**

**0037** 82:11

**1**

**1** 54:23 57:5 59:24 90:4,9, 14 91:10
**100** 84:17 92:4 131:18
**11** 131:3
**12** 43:16 61:16
**14** 84:20
**14-'15** 118:8
**15** 77:6 112:13 128:14 131:2
**15-'16** 118:7
**155,000** 113:21
**16** 19:1
**18** 53:14,17 80:12 138:20, 21,22,25
**180** 113:24
**19** 56:4,7 140:13
**1995** 10:7
**1999** 9:8
**1:45** 144:14
**1st** 58:25 141:11

**2**

**20** 58:15,18 104:25 141:4, 8,23
**2000** 9:18 111:13
**2004** 43:21
**2006** 112:25
**2006-2008** 11:8
**2007** 11:6
**2008** 10:11 111:17 112:25
**2009** 11:7
**2011** 12:18 44:14
**2011-'12** 118:5
**2012** 53:22 54:23 140:1
**2012-'13** 140:18
**2013** 56:14,21 57:5 109:7,19
**2014** 34:10 58:21 84:3
**2014-'15** 106:12 123:4, 5
**2014/2015** 60:3
**2015** 14:8 17:16 59:23, 24 84:3 86:16 90:4 96:24 109:20
**2015-2016** 118:2
**2016** 6:14 13:24 19:6,10 28:10 38:12 41:2 42:20,21 43:8,19 51:18 60:25 61:17, 18 63:7 75:10 76:1,25 82:7 88:18 90:9,14 91:4,7,10,13 102:15 110:3 115:7 126:1,7 129:9 131:3 133:20 134:6
**2016-17** 102:16
**2016-2017** 38:23
**2019** 111:15
**21** 59:16,19 91:4,7,13 138:21,22 141:24
**22** 61:7,10
**23** 71:25 72:9,14
**24** 71:25 72:6,7,11,14 74:3 81:15
**25** 89:11,14, 18 127:4
**29** 14:8 17:16

**3**

**3** 14:22 82:7
**30** 14:21 15:6 56:21
**38** 82:19
**3:45** 80:23
**3rd** 141:12

**4**

**4** 44:22 140:3
**40** 21:14 23:13 25:11 27:1 29:14 36:1

**5**

**5** 45:11 47:21 82:14
**5/23/16** 77:22
**5/24/16** 78:5
**50** 21:16 23:15 25:13 27:3 29:16 36:3 84:18
**500** 87:19
**500,000** 118:6

**6**

**6/7/16** 80:22
**60** 21:18 23:17 25:15 27:5 29:18 36:5

**7**

**70** 21:20 23:19 27:7 28:8,9,11 29:20
**70,000** 113:14

**8**

**8** 55:2 140:3
**80** 27:9
**85,000** 113:18

**9**

**990** 113:24,25 114:1,5
**9:58** 131:3

**A**

**a.m.** 131:3
**ability** 7:2 15:23
**able** 101:20 105:3 117:21 123:20

**about** 6:12 11:15 12:1 14:2,23 17:3, 4,5 18:2 20:2,15 21:10,22 23:10 25:17 29:8 30:4 31:20 33:5 34:10 35:23 36:12,16 37:9 39:18 47:5 50:16 74:8 75:9 78:1,21 80:15 81:16 84:16,17 90:9,23 91:1, 19 93:8,22 98:19 100:12 101:12 105:7, 15,20 107:10 115:21 124:9 127:3 128:17 131:9,14,16 134:2 135:13 136:6,24
**above** 55:5
**absence** 52:8 60:7
**absent** 52:12
**absolutely** 16:13 88:15 125:8
**academic** 141:16
**Academics** 115:2
**accept** 18:21 20:6
**accident** 109:18 110:18
**accidently** 71:9
**accomplish** 55:8
**accomplishment** 57:6 115:12 132:11
**according** 94:19 121:15
**accreditation** 87:11,21 88:6 132:25 133:13,16
**accredited** 12:24 132:8
**accurate** 76:18
**achieve** 139:8
**achieving** 57:5
**act** 52:11
**acting** 69:7,9 142:18
**action** 60:17 141:21
**actions** 62:21
**active** 31:24 104:13
**actively** 57:24
**actual** 54:12, 17 64:7,8 94:25 96:14 109:8
**actually** 54:9 82:5 98:19 101:5 134:5
**addition** 55:10 60:5 106:16 134:16
**additional** 55:11 120:2 139:12
**additionally** 140:11
**address** 19:7 20:2 38:19 130:5
**addressed** 31:13 40:8, 12,16,21 74:23
**adequately** 58:11
**adjust** 86:1
**admin** 34:12, 14 38:20 124:9
**administer** 47:14
**administration** 114:23 139:3, 14 140:14 141:8,23,24
**administrative** 40:11,20 94:8 125:6
**administrator** 11:1,3,9 12:4 44:10 48:2,14 49:6,12 54:6 112:23
**administrators** 73:4
**admissions** 11:1,4,10,22 12:5 112:24
**advice** 55:14
**advising** 17:17
**advisory** 133:2,4
**advocated** 36:24 87:8
**affect** 17:3 79:23
**afford** 137:8
**after** 16:17, 18,23 28:15 82:14 88:6 90:14 91:4,7, 10,13 118:14 134:11
**aftercare** 82:22,23 117:9 126:8, 11
**afterwards** 142:23
**again** 20:15 25:8 31:16 35:21 37:12 46:3 56:15 65:7 80:20 81:12 95:15 106:13 122:13 123:10,16 124:8 136:17
**against** 70:4 75:20 98:14 109:6 111:9
**age** 22:13 25:8 26:23,24 28:5 29:6 35:13,24 108:13,16
**aged** 108:19
**agenda** 33:13, 18
**ago** 6:8 92:4
**agree** 18:10 26:21 28:3 29:22 43:16 118:13,15 123:19
**agreed** 103:5 134:2
**agreement** 14:14 15:6 45:17 46:20 78:18 79:9,23 84:23
**ahead** 33:11 80:10,12
**Air** 130:19
**alcohol** 5:17
**alignment** 60:8
**all** 11:23 13:4 42:8,13 45:24 47:13, 16,25 54:1 59:6 72:20,24 73:10 74:22 82:4 93:1 114:7 116:3 117:8,10 122:7 132:17 136:1 138:2

**allege** 75:20
**allow** 4:19,21
**allowed** 16:15,23,24
**alone** 100:21 121:13
**already** 46:1 58:8 106:18 136:6 142:19
**also** 5:1,10 9:23 13:5 18:7 33:14 37:4 72:19 104:25 112:20 119:23 120:6, 9 121:3 123:13
**Although** 60:19
**altogether** 77:20
**always** 18:10 31:18 44:5 55:8,13 124:1 139:21
**am** 7:2 18:16 19:9 24:20 47:2,6 49:10 58:18 61:9 67:8 74:15 78:10,11 87:3 89:13 99:11, 20 112:6,12 113:16 114:7 120:13 135:25 143:20
**amazing** 13:11 14:10 20:13
**amend** 55:18
**Among** 128:11
**and** 4:4,9,16, 20,21,23 5:3, 8,12,14 6:23, 24 7:20 9:9, 15,20,22 10:1,3,9,18 11:1,4,10,22 12:5,9 13:2, 5,10,25 14:5, 7,14 15:1,5 16:15,16,17 17:10,20 18:3,8,12,13, 16,18,22 19:1,2,4,8, 10,13,19 20:3,4,6,7, 11,13,20,21 21:11,23 22:4,5 23:9 24:8,16,18 26:1 28:24 29:1 30:10, 13,18,22 31:1,4,7,14, 15 32:18 33:15 34:6, 11,12,16,19, 20,23 35:19 36:10,20 37:1,8,9,12 38:20,22 39:21,22,23 42:4,8,10,12, 13,14 43:19 45:6,23,24 47:22 50:6 51:20,21,22, 24 52:1,5,18 54:4,14,17,25 55:5,9,12,15 56:12,18,19, 20,22 57:3,6 58:23 59:4,7, 8 60:6,7,8, 16,20 62:5,11 65:16,17,19 66:13,14 67:5,9,10,18 69:13,17 70:14 71:10, 20,25 72:1,7, 14,15,17 73:2,5,6,8, 10,23,25 74:7,10 75:18,24 76:7,12,16 79:5,14,22 81:7,10,12,23 82:19 84:9 87:2,17 88:11,12,23 89:5,6 90:1, 4,7,12,19 92:11,21,24 93:1,19 94:1, 13 95:23 96:7,8,14 97:18,21,25 98:5,14 99:3, 7,10,21 100:6,11,15, 16 101:1,4, 13,25 102:6, 7,17,23,24 103:11,13,16, 21,22,23 104:11,12,13, 14 106:14,19 107:5,8 108:5 109:5,19,24 110:19,20 112:24 113:4, 19 114:2,13, 22 115:5,6,19 116:1,10,18, 19 117:25 118:5,20 119:14,24 120:9 121:13, 23,25 122:1,9 123:16,22 124:8,9,13 125:14 126:23 128:11 129:12 130:1,3,5 132:16,17 133:6 134:2 135:8,11,12 136:2,3,16 137:13,15 138:8,13 139:17 140:2, 3,4,13,20,22 141:12,13,22 142:13,20 143:4,16 144:1
**and/or** 15:18 64:20 65:1
**Andre** 102:14
**Andrew** 102:11
**angry** 31:14 102:22
**announce** 19:25
**announced** 19:7,10 37:18,23 38:2 41:13
**announcement** 19:11 41:3 94:7 115:6
**annual** 53:19
**Annually** 53:1
**another** 6:19 12:17 15:11 31:15 38:6 57:7 59:10,19 60:19 112:14 115:11 132:10 135:23
**answer** 4:21 6:22 7:2 12:8 16:6 66:9,23 92:13 96:17 99:18
**answering** 96:17
**answers** 5:1,2 19:19
**antiquated** 29:11 107:3, 12
**any** 5:6,11 7:12 8:8 13:3 14:14 15:22 16:24,25 33:9,17,18,19 35:3 36:11 51:8,10 53:5, 10 55:6 62:17,21

66:25 68:5 73:11,25 75:20 76:24 77:19 80:11 88:18 90:2,3, 7,8,12,22,25 91:3,15,16, 19,23 93:4, 11,12 98:22 101:5,16 111:6 114:2 117:12 122:10 126:21 127:2 130:24 131:17 132:4 135:24 142:15 143:8, 11,19,20 144:2
**anybody** 90:12 101:9 103:20 104:1 105:20 106:3,18,19 116:23 124:3 125:21 142:14
**anymore** 66:10
**anyone** 18:25 33:8 38:2 131:24
**anything** 5:16 6:15,16,25 14:13 18:24 19:21 47:18, 23 55:17 74:8 83:24 91:6,9, 12 116:14 125:18 131:18 143:18 144:2
**anyway** 73:6
**anywhere** 54:16 90:3
**apologize** 6:8 30:8 45:15 56:1 106:19
**Apparently** 77:8
**appearance** 21:10,23 23:9 24:8 25:18 28:12 35:12, 13,16 115:19
**appears** 72:19 74:3 81:15
**appease** 98:17
**appeasing** 98:19
**applications** 126:14
**applied** 82:23 112:11 125:25 126:7,12
**apply** 126:3 135:8
**appreciate** 5:8
**appropriate** 67:22 73:8 99:21 105:5 108:22
**appropriately** 122:25
**approval** 142:20
**approve** 137:23 138:2, 15
**approved** 45:24 75:19 121:11
**approves** 54:15
**approving** 138:4,5
**approximately** 9:13,18 11:6 43:7
**April** 54:19 71:14 126:1,7
**are** 4:16,23 5:11,16 7:9 13:12,18,25 15:9 17:13,14 19:10 20:6 24:20 30:9 34:1,2 35:2 36:10 44:23 47:3,5 50:7, 15,16,17 53:10 55:15 59:12 60:7 62:11,12 65:16 67:10, 11 69:14 73:7 77:8,19,23,25 78:9 80:10 81:15 85:3 87:12,18,22 88:17,20 89:23 90:3,7 91:3,15,24 93:21 98:18 100:1,11 103:1,12,14 105:2,3,15 110:24 114:8, 14,16 116:6 118:9,20 119:10,11,14 120:12 121:7, 15 124:11 125:25 126:15 131:24 132:19 133:1,2,3,4 135:12,15,16 136:10,12 138:6,21,22 139:19,24 140:6,10 141:24 143:2
**area** 105:2,13 120:17
**areas** 137:16
**arrangement** 87:6
**arrangements** 16:22
**arts** 28:20 107:16 108:18 124:14,18
**as** 4:10 9:6, 22 10:16,20 11:3,9 12:4, 11,19,22 13:8,19,20 17:11 18:5 19:12,17 23:24 24:2,7, 9 25:20 27:11 30:9,12,13, 16,17 31:21 32:10,23 36:12,23 37:4 38:16 42:3 43:12,24 44:22 46:12, 18 47:10,21 48:1,8,14 49:10,16,18, 20,21,24 50:1,21 52:14 53:9,16 54:7 55:1,3,4,11 56:6 57:2 58:17,25 59:18 60:10, 14,15 61:9 66:12 68:16 71:23 72:6, 13,23,24 73:23 74:10 75:2 77:5 82:19 83:6 84:19,24 85:5,20 86:8, 18 88:24 89:7,14,23 92:10,25 99:2 100:24 101:15 104:13 109:8 110:20 112:10,13 113:23 114:21 115:1,2,6 117:7,15 118:17,23 120:10 122:3 123:7 124:25 126:22 128:12 131:25 132:9, 18 135:20 136:7,14 139:10 140:22 141:14
**ask** 7:3 23:10,21

25:8,17 26:23 35:23 62:7 65:6 67:6 79:18 89:6 90:2 128:6 143:20
**asked** 16:11, 15 62:10 79:15 93:19 106:18 127:3 128:17 131:11
**asking** 16:12 49:10 67:8 70:15 81:15 99:3
**aspect** 18:18
**assessment** 53:19 54:25 56:10,22 57:8 99:12
**assessments** 29:23 58:23
**asset** 85:23 86:4,19,25 87:10 88:11, 25
**assigned** 117:15
**assignment** 57:1
**assignments** 60:5
**assist** 82:21 140:3
**assistant** 11:14,16 12:11,14,17 34:16,19,21, 22 44:11 45:9 47:10 48:3,12 49:22 51:21, 24 52:1,4,7, 9,14 57:4,9, 10,13,17,25 58:3,9,25 79:4 83:20 86:5 113:4,11 122:9 124:25
**assumptions** 73:8
**assured** 59:6
**at** 5:6,11 8:3 9:5 10:2,17 11:13 12:16 13:9,14,16, 18,20,23 14:6,19 15:1, 11,15,17,22, 24 16:14 19:7 28:9,18 31:14 32:3,6 33:5, 9,17,23 34:3, 5,10 38:6,13 40:23 41:20 42:22,24 43:12,15,20 44:2,6,12 45:18 46:21 48:9,25 49:11,17 50:21,23 51:5,13 53:12 54:7 61:25 62:17,22 63:1 67:22 71:16 72:17 73:4, 19,25 74:3,20 75:23 76:25 78:8 80:12, 22,23 82:23 83:1,6 85:6 86:11 90:1 100:15 101:24 102:19 103:10,13 107:18 110:11,18,19 112:24 113:19 114:4,6,7,8, 10,13,16,20 115:5 116:1, 2,4 117:5 118:14,21 121:17 122:6 123:5,9 124:15,19 126:3,6,12, 14,17 127:4, 5,7,11,13 128:14 129:9 130:12 131:3 132:17,19,23 133:8 134:25 136:5,19,21 138:10,20,21 139:13 140:1, 7,9,13,17 141:4 142:3, 22 144:14
**attached** 89:22
**attempt** 86:4
**attend** 13:8 16:24 17:6
**attention** 73:1
**attitude** 21:11,23 23:9 24:8 115:19, 21 134:14,17
**audible** 5:2
**August** 131:3
**Author's** 60:10
**authority** 32:18 69:9 142:18
**autonomy** 107:20
**available** 82:14 120:16
**avoiding** 118:16
**awards** 47:15, 16
**aware** 15:14 32:19 53:10 68:19,21 71:2,7,11 74:2,13 87:20,22 88:17,20,23 125:25 126:15
**away** 9:1

**B**

**Bachelors** 7:17 112:20
**back** 16:15 17:15 19:9 20:15 23:21 26:8 33:4 36:7 38:9 39:11 54:1 67:25 82:8 84:14 89:6 92:14,18 106:6 115:17 128:14 137:12 143:16
**background** 7:16 74:19 107:23
**badgered** 36:25
**balance** 123:17
**based** 46:18 62:4 70:14 78:6 86:25 93:9 100:2 124:16
**basically** 12:2 13:10 15:5 36:24 37:9 88:10 117:11 134:13 136:22
**basis** 13:1 99:16 138:5 142:11
**bathroom** 58:12
**bathrooms** 5:11
**baton** 20:14
**Beach** 8:23,25 9:2,12,16 10:12
**became** 112:7 113:4,10,15

**because** 11:18 14:25 17:21 19:3 31:3 35:18 39:21 47:6,7 48:12 54:19 61:19 64:21 65:1,7, 12,18,20 70:4 72:1 73:22 75:17 76:9, 15,22 79:4 81:2,6 87:16 91:23 93:19 100:5,18 103:7 104:11, 15 105:14,17 106:9 110:14 111:25 113:7 121:24 123:11 124:21 131:8 136:19 139:23 142:6,12

**become** 57:17 60:6 126:25

**becoming** 110:21

**been** 4:9 6:16 14:21 15:11, 22 19:14 33:2 39:12,14 44:12,21 51:6 53:16 56:6,24 58:17 59:18 61:9 69:25 72:13 77:5 84:19 86:3,24 89:13 104:24 108:10 109:2, 14,24 118:3,9 130:18 131:18,25 141:18 142:9

**before** 4:14 6:23 14:13 18:3 38:14, 18,24 39:4,9, 10 66:12 71:14 77:7 82:9 85:9 87:15 88:5,6 109:3 110:5,8 111:18 122:19 127:24 137:16 140:25

**begin** 9:5

**behalf** 32:16 45:12 69:7 91:12 97:11

**behavior** 73:9 104:1,3,10 124:1 136:3

**behind** 14:16 41:7 75:15,21 76:16

**being** 6:21 10:23 12:16 35:21 36:24 38:16 41:16 44:9 45:7 61:22 65:22 68:5,16 71:8 78:12 86:6,23 87:19 88:23 101:15 103:10 112:2 113:20, 22 123:20

**Bel** 130:19

**belief** 48:24 49:11 53:2 68:18,25 69:3 70:8 98:13 142:11

**believe** 22:16 25:23 30:25 32:8,9 41:1 42:20 43:7 47:23 49:17, 21,25 51:9 64:11,16 65:24 66:13 68:24 69:3,6, 14,24 71:6,13 76:1,12,18 83:19 87:14 100:18 102:15 104:17 106:25 108:7,21 109:19 112:25 113:5,24 116:14,17 117:1 128:20 131:12,17 132:4 133:19 137:22 142:8

**believed** 16:3 76:15 103:25

**best** 58:6 107:21 108:7 139:11

**better** 35:19 85:20 94:10 139:23

**between** 14:14 19:19 52:1,4 72:15 90:3,7, 12 124:21 135:11

**beyond** 55:5

**big** 55:7 72:5 115:11 120:12 132:10,13

**bigger** 86:23

**Bill** 17:10 22:4,5 34:6 36:25 68:16 94:1,18 101:12 104:4, 11 124:13 133:25 136:16

**bit** 15:8 17:15 37:1 58:19 100:7 125:2

**blind-sided** 74:7

**Board** 13:7 14:6,9,15 15:16 16:11 17:8,9,12,13, 17 20:3 24:18,21 25:4,6 26:14 27:16,21 28:21 30:21, 25 31:5,6,10, 15 32:2,11, 16,18,19,23 33:1,5,11,23 34:1,4 38:20 39:16 42:3,7, 24 45:25 51:20 54:15 61:19 62:1 64:11,18 65:25 66:5, 15,18 67:1,4 68:7,12,18, 21,25 69:4,7, 10,21 70:14 71:10 79:1 81:13 86:7,18 87:12 90:13 91:20 93:13, 17,24 94:15 95:1,3,6,9, 15,18 96:12 97:3,6,11,12, 18,24,25 98:12,15,17, 18,20,22 100:9 101:10 102:12,17,19 103:10 104:6, 10,13 105:14 106:22 118:1 121:11 122:1 124:3 125:21 134:2 137:23 138:9,14,17 142:9,14,17, 18,22,23 143:1,7

**Board's** 30:1 96:14 97:21

**bookkeeping** 117:10,12

**bosses** 136:17

**both** 5:14 12:9 54:11 135:8

**bottom** 78:8 80:13,22

**bound** 30:9

**boundaries** 103:10

**box** 89:19
**break** 5:11, 12,15 58:13 65:18 67:15 89:5
**brief** 20:11
**bring** 7:12 33:9 121:9
**bringing** 71:11
**Britain** 109:6
**Brittany** 71:2,5,7,16 129:18
**broad** 50:14
**brought** 6:23 9:2 60:20 73:1 88:18 91:22 121:22 122:3
**budget** 13:6 45:23 138:5
**budgetary** 137:11,19
**build** 39:22 115:6
**building** 86:22 87:9 88:8,13
**bullying** 100:7 103:7, 8,16,19 104:1,3,10 142:12
**bunch** 89:6
**Burnett** 130:6,9
**burning** 78:1
**business** 22:23 33:8 87:16 117:2,7 125:16
**business-** 18:18 20:21
**but** 4:4 11:17 12:1 13:5,13 14:10,21,25 15:3 16:8,17, 20 17:2,5,13 18:5,10,15 20:6 31:17,19 32:7,20 33:13 34:2 42:9,23 43:7 48:22 56:9 62:4,12 67:22 70:25 73:12 74:9 77:8,19 78:6, 15,22 81:13 82:16 84:13 88:7 92:4 94:21 95:12 97:13 104:18 105:4,11 106:15 112:11 113:6 116:3 120:6,16 121:9 122:18 123:12,20 126:9 130:18 133:4,16 135:25 136:14,15 137:16 138:7 143:1
**buy** 35:19
**by** 4:12 6:16 17:2 24:6,18 27:16 30:9 35:13,16 36:25 37:6,16 38:7 45:25 59:14 60:19 62:14 63:9 64:11 68:2 69:20 74:23 77:1 81:12 84:10 86:3,7 89:10 95:14 101:25 103:8 105:5 124:11 125:10,18 127:22 138:1, 4,9 139:2,9, 14,15,17,18, 19 140:14 141:8,23,24 142:9

**C**

**call** 5:24 6:1,5 66:21 67:16 82:13 92:9,11,13, 14,23 129:14 130:3 131:9 135:22
**called** 33:14 92:18 110:20 131:3,6 142:24
**calls** 42:14 70:11
**came** 20:4 32:21,23 36:23 38:22 39:20 42:3 74:7 85:17 94:16,22 113:23 115:7 129:5,9
**campaign** 60:18
**campus** 16:12, 24 17:2 43:2 134:5,8
**can** 7:15 11:20 12:8,21 16:6 18:15 26:4 29:8 33:9,15 35:3, 8 36:11 38:15 46:11 47:21 51:4,10,12,16 53:17,25 54:24 56:22 58:12,19 60:1 61:21 65:5 66:9,23 67:9, 16,22,24,25 70:3 72:20 74:4 75:13 78:17 79:11 81:20 82:8,9, 12,13,15,16 83:3,12 84:7 87:4 92:23,25 93:1 109:12 115:14 118:20,23 119:2,6,11, 12,17,23 120:6,9 121:9 123:15 133:9 136:2 139:5, 23 141:8
**can't** 4:22,23 5:3 6:7 18:14 41:1,19 43:6, 13 62:9 63:9 73:19 74:21 78:6 81:8,14 88:5,7 94:24 118:4,13 121:10 122:18,22,23 124:21,22 131:16
**cannot** 19:19
**cap** 120:7
**car** 109:18
**care** 103:11 117:8
**career** 103:14
**caring** 125:13
**Carlton** 130:16,18
**Carol** 130:6,9
**carry** 142:20
**case** 74:23 90:20 109:6, 9,22 112:7
**categorizing** 50:15
**category** 85:14
**cc'd** 72:20 74:9
**cease** 73:10
**ceded** 42:17

**Centers** 59:5
**CEO** 87:19 121:22 122:3
**certain** 30:9 50:7 77:19 92:4 133:3
**certificate** 51:9 105:4,9, 12
**certification** 112:8,11 139:12
**CFO** 122:3,4
**chairman** 15:16
**Chamber** 13:8
**change** 12:6,9 20:13 74:1 87:23 99:3
**changed** 11:18 12:2
**changes** 18:13,15 20:20 31:4 37:1 144:2
**charge** 26:10
**check** 85:2,9 140:21 141:12
**checked** 85:4
**checkmark** 89:19
**child** 100:15 110:14 135:21
**children** 123:14
**choice** 18:23 39:21 102:12
**choose** 104:9
**Chubs** 79:25 80:1 128:18
**circumstance** 96:12
**circumstances** 14:16 41:7 75:11,15 76:15 137:17
**claim** 76:2,3
**claims** 75:20 76:18,21
**clarify** 5:9, 25 22:3 23:2 28:9 29:9 35:8 43:1 46:11 49:3 50:20 61:25 63:15
**class** 51:11
**classes** 47:18
**classroom** 13:5 108:11, 25 124:18
**clean** 16:23 55:24
**clear** 24:20 30:16
**closely** 13:7 34:12
**clothing** 35:20
**co-founders** 87:8
**Cohen** 17:10 34:6 104:7,13
**cold** 125:13
**collaborativel y** 60:12
**colleague** 55:2
**collecting** 120:24
**collegiate** 10:1
**Collum** 38:7 40:24 41:13, 16,25 70:24 80:3 128:21 129:6,21 130:23
**columns** 119:7
**come** 8:5,11 11:15 14:2,23 16:9,22 33:5 34:2 36:7 38:7 42:16 46:7,12 60:13 71:7 75:9 84:1 89:6 92:7 94:25 95:3,6,9 96:23 100:15 111:24 126:25
**comes** 143:4
**comfortable** 78:22 104:14
**coming** 19:12, 13 20:2 38:10 51:13,18 65:21 97:4 99:3,7,15 143:22
**commencing** 57:4
**comment** 36:12 57:8 100:21
**commented** 21:10,22
**comments** 21:23 54:25 56:22 58:24 60:1
**Commerce** 13:8
**commercial** 123:11
**common** 110:21
**commonly** 107:16
**communicated** 59:7 96:25 103:22
**communication** 83:3 140:5
**communications** 71:6 90:3,7, 12,22,25 93:4
**community** 128:11
**company** 87:20
**compare** 141:22
**comparing** 117:16
**competence** 105:8
**competent** 25:7,24 28:1 101:15,18 102:4 104:18, 19,22 121:25
**competitive** 114:14
**complaints** 115:22
**completed** 55:8 57:2
**completely** 66:20
**compliment** 130:7,10
**computers** 122:9
**concept** 108:5
**concern** 105:7
**concerns** 115:18 140:22 141:13
**concluded** 144:14
**conduct** 52:21 67:23 103:19
**confer** 143:13
**conference** 77:23
**confided** 79:5
**confident** 60:6
**confidentialit y** 84:23
**confirm** 58:19
**conflict** 16:3
**congratulation s** 57:5 112:4 115:11 132:10
**consider** 46:2 58:2 94:9 97:7 99:20 106:23 129:6, 10,12 130:10

132:22 135:5, 16 136:11 137:20
**consideration** 31:18 33:17 86:6
**considered** 6:24 86:7 97:18 130:8, 11
**constant** 94:8
**constantly** 124:8
**consulted** 63:20,24
**contact** 81:23
**content** 77:15
**context** 74:5
**continue** 7:22 60:4 67:8,13 76:11 118:14 139:23 141:21 142:2,5,7
**continued** 48:8 134:8
**Continues** 67:2
**continuing** 139:10
**contract** 14:4,11 20:6 45:2,4,15 46:13,15 54:13,16 63:25 64:3,6 65:1,11 76:25 83:10,16 100:6 135:4, 18 136:13,19 137:1,14
**contracts** 64:21 137:5, 9,23
**control** 42:17 90:5,12 91:16,25 133:20
**conversation** 19:22 36:22 74:15 92:22 93:3,8 106:9 131:14
**conversations** 18:3 34:8 36:19 62:4 94:17
**copied** 71:9
**copy** 143:25 144:6,11
**corporate** 122:20
**correct** 9:19 15:13 17:19 31:22 32:24, 25 36:17 38:1 39:8 40:19 41:5 43:3,22, 25 44:1 45:16 47:8,25 52:13,19 56:9 57:14,15 58:22 59:25 66:4 68:13,14 69:15,18 74:11 81:18 85:23 86:18 91:25 92:1 93:9 96:9,11, 14 97:19,20 98:3,4,20,21, 25 99:14,22, 24 100:3,5,9, 10,12,20,22, 23 101:2,3,7, 8 103:14 106:16,17 107:24 111:16,17 113:1,24 114:9,24,25 116:6 117:3, 4,21,22,24 118:15,18,21, 22 119:2,13, 19,22 120:11 121:14,15
124:2 125:17 127:15,25 128:12,22,23 133:14,18 134:18 136:2 137:5,6,9,10, 14,16,20,21 139:18 140:12 141:3 143:3,6 144:1
**corrected** 30:2 126:9 133:5,7 136:8
**correctly** 122:8
**could** 14:5 16:12 58:23 59:4 71:25 73:24 78:6 87:9,17 97:11 98:2,17 102:6 103:5 112:10 115:6 121:8 130:8 133:15 137:7,12,19 139:10
**couldn't** 57:1
**Council** 84:11 105:1,5 122:13
**counsel** 5:8, 14 6:20 55:21 56:3 66:20 67:4 71:19 83:15 84:22 85:3,12 136:2
**counseling** 50:16
**counselor** 50:1,5,14,21
**couple** 20:17 132:13 143:12
**course** 51:10 106:11
**court** 4:3 6:24 143:25 144:9,11
**courtroom** 111:2,4,6,10
**created** 60:14
**credentials** 50:4,8
**credits** 112:12,13
**CROSS-EXAMINATION** 89:9
**crossing** 103:9
**culture** 72:24
**current** 18:1 55:10 90:8 91:17 108:7 110:20 114:11
**currently** 28:10,11 114:17
**curriculum** 11:24 12:25
**custody** 90:5, 11 91:16,25

### D

**dad** 80:16,23 81:22,23 131:4,7
**daily** 99:16
**dance** 130:16, 19,20
**Daniels** 44:19 127:22
**date** 6:7,9 14:19 37:24 38:3 41:1 43:4,13,19,20 54:21 56:20 61:16 82:5 88:7 105:23 106:7 126:12
**dated** 54:22 59:24 77:22 78:5

**day** 16:15 60:10,15 84:14 134:9
**day-to-day** 12:23 42:17 117:10
**days** 15:6 81:7,9
**deadlines** 60:14
**deaf** 47:6
**dealing** 37:13
**December** 90:4 115:7
**decide** 58:5 63:20,24 137:8
**decided** 37:2 64:2,5 102:18 136:18 137:3,7,11
**deciding** 135:2,17
**decision** 36:23 46:6 63:12,16 64:7,10 68:19,22,24 77:1 81:13 97:11 99:21 100:25 136:24
**decisions** 30:17 31:7,17 52:7 60:7 121:13
**decrease** 87:9 119:2,12,15
**decreasing** 119:21
**deemed** 105:5
**defendant** 109:3,8,15,25
**deficit** 117:20 118:1,3,5,7,8,14,16,21 119:11,24 121:6
**deficits** 118:9
**definitely** 99:7
**degree** 7:17,18,19 10:6,7,10,13 50:13 112:14,15,21
**degrees** 7:22
**delete** 79:15
**delivers** 143:4
**delve** 15:8
**Denise** 4:8,13
**department** 47:17 98:24
**depends** 50:15 54:15
**deposition** 4:13 7:7 19:18 44:22 47:21 67:15,16,20 77:10 110:4,8,12,15,18 132:1 144:14
**depositions** 4:17
**describe** 7:15 23:24 24:2 25:20 27:11 51:12 53:17 102:3 107:11
**described** 13:20 101:7,15 104:4 121:18
**describing** 51:24
**description** 12:21 47:24 55:5 60:20 71:1 140:8
**designated** 51:24
**desired** 13:4
**desist** 73:10
**desk** 16:23 21:25 22:7 116:1,5
**determinations** 30:13
**determine** 122:25 123:6
**determining** 136:11
**developing** 42:11
**diagram** 108:3
**diagramming** 107:13,14,15
**dictate** 107:21
**did** 6:6 7:6,12,22 8:5,8,11,14,21,24 9:5,13,15,20 10:2,5,9,13,16,20,23 11:3,15 12:11 13:23 14:2,5,23 16:9 17:1 19:2,4,25 20:6,9,12 21:8 22:5,8,12,16,22,24 23:7 24:8,13 25:5,23 26:9,14,18 27:18,24 28:3,18,24 29:5,7,22 31:5,9,10,14 32:3 35:11 36:12 37:6 38:6,9 39:5,11,14,25 40:2,5,23 41:6,10 43:23 44:2,8 45:14,16 47:23 48:4,7,13 49:17,21,25 50:11 51:5 52:14,16,21 56:9 57:16,19,24 58:2 60:24 61:17,25 62:3,7 64:12,21 65:2,7,11,12 66:16,25 67:25 68:5 71:7,12 73:14,18,21 75:9,20,23 76:9,21,22 77:10,13 79:3,6,9,18 80:4,8,25 81:23 82:25 84:1 85:19 87:14,23 88:1,6 90:22,25 92:7,13,19,21 93:4,11,15 94:2,25 95:3,6,9,18,23 96:2,20,23 97:6,25 98:8,10 99:2 101:5,9,16 102:3,8,10,14,20,23 103:2,11,19,25 104:9,19 105:14,15,20,23 106:1,3,7,10,15,18,19,22 107:3,11,21 108:12,15,18,21 111:12,24 112:15,18 114:4,22 115:21 116:11,14,23 117:12 121:20 122:11,16,24 123:3,5,22 124:3,6 125:10,21 126:3,17 127:11 129:10,17 130:3,19 131:9 134:5,

11 136:20 138:9,14 140:17 142:14
**didn't** 6:3 9:1 14:8,24 15:1,4 16:7,8 17:6 19:5 24:11 26:19 28:1 31:3 35:12 37:7 50:4 64:18 74:7 75:18 83:1 85:12 93:19 97:22 98:8 105:3 110:14 116:1 121:19 122:1, 22 123:23 126:21 144:4
**difference** 51:25 52:4
**different** 14:7 17:21 20:16 37:4 39:5 87:19 98:13 119:6, 14 123:10 124:10 125:2
**difficult** 70:6
**diligence** 57:3
**direct** 4:11 44:13 133:5,6
**direction** 14:7 17:22 20:16 37:5 98:11 102:12
**directive** 97:4
**directives** 93:12,16
**directly** 32:21
**Director** 60:12 115:2
**Directors** 14:15 125:21
**disagreed** 37:10 97:18 104:19
**disciplined** 62:21
**discontinue** 48:15
**discrimination** 70:5
**discuss** 28:12 33:12,15 93:11,15 143:2
**discussed** 9:24 15:18 27:16,21 33:5 142:19,21 143:8
**discussing** 14:16 33:22 34:8 73:3
**discussion** 16:12 93:9 115:16 132:3
**discussions** 73:10 94:6,9
**dismiss** 76:21 135:25
**dismissal** 135:22
**displeasure** 31:11
**dissemination** 54:13
**distinction** 135:11
**distinctly** 18:12
**divorce** 110:1,18,19 111:5
**do** 4:3,6,24 7:6 8:14,24 11:20 12:16, 19 14:6 17:25 18:14,15,20 20:1 22:12 23:19 25:8 26:13,17,23 28:5 30:25 32:9,21 33:4, 22 35:13,16, 24 39:23 42:21 43:4,11 47:9,16 52:24 53:5 54:4,8, 9,11 55:23 59:14,15 60:24 61:10, 12 63:4,6 64:5,16 67:18 68:24 69:6,24 70:15,18,22 71:16,18 72:2,3,6 73:6 76:6,18 77:18 78:12,18 79:18 80:18 81:4 83:19 88:12,13 89:15,20,23 90:11,17 92:5,15 94:11,12 95:12,14,20, 24 97:16 98:15 99:3,17 103:8 108:7 111:22 113:7, 22 121:10,25 122:17 123:3, 14 124:14 125:1 126:6 127:11 128:3 129:1,14 130:10 131:4, 6,13,17 132:4,18 133:21,24 135:5,11 137:23 138:6 139:3,9 140:11 142:12 143:7,14,18, 24
**Doctorate** 7:20 10:2,3, 9,11,13 11:18 111:16,18,25 112:5,9 113:7
**document** 44:23 45:1,11 53:17,20 55:22 61:11, 13,16 85:13 89:13 114:1 139:2
**documentation** 84:17 136:1
**documents** 7:12 71:20,24 89:23 90:2 91:3,8,22,23
**does** 17:24 24:21 34:15 42:16 45:17 46:2,7,11 48:21 54:18 80:1 90:19 98:6 108:1 123:11 127:4, 9 133:11 142:17
**doesn't** 16:20 18:17 21:25 22:6 98:5
**doing** 11:17, 21 16:17 19:21 42:12 58:11 66:21 67:4 81:21 103:1 104:25 107:13 132:13 140:7 142:5
**don't** 5:3,6 6:8 16:20 18:15,22,24 19:4 21:13,21 22:15 23:12, 20,23 25:16 29:13,21 32:2 33:21 35:15 36:6 41:9 64:24 65:10 66:11 70:21, 25 71:20 72:4

78:4 79:21 80:9 81:13 83:14 84:24 87:3 91:23 93:10 100:18 104:5 105:25 118:7 125:1 126:10 128:9, 25 129:5,13 131:20,24 133:14 143:11,18 144:6
**donate** 86:22
**donating** 103:12
**donation** 118:6
**donations** 120:10
**done** 24:16 26:1 78:9 107:16 125:7
**Dorothy** 90:16,17,19, 23 127:4,9,13
**Dorothy's** 127:7
**double** 74:12
**down** 4:23 5:3 80:15 85:10 133:16 136:23 144:1
**Dr** 20:5,7,14 37:17,21,23 38:2,10,16,19 39:10,12,14, 19 40:24 41:16,25 42:7,25 44:19 51:18 64:9 70:24 72:19 73:21 80:3,19 81:12 99:16 100:16 103:21 104:14 113:22 114:5 127:22 128:21 129:6, 21,24 130:23 133:21 142:9, 15 143:9
**draft** 62:7
**draw** 135:11
**dress** 35:19
**dropout** 9:10
**dropped** 76:5
**drugs** 5:17
**due** 57:3 60:16 70:2
**Duke** 47:15
**duly** 4:9
**during** 47:1 50:23 54:13 55:3 60:18 63:10 95:18 101:4 118:10 140:20 141:11,12
**duties** 12:22 34:17 36:11 47:9,12,22 48:13 50:22 117:7 122:5 134:11 140:25
**duty** 117:15 141:2,15

**E**

**e-mail** 14:9 17:16 20:16 40:5 41:15 71:9,12 72:1, 15,20,21 73:21 74:4,5, 10
**e-mailed** 33:11
**e-mails** 42:13
**each** 20:22 46:21 119:7
**ear** 47:6
**earlier** 67:5 92:2 93:22 101:14 104:17 106:25 113:5 121:12 125:9 127:3 128:17 133:19 135:2 137:22 142:8
**early** 136:7
**East** 112:19
**Ed.d.** 111:16
**EDS** 111:12,13
**education** 7:18,19 8:12, 15 9:6,25 10:1 50:14 107:23 108:8 139:11,22
**educational** 7:15,20 112:9
**educator** 103:14 132:18
**EEOC** 76:2 81:17 131:3, 6,10,15,19 132:5
**effect** 88:25 89:3 97:16 119:21
**effective** 17:18 36:10 52:16,18 59:9 140:4
**effectively** 34:18 57:2 140:7
**efficient** 24:12
**effort** 67:14 86:4
**eighth** 17:2 115:10
**either** 6:20 67:16 68:15 84:3 94:18 144:4
**elaborate** 93:1
**elementary** 7:18,19 9:12, 16 51:8 107:23
**elevate** 102:24
**eligible** 136:8
**eliminate** 119:17
**eliminated** 86:5
**eliminating** 119:20
**Elizabeth** 34:5 104:15
**else** 38:2 44:16 57:16 83:1 94:10 96:8 104:1 106:4 116:23 125:18 131:13 143:18
**emergency** 135:24
**emotional** 13:6 18:18 20:11 50:17, 18 123:17
**empathy** 125:14
**employed** 13:25 63:1 108:24
**employee** 45:2,4 46:12, 13,15 52:17, 18 53:19 54:2,20 56:10,15 60:19 68:17 73:11 86:23 88:13 114:2 116:15 139:17
**employees** 33:18 69:24 70:7 90:8 91:17 93:18, 21,22,25 125:23

**employment** 13:13 14:17 15:19 16:4 43:19 45:17 46:20 65:22
**encompass** 108:1
**encourage** 126:3
**encouraged** 15:18
**end** 17:18 82:10,12 136:5 140:1, 18
**ended** 19:6 54:20
**ending** 138:21
**energetic** 106:14
**energy** 29:2 102:6
**engage** 19:20
**ensure** 12:24 55:5 60:12
**entire** 33:1 84:11 95:14 97:12
**environment** 122:20
**essential** 60:23 61:3
**essentially** 11:17 85:20 113:6 117:19
**establishing** 60:21
**estate** 13:9
**ethic** 57:3
**evaluate** 34:12 122:24
**evaluation** 46:7 53:7,11, 24 54:5,22 56:8,13 58:20 84:2,5,8 85:17 123:3
**evaluations** 13:2 52:21,25 53:3 54:8 138:22
**even** 11:22 19:20 51:23 60:17 88:7 99:16 136:7
**evening** 14:25
**events** 7:10
**ever** 4:13 34:2 41:6 53:6 62:18, 21,24 95:19 96:20 97:6 101:10 102:3 105:16,20 106:22 108:12,18 109:2,14 110:4 111:2 112:2 116:9 122:24 125:21 131:21 136:9 138:17 142:14 143:8
**every** 20:1 57:1 81:10 84:14 120:2 134:9 138:8 139:8 140:19 141:11
**everybody** 48:21 96:8 131:23 137:12
**everybody's** 114:6
**everyone** 17:4
**everything** 14:5 121:10
**evidence** 84:13,15 143:7,11
**evolve** 48:8
**evolved** 48:1
**exact** 6:7,8 41:1,19 43:13 88:7
**exactly** 20:11 43:4 73:16 122:18
**EXAMINATION** 4:11
**examined** 4:9
**example** 68:15 135:21 137:1
**examples** 101:17
**Excellence** 59:5
**exceptional** 50:13 52:16
**excite** 102:6
**excuse** 122:4 139:16
**excused** 144:13
**executive** 33:14 142:24 143:8
**exhibit** 44:22 47:21 53:14, 16 56:4 58:15,18 59:16,19 61:7,10 71:22 72:9,11 74:3 77:6 84:20 89:11,14,18, 22 90:1 127:4 128:14 131:2 138:20,25 140:13 141:4, 8,23,24
**Exhibits** 72:14
**exit** 13:12 14:16
**expanded** 115:9
**expenses** 117:17 119:2, 12,15,21 121:4
**experience** 7:25 122:14, 16,25 123:9, 12,15,19 124:16,18 132:17,18
**expert** 105:2 132:22
**explain** 11:20 50:3 61:21 65:5 70:3 87:4
**explained** 16:18 18:3
**express** 29:5 31:5,10
**expressed** 78:1
**expression** 130:21
**extenuating** 137:17
**extremely** 55:15

F

**Facebook** 77:10 79:18
**facilities** 127:20
**fact** 32:9 106:15 120:23
**factor** 137:19
**factors** 135:15 136:10,11
**faculty** 73:2 135:3,8,12,17 137:13 138:9, 13
**failing** 142:4
**fair** 99:12 123:25
**fall** 47:24 76:1 120:16
**falls** 85:14
**familiar** 4:16 44:23 132:19

**far** 136:7 139:10
**fast** 58:12,18
**father** 75:5 81:5,17,25 127:16 128:1, 4,11 131:9, 18,21 132:5
**FAU** 39:20
**FCIC** 30:5
**FCIS** 30:7,9, 12,17 37:12 50:6 84:2,8, 21 85:17,19 121:15 132:8, 19,23,25 133:15
**fear** 79:22
**February** 41:2 96:24 136:7
**feedback** 31:18
**feel** 22:8 26:19 28:1 61:4 78:22 105:2 132:18
**feelings** 32:21 101:12 103:22
**FELE** 112:10
**felt** 14:5 15:1 17:2 25:7 29:1,10 64:18 76:22 103:13 104:14 125:14 136:17,19
**Ferguson** 19:11,16 20:14 37:17, 19,21,23 38:2,10,16,19 39:10,12,14, 19,25 40:2,5, 8,12,15,20 41:4,11 42:3, 5,7,17,25 51:13,18 64:9,13 72:19,20 73:21 80:19 81:12 113:22 129:24 133:21 142:9,15 143:9
**Ferguson's** 41:7 114:5
**few** 20:6,9,10 106:12
**field** 8:1
**fifth** 9:23
**figured** 17:4
**filed** 70:9 76:2
**fill** 41:17 47:17 57:24 124:10
**filled** 48:5
**filling** 41:20 57:20
**finagle** 87:17
**final** 31:19 84:20 85:16 86:12,14 113:19
**finances** 42:8
**find** 106:10 137:15
**fine** 81:9 110:2 112:10 143:25
**finish** 4:20, 22 83:12
**finished** 112:14
**finishing** 14:4,11
**fire** 14:24 16:8 63:12, 16,21 81:3,4 93:18,24 94:3,15 95:1, 4,7,10 96:21 97:1 100:2, 18,22 101:10 121:19,22,23 122:1 124:4 136:21
**fired** 14:22 32:15 41:24 63:5,6,8 70:9 73:6,17 75:8, 17 76:24 93:2 97:8 101:1 122:2
**firing** 16:10 31:7 32:23 33:18,23 34:8 63:10 92:25 121:13 131:16
**firings** 30:13,18,22 31:1,22,25
**first** 4:9 7:25 20:17 45:3 54:1 55:2,4,6,14 60:10 64:8 71:13 72:15, 20 77:22 89:18 92:7 110:11 113:18 114:20 140:20 141:9
**fit** 21:25 22:7 23:24 25:20 27:11 35:2,6,8 64:18,21 65:2,8,12 83:19 93:20 100:19
**five** 10:22 12:20 17:5 38:14,24 39:4,8 81:9 100:8 110:9 133:8,12
**flip** 131:1
**Florida** 8:12, 14,23,25 9:3, 7 47:17 84:11 104:25 105:5 122:13
**focus** 77:18 119:23
**follow** 104:25
**followed** 97:21 104:12
**following** 8:18 9:15 10:23 11:9 13:13 19:15 41:3 44:8 46:4,13,16 57:16 78:7 87:22 102:16
**follows** 4:10
**for** 4:17 5:9 6:21 7:6 11:1,3 12:4, 19 14:11 15:21 16:2,22 17:2,5,7 18:16,25 19:2,4,14 20:2,12 23:4 29:6 31:6,22, 25 32:19 33:4 35:9,10 36:10,19,22, 24 37:2,13 38:23 39:5,17 41:24 42:10, 24,25 43:1,16 44:10 45:6,7, 12,15 46:19, 20,21 47:17, 18 48:2,14,24 49:7,12 50:16,24 51:6,8 53:14 54:2,6,24,25 55:2,3,14 56:2,4,12 57:22 58:2,6, 15,20 59:16, 22 60:2,14,25 61:7,14 62:4, 21 66:13 67:19 68:15 70:5,6,11 71:19,22

72:9,11,25 75:21 79:20 80:2,11 81:14,16,17 82:23 84:14 86:24 89:11, 22 91:3,9 92:16 94:10 98:1,24 99:19,22 100:19,25 102:16 103:23 104:24,25 106:6 108:11 111:9 112:11, 23 114:13 117:2,16 118:18 119:23 120:3,20,24 121:3 122:10, 12 123:1,7, 13,18 126:3, 7,10,12 127:16 129:17 130:5 133:9 134:21 135:21,22 137:11 139:20,25 140:17 142:11,12,17 143:22

**form** 6:18 10:4 12:7 15:20,25 16:5 22:14 23:1,6, 25 24:4,10,24 25:22 30:15, 19,23 31:2,8 32:1,12,17 33:6,20,25 35:14 36:14, 21 37:14,25 38:17 39:2,7 40:4,13,17 41:8,18,23 42:1,6 43:9 45:8,19 46:5, 10,14,23 47:2 48:6,10,16 49:1,8,14 50:9 51:2,7, 15 52:2,6 61:6,23 62:2, 15 63:18,22 64:14,23 65:3,9,14 66:2,19,25 67:2 68:20 69:1,22 70:1, 11,16 74:18 75:7,14,22 76:4,17 77:3 81:19 83:8,21 86:9 87:25 88:16 89:2 94:23 95:25 96:4,10 99:13,23 100:4 105:18 108:9 116:7, 13 118:25 119:9 120:5, 18 121:1 128:8 134:20

**former** 49:10, 16,20,24 53:9 90:8 91:17

**forth** 84:10

**fortunate** 55:15

**Fortunately** 73:7

**fortune** 87:19

**forward** 57:6 58:18 59:10 103:2

**forwarded** 74:10 78:16, 17,22

**foster** 140:4

**found** 39:16

**four** 69:12 70:19 74:21 81:7 93:7 101:24

**fourth** 8:16 9:10 72:17 115:4,5,8

**frequently** 130:21

**fresh** 126:23 130:19

**friendly** 81:25 82:2 104:11 116:19 126:25

**from** 5:18 8:21 10:14 11:6 12:16 13:12 14:16 15:2 20:7 32:21 38:22 39:20 48:1 54:16 57:13 66:15 67:1,19 68:7 72:14 73:18 79:7 84:21 85:17 87:1,7 88:2 90:4,9 92:11 93:12,16 94:14,25 95:3,6,9 97:4,5 98:11 106:1,3,7 112:16,18 125:5 126:21 130:6,19

**front** 21:7,25 22:7 116:1,5 141:5 144:4

**fruition** 60:13,21

**full** 129:13

**fun** 17:6

**fundraisers** 11:25

**funny** 130:11, 20

**further** 14:13 46:11 61:21 70:3 85:10 89:4 115:9

**G**

**gained** 55:12

**Gall** 27:17, 18,22,25 28:7,13,16 66:14 69:13, 17 70:20 96:21 97:1,7 98:16 101:11, 15,17,20 102:4 104:18 105:8,11,16 106:6,8

**Gall's** 28:5

**Gardens** 8:23, 25 9:2 10:12

**gave** 20:10 31:21 32:18 53:18 55:25 107:20

**Gekoski** 102:11,14

**general** 78:21

**generally** 12:21 30:5 44:24 45:1 84:8

**George** 75:1

**get** 5:3 7:22 8:14 9:20 10:13 13:12 14:13 15:6 21:8 22:24 23:7 24:17 25:6 26:16 27:22,24 30:21 45:24 46:3 48:19,23 61:19 62:1,3 66:5,16,18 68:17 69:21 73:6,17 75:18 84:6 94:12,13 95:11,13,24 96:8 97:15 100:1,21

104:19 105:16,21 111:12 112:8, 11,13 116:10 119:6,10 121:10 123:23 133:13 142:10
**gets** 46:13
**getting** 30:25 31:6 76:13 82:21 139:12
**give** 5:1 12:21 15:4 18:8 20:9 26:18 35:3 45:20 48:18 53:23 60:18 74:6,19 101:10,16 137:1,15 142:14 143:12
**given** 4:13 57:1
**giving** 13:7 14:25 15:10 37:8 53:6 99:8
**glad** 72:3
**gladly** 5:9
**go** 4:19 6:19 9:15 14:6 15:3 17:15 18:1 19:9 20:15,18,22, 25 21:4 23:13,21 24:7 26:8 35:19 36:7 54:11 55:13 64:8 65:22 70:6 71:15 75:10 76:8 81:15 82:4,8 86:23 94:20 95:23 98:14 103:2 106:10 110:10 115:3,4 126:23 133:13 136:7,20,21
**goal** 134:23 139:2,17,18, 19,25 140:17 141:8,9
**goals** 60:2,4, 5 139:8,13 140:14 141:22,23 142:7
**goes** 115:8 127:22
**going** 7:3 13:12 16:10 17:2,21 19:9 32:7 39:9 58:18 62:3 67:8 68:8 72:4 74:2 77:18 81:2,4 82:10,12 87:3,12,13,15 96:13 98:16 99:18 100:2, 21 106:6 112:13 115:17 135:25 136:12 138:21 143:20
**gone** 55:4 63:9 71:10 77:15 80:16 132:16
**good** 16:8 47:6 72:22 76:11 88:1,4 89:6 100:19 110:10 117:5
**good-bye** 16:25
**got** 11:18 12:24 31:14 66:21 85:10 99:15 102:22 103:10 111:18,25 112:20 113:6, 7,17 116:4
**gotten** 61:22 66:6
**government** 120:15
**grad** 100:18
**grade** 8:2,16 9:10,22,23 10:16,19,20, 24 17:2 43:13,25 44:5,9 49:4 51:10,11 72:17 108:2 115:3,4,5,8, 10 140:5
**graders** 108:3
**grades** 59:7 108:1 140:3,4
**graduation** 17:1,6
**graduations** 16:24
**grammar** 107:8,10
**Grants** 120:15
**great** 18:4 39:21 60:18
**Green** 28:17, 18,21,24 29:12,23 105:20,21 106:4,20,23
**Green's** 107:2,10 108:21
**Greene** 13:15, 16,18,23 15:3,11,15, 17,23 82:24 114:8,16,20 126:1,4,6,15, 17 127:5,7, 11,13 132:8
**greeting** 116:5
**Grimaldi** 24:19 25:6,9, 18,23 26:2,8, 9 66:11 69:13,16 70:19 95:7 123:6
**Grimaldi's** 24:22,25 122:5
**ground** 6:19
**grounds** 75:21
**group** 60:22
**grow** 139:21
**growth** 59:9
**guaranteed** 46:15
**guess** 50:11, 20 54:11 56:9 79:20 86:15 87:23 130:8
**guidance** 50:1,5,14,21, 22
**guided** 60:10
**guidelines** 105:1
**Guidestar** 114:2
**guy** 129:15

**H**

**had** 6:1 12:3 13:11 14:10 15:14,17,18, 22 18:2 39:12,14,23 64:20 67:1 68:6 70:8 73:14 74:9 76:23 80:6 81:6 82:23 86:23 87:11 88:8,10,12,25 92:24 93:7 95:11 96:12 97:3 100:24 102:6 104:15 109:18 110:19 112:1 113:6 117:19,20 118:2,9

120:22 121:22 122:18 123:17 124:17 126:24 127:1 131:10 132:12 134:2 137:23 138:2 142:6,9,21 143:7
**hadn't** 141:18
**half** 62:5 84:9
**halfway** 80:15
**hand** 56:24
**handing** 89:13
**handle** 57:1
**happen** 26:15 81:8 99:4 134:3 144:4
**happened** 37:11 75:6 76:3 137:16
**happening** 34:8 94:6 112:3
**happens** 120:15 133:6
**happy** 20:12 130:18
**has** 6:16,25 34:2 44:21 55:4,12 56:6, 24 58:17 59:9 60:2,6 80:23 86:3 89:13 92:10,24 104:24 119:20 120:7 144:1
**have** 4:13 5:21,23 6:1, 10,16 7:1,17, 18,19,20 14:10,21 15:4,5,11 16:12 17:6 18:10,17,22 19:14 20:5 22:12 24:16 26:1,19 28:18 29:1 31:19 32:3 33:2,8 38:25 39:5 44:8,12,15,18 48:18,23 50:4,7 51:6 53:5 55:1 59:4 65:1,11 66:14,21 67:15 69:21, 25 70:9 71:10,21 73:1,24 76:22 77:6,15 78:21 81:10,11,23 82:4 83:7,10, 16 84:15 85:4,6,13 88:24 89:3,4 90:2,5,11,20, 22,25 91:15, 23 92:15 93:4 97:16 99:2,7, 15,17,25 100:15 102:13 105:3,4 106:18 108:10,24 109:2,14,24 110:4,7 111:2,4,6,9 112:12 114:4 115:9 116:4, 18,20,24 117:12 120:2 121:10,18 122:11,16 123:12,13,14 124:24 125:3, 5,6 127:9 129:17 130:18 131:17,18,21, 25 132:4,5 134:11 135:25 136:6 137:4, 8,13,20 139:7 141:20 142:1, 7,19,21 143:2,7,11, 18,19,24 144:2
**haven't** 129:8
**having** 4:9 83:4 87:21 89:15 132:16
**he** 4:22 32:6 41:20 75:8, 10,17,20,23 76:1,5,7 81:6,9,10 92:14,16,24 93:19 100:19 102:15 104:12 121:25 122:1, 3 127:16,20 128:6 129:9 130:19 131:8, 10,15,19
**head** 11:14,16 12:11,14,17, 18,19,22 13:17,19 17:11 19:12 20:8 30:20 31:17 33:15 34:16,17,19, 21,22,23 37:15 38:16, 23 42:3,23 44:11 45:9,10 46:6,18 47:10 48:3,12 49:10,16,18, 20,22,24 51:4,21,22, 24,25 52:1,5, 7,9,14 53:9 54:7 55:3,4 57:4,9,10,13, 14,17,25 58:3,6,9 59:1 65:21,24 73:23 79:4 83:6,20 84:24 86:5,8 95:19 96:16 98:11 99:2,20 100:24 101:4 112:2,7 113:4,11,15, 23 114:21 115:1,6 118:10,17 123:7 124:25 127:12,24 136:25 138:10 142:25
**heads** 74:6
**Health** 47:17
**hear** 115:22 142:14 144:4
**heard** 80:6
**held** 48:25 88:9 97:24 98:13 115:16 123:1 132:3
**help** 47:19 50:18 81:16 84:6 92:24 119:24 121:8 136:3
**helped** 59:9
**helping** 120:20
**her** 21:10,22 23:24 24:2,8, 12 25:20 26:11 27:11 29:10 32:5, 10,18,21 35:4,12,13, 16,19 36:12 39:9 42:10 43:19,20,24 45:2 47:12 48:4,13 50:13,22,23 51:9 55:3,5, 8,10,13,14 57:1,12 59:9 60:2,3,4,20 61:20 62:1,4 63:10,13,17, 21,25 64:3,6 67:5,7,14 70:24,25

71:11 74:6,7, 8,9,19,22 79:5,15,18 81:13,14 92:25 94:3 96:16,17 97:19 98:17 101:12 102:18 103:3,9,11, 19,22 105:4,7 106:10,13,15 107:8 108:24 114:10 115:19,21 116:11,15 117:5,7,23 121:7,22,24 122:1,22,24 123:7,9,22 125:3,5 126:3,17 130:3,4 140:5,8,10,24 141:2,15 142:5,7,10

**here** 4:22 5:18,20,25 6:15,19 7:12 14:10 19:16, 17,22 20:6 33:12 41:6 47:23 61:4 82:6 131:25 139:20 143:16

**herself** 32:16

**hierarchy** 51:13

**high** 39:20,22 118:18

**higher** 88:20, 22

**highlight** 56:2

**him** 75:17 76:7,10,21 81:3,11 92:19,21 102:13 121:23 127:21 128:12 129:2,8,10, 12,14 131:11, 13

**hire** 41:7 83:1 102:8, 10,14 116:15 122:22 126:17 137:12

**hired** 38:16 39:12,15 41:17 45:7 70:18,22 71:8 102:13,15 106:16 114:20,21 115:1 126:24 127:21 134:24

**hiring** 31:7 41:10 64:12 71:2 121:12

**hirings** 30:14,18,22 31:1

**his** 71:1 75:11,15,21 76:16,18,21 81:7 101:12 121:23 127:19 129:4

**hold** 13:2 22:22 26:9 27:18 82:7 97:25

**HOLT** 6:18 7:4 10:4 12:7 15:20,25 16:5 19:24 22:14 23:1,6,25 24:4,10,24 25:22 30:15, 19,23 31:2,8, 12 32:1,12,17 33:6,20,25 35:14,17 36:14,18,21 37:14,25 38:4,17 39:2, 7 40:4,6,13, 17 41:8,18,23 42:1,6 43:9 45:8,19,22 46:5,10,14,23 47:2 48:6,10, 16,18,21 49:1,8,14 50:9 51:2,7, 15 52:2,6 55:21 61:6,23 62:2,15 63:18,22 64:14,23 65:3,9,14 66:2,7,19 67:2,13,21 68:20 69:1,22 70:1,11,16 71:19 72:4 74:18 75:7, 14,22,25 76:4,17 77:3 81:19 83:8, 11,14,21 84:22 85:2,5, 9,15 86:9 87:25 88:16 89:2,5,10 143:18,22,24 144:7,12

**honest** 131:19

**Honor** 47:16

**honored** 19:2

**honors** 100:6

**hoo** 130:16

**hope** 116:5 128:9

**Hopkins** 47:15

**hours** 16:17, 19,23

**how** 6:12 9:13 10:16,20 11:3,15 12:11,19 14:2,7,23 16:9 19:25 21:12 23:10 28:7 29:12 31:10 33:4 37:7 39:14 41:13 42:5,9 43:11 45:17 46:2 50:15 52:14,24 57:22 60:17 61:4 67:21 71:7 75:9 81:4,16 85:20 86:18 87:18, 23 91:19 92:7,18 93:10 95:23 100:16 101:23 107:8, 20,21 110:7 111:24 113:2, 20,22 114:6, 16 124:14 131:6 139:23

**huge** 60:15

**hundred** 84:16,17

**husband** 102:18

**Hutchinson** 127:10

**I**

**I'LL** 81:9

**I'M** 10:25 16:17 18:9 20:13 23:2 26:8 30:8 34:20 37:21 44:21 47:4 48:22 55:25 56:6 61:25 72:13 77:18 80:10,12 81:20 82:13 84:19 85:12 87:5 92:23 94:13 96:7 98:16 99:1,10 109:12,13 124:22 126:8 136:24 139:13

144:4
**identical** 141:25
**identification** 53:15 56:5 58:16 59:17 61:8 72:10,12 89:12
**identified** 68:8,12,15 69:12,16
**if** 4:22 5:6, 10 15:8 16:12 19:20 23:19 24:20 26:4 31:25 33:7 34:16 36:10 37:10 43:15, 19,23 45:3,11 46:1 47:22 50:11,16,17 62:9 63:9 67:6,13,18 70:8 72:2 73:15 74:3,7 76:24 81:15 82:8,17 83:6, 24 88:4,5,20 89:18 90:2 93:7 97:24 99:11,15,25 100:15 102:12 105:2 108:25 112:12 113:24 116:4 117:19 118:7 119:10 120:15 121:6 123:18 124:17,24 125:5 126:23 128:6 130:8, 12 131:1,11 132:25 133:4, 6,14 135:23, 25 136:2,7,20 137:3,7,11,16 141:22
**image** 35:10 36:13 64:18, 22 65:2,8,12 83:20 93:20 125:9,10,19
**imagine** 103:16 115:14
**immediate** 135:22
**immediately** 8:17
**impact** 73:11
**implementation** 60:16
**important** 26:20 65:6 123:21
**impressive** 60:17
**improper** 31:6 67:23
**improve** 120:21
**Improvement** 62:19
**improving** 119:23
**in** 4:5 7:17, 18,19,20,25 8:4,5,6,8,11, 14,18 9:5,6 10:2,7,11 12:16,18 13:4,7,24 14:6 16:22 17:15,21 18:4,7,13 19:18,20 20:16,19,22 24:12 26:10, 19 28:1,10 30:21 31:1,6, 15,24 32:5,6, 7,10,23 33:1, 17 34:7 36:23 37:5,11 38:6, 12,19 40:23 41:2 42:16, 19,21 43:20, 21 44:12,14, 22 46:1 47:6, 18,21 48:5, 19,23,24 50:6,13,21 51:13,18,19, 24,25 52:7,11 54:4,14,19,21 55:9,10,17,18 57:2,8 59:2 60:4,5,7,9, 18,20,25 61:18 62:12, 17 63:12 66:25 67:14 68:5 70:24 71:11,12,13 72:23,25 73:2,8 74:22 75:10 76:1, 13,25 77:9, 15,23 78:1,11 79:5,22,25 81:21 82:21 84:1,2,12,14, 17 86:4,17 87:18 88:18 89:19 90:5,11 91:15,24 92:2,21 94:18 96:12 98:9, 10,15 99:7,15 100:15 101:15 102:15,18,21, 25 103:5,16 105:2,4,13 106:12,15,16 107:1,6,16, 17,23 108:8, 25 109:3,6,8, 15,18,19,21, 25 110:1,4,7 111:2,4,5,6, 10,13,16,17, 22 112:5,7,8, 14 113:19,23 114:10 115:7, 21 116:9,12, 21,24 117:14 118:3,5 120:22,23 121:22 122:3, 14,15,16,19, 20 123:5,9, 10,11,12,15, 21,23 124:5, 11,19 126:1, 7,9,22,25 129:9 130:23 131:1,12 132:22 133:7, 8,19 134:5, 14,16 135:12 136:4,7,18,24 139:21 140:2, 3,8,14,21,22 141:12,15,23, 24 143:1,8
**inappropriate** 74:8 102:19
**include** 60:4
**included** 72:1 84:17
**including** 5:16 48:2
**increase** 113:17 118:23 119:11
**increased** 113:10,16
**increasingly** 110:21
**independent** 60:6 84:11 105:1,6 122:14
**indicate** 47:22 79:15
**indicated** 23:2
**indicates** 79:14
**indicating** 94:19
**individual** 38:6 68:17 69:4

**individuals** 66:17 67:6 68:9,12 69:6, 12,19,20 70:10,19 73:7 88:18
**influenced** 6:16 7:1
**inform** 66:25 68:5
**information** 11:25 33:10 39:18 74:22 80:25 81:16, 22 123:8 134:17
**infrastructure** 122:7
**initial** 6:5
**initially** 114:22
**initiated** 62:9
**input** 99:20
**inspire** 102:7
**instability** 73:25
**instance** 54:21 98:9,10 124:12
**instances** 94:18 111:7
**instead** 20:3 56:10 96:17
**institution** 125:13
**instruct** 105:21 106:20 107:21,22
**instructed** 64:11 69:20 81:12 93:18, 24 121:22 138:7 142:9
**instruction** 64:12 94:2, 14,16,22,25 95:3,6,9,11, 13 96:15,20, 23,25 97:3 101:10 105:24 106:1,3,7 107:9,11
**instructions** 142:15
**instrumental** 59:2 60:9
**instruments** 101:21
**integral** 59:8
**intention** 38:25 62:6
**intentions** 39:5 112:1
**interfere** 16:19
**interfered** 15:23
**interfering** 67:9,19
**interrupt** 48:22
**interview** 106:11
**interviews** 102:18,21 103:3,6
**into** 5:21 15:8 16:15 22:17 31:18 32:7 46:8,12 73:22 80:16 85:14 103:7 114:22 119:6 120:16
**introduce** 20:7 39:9 108:5
**introduced** 38:19
**investigation** 84:21
**invite** 17:1
**involve** 19:5
**involved** 30:21 31:1,6 63:12 84:2,12 86:17
**is** 5:10,16 6:21 12:3 13:16 14:13 18:4,18 19:16,17,18, 20,21 20:17 21:6,7,12 22:2 23:11, 13,19,22 24:17 25:11, 18 26:21 27:1 28:7,11,13 30:12,21 31:24 33:10, 13,15 36:1,23 43:25 44:23 45:1,3,4,6,7 46:15 47:23, 25 50:14,19 51:9 53:2,18, 20 54:2,14,21 55:2,15,17,21 56:7,12,23 58:20,25 59:7,19,22 60:17,23 61:4,13,16 63:1 65:6,20 66:10 67:25 68:17 70:4,8, 14 71:1,5,6 72:1,16,20,23 73:9 74:24,25 75:1,2,4 76:9,15 78:12,25 80:20 83:3 84:12,20,22 85:13,16 86:6 89:14,19 90:16,19 93:2 94:10,13 96:9,16 98:19 99:12,15,18, 21,24,25 100:5,8,12, 16,19,21 102:17,19 103:13,16 104:6 105:14, 17 107:15,18, 23 110:2,21 111:16 112:20 113:24 114:1, 3 116:5 117:2 119:17 120:3 123:20,25 124:22 125:3, 12,18 127:7,8 128:1,6,21 130:12,15,16, 21 131:2 132:3,8 133:4,7 135:4 136:8,18,22 138:25 139:1, 14,16,21 141:2,7,9,18 142:24
**isn't** 88:1 110:21
**issue** 16:3 72:5 88:14 97:18 98:23
**issued** 97:3
**issues** 137:19
**it** 4:23 5:9 6:16 11:15,17 12:3,5,9 14:2,8,21 16:8,17,19,20 17:2,3,4,7 18:14,15,18, 19 19:2,5,7, 8,10,21 20:10 22:8,12 26:10,19 30:2,5,7 31:5,13,16,24 32:7,21 34:10 37:2,13,23 38:13,14,24 39:21 41:1,3, 13 42:20

43:6,7 46:25 48:21 49:11 50:15 51:20, 24 52:11 53:2 54:15,20 55:24 56:9 60:12,20,21 62:9,12 65:6, 17 67:4,5 68:18 69:3 70:5,8 71:13, 25 72:1,2,3, 6,19,25 74:3, 10,12,13,21 75:18 76:1,5, 7,8,10,15 78:6,7,9,16, 24 79:3,14,22 80:6,15,22 81:13,15,20 82:16,25 85:5,7 86:3 87:4,15,18,20 88:5,6 89:3, 22 93:1 94:10,12 96:2,3,5,6,8, 9 97:10,14 98:1,6,7,8, 14,15 99:4, 17,21 102:12 103:7,12 104:24,25 105:1,4 106:9,11 108:6,10 110:13,22 111:22 112:2, 11,14 115:4,6 117:14,15,20, 23 118:4,6,7 120:7 121:9, 10,24,25 122:6,19 123:10,12,15, 18 125:12,15 126:10 129:5, 14 130:8,10, 11,18 132:14 133:5,12 135:22 138:6 139:10 142:3, 4,6,17,20 143:2

**it's** 18:4,5, 16 20:12 30:16 48:21 53:19 59:24 61:14 71:19 72:4,14 74:21 77:22 78:5,20 82:5 84:13 88:11 91:23 96:13 123:14, 15 139:22

**item** 142:19, 22

**its** 14:15 117:17 125:23

**J**

**Janine** 20:4 22:3,5 23:5,7 24:6 25:2,3,5 26:16 27:23, 24 28:23,24 29:22 31:13, 20 32:14 34:6 35:7,22 36:25 37:7 68:16 94:1,18 96:8 97:2,4,5,15 100:12,14 101:9,14 102:3,17,20 104:11,17 105:14,15 106:2,7,19,25 107:7 116:22 121:18 124:13 136:15

**Janine's** 95:15,17 105:7

**January** 19:6, 10 38:12 39:24 41:3 61:16,18 110:3

**jeopardized** 135:22

**Jerry** 91:1

**Joan** 28:17, 18,21,24 29:12,23 105:20,21 106:4,20,23 107:2 108:21

**job** 8:24 9:1, 9 12:22 13:18,20 15:21,24 16:19 19:2 24:12 36:10 42:4 47:12, 22,24 48:13 52:16 55:5 60:20 66:13 71:1 82:22 97:17 103:13 117:5 121:23 122:5 126:3 134:11,13 140:8,24 141:2,15

**jobs** 136:22

**Johns** 47:15

**joining** 40:24 41:14

**judge** 6:24

**Julie** 6:12,13 34:20,22 35:1,5,23,24 36:7,16,20 38:21 43:11 44:22 45:5,6 46:21 52:10, 14 54:3,25 56:17,19 61:22 70:22 73:5 78:10 79:3,14,15 80:8 81:16, 23,25 82:2, 15,21 90:4, 13,23 91:1,4, 9,13 92:9,24 124:4,24 125:25 131:12 134:24

**Julie's** 52:11

**July** 57:4

**jump** 117:14

**June** 14:21 54:23 59:24 75:10

**Junior** 47:16

**just** 4:19 5:24 11:18 12:5 13:10,19 14:10 16:7,8, 14 18:16,17, 18 19:6 24:11,20 32:2 36:9 37:9 39:10 43:1 48:12,23 53:17,20 56:8 67:21 71:22 74:12,19 76:7,12,13,16 78:1,24 83:24 85:2,9 86:23 88:5,7 90:1 93:1 94:11,14 98:2 102:5 103:23 104:4 106:16 109:11 110:2,19 111:25 112:2, 13 114:6 118:7 123:14, 18 127:1 129:5 131:15 134:13 140:8 143:12

**K**

**keep** 20:10 76:11 96:3,6, 9,15 134:13

**keeping** 59:2 134:16
**keeps** 112:2
**Kelly** 21:5,6, 8,12 22:6,19 23:22 24:16 26:1 94:3,22 95:1 115:17 116:10
**kept** 103:24
**kids** 15:2 102:7
**kind** 37:7 119:4
**Kindergarten** 108:2
**knew** 15:21 39:8 61:19 62:5 65:21 81:2 87:14 97:13 105:11 121:24 131:16
**know** 5:4,7,8 16:16,18 18:17 19:4,16 20:5 21:13,21 22:15 23:12, 19,20,23 25:8,16 26:4, 23 28:5 29:13,21 31:25 32:2 33:7 35:15,24 36:6 42:10 43:4,11 44:2 47:9 48:21 50:12 54:4 62:1 63:4,6 64:24 65:10, 15,17 66:11 70:18,22,25 71:16,23 72:23 76:6 78:12 79:21 80:18 81:4 84:24 90:17 93:10 94:16, 21 100:1 101:24 102:25 103:12,23 113:22 117:25 118:1,4 122:17,18 124:14 126:6, 10 128:3,10 129:1,5,13 131:6,20 136:20
**knowing** 98:12
**knowledge** 39:23 95:18 97:6 106:22, 24
**known** 131:21

**L**

**lack** 50:11
**lacked** 105:8, 11
**ladder** 48:9
**language** 28:20 107:16 108:18 124:14,18
**large** 56:25
**larger** 138:18
**last** 6:12 14:19 15:6 29:25 43:19 71:14 82:5 83:3 94:3 127:9 132:9
**later** 6:23 74:21 82:13 122:2 126:12
**lawsuit** 70:2, 4,9 109:3,15, 25
**lead** 116:14
**leadership** 7:20,21 59:9 112:6,9 134:17
**leading** 75:11
**learn** 16:9 38:9 39:11,14 40:23 41:6,10 73:14,18
**learned** 39:4 67:1 68:7
**learners** 139:24
**learning** 38:15 42:8
**lease** 87:6,7
**least** 50:21 101:24 126:14
**leave** 37:3 42:24 43:1 126:22 134:5 143:14,15
**leaves** 142:25
**leaving** 19:13 28:10
**led** 57:10 116:17
**left** 14:2 66:12 69:21 92:14,16 124:15,20
**legal** 125:1
**Legally** 34:2
**Lemieux** 72:15,16 73:14 74:7,23
**Lenz** 22:21, 22,25 23:8, 10,11 24:2,7, 14,16 26:1 95:4 117:1 120:20 121:21
**less** 29:2,10 88:20 124:24 125:3 131:18
**let** 4:20,21 5:7 6:19,25 10:5 15:3 16:19 18:1 20:18,25 21:4 23:2,10,21 24:7 25:8 29:4 30:16 38:1 39:8 40:19 45:20 47:20 48:7 50:20 61:25 63:15 65:22 66:4 68:4 70:6 71:14,23 75:10 76:8,19 77:9 78:24 86:23 94:20 96:17 106:10 117:25 136:20,21 137:1 143:15
**let's** 5:25 17:15 20:15, 25 23:13 26:8,23 28:12,15 30:4 31:20 33:4,10 34:7 35:23 36:7 38:9 39:11 49:3 54:1,11,12 58:13 64:8 66:17 72:6 77:18 82:4 86:15 90:1 100:14 110:10 121:17 124:17 129:14 138:20 140:13 141:4
**letter** 61:14, 17 62:7,13 78:2,3,20
**letters** 91:6
**letting** 103:23
**level** 102:19 140:5
**levels** 9:24
**liability** 85:23 86:5, 19,25 87:10 88:12 89:1
**liberty** 32:19
**lie** 131:24
**lied** 132:5

**lies** 131:22, 23
**lifelong** 139:24
**light** 121:9
**like** 15:1 18:15,19 24:11 31:3 33:16 35:12 37:7 55:22 60:3 79:20 93:8 100:17 112:6 122:20 123:22 125:15 130:6,9 132:14 139:8 141:10,21
**liked** 101:25
**line** 138:4,5, 9
**list** 30:1 45:23 47:22 65:23 66:4 68:8,11
**listed** 68:6 92:10,25 114:3
**listen** 18:11
**listened** 104:12
**little** 15:8 17:15 37:1 58:19 89:5 100:7 125:2 136:15
**livelihood** 73:3
**lively** 106:14 116:19
**lives** 128:11
**long** 9:13 10:16,20 11:3 12:11,19 57:22 85:5 92:18 112:10
**longer** 43:2 69:14 127:8 137:3,7
**look** 16:8 19:2 45:3 57:6 59:10 74:3 89:18 90:1 114:4,6, 7 121:17 123:5 128:14 130:12 138:20,21 140:13 141:4
**looked** 24:12, 17 66:13 123:9 130:6
**looking** 15:21 22:16 23:4 29:6 114:10, 13 127:4 139:13,20
**looks** 55:22
**losing** 133:15
**lot** 32:18 93:8 110:24 118:20 119:6 128:3 132:13 136:16,17
**loud** 82:17
**lounge** 73:3
**loved** 19:1
**lovely** 5:11
**Lower** 34:17, 19,23 51:22, 24 52:1,5 65:21,24
**lying** 131:24, 25

**M**

**M-A-R-I-K-A** 26:5
**ma'am** 103:14
**mad** 103:10
**made** 11:15 16:22 58:5 63:16 64:10 71:10 74:1 77:1 80:2,20 95:14 126:14 128:24 138:14
**magistrate** 66:22 67:17
**maintained** 72:25
**majority** 96:13
**make** 13:10 18:13,15 20:20 21:24 30:12,17 31:4,17 37:1 41:24 43:20 52:7 73:23 74:12 80:4,8 85:19 97:11 99:21 102:25 103:12 112:1 114:14 122:6 136:2
**makes** 46:6 114:2
**making** 12:25 32:20 60:7,9 67:11 84:9 86:17 100:25 117:8 134:14
**man** 56:24
**managed** 14:7
**manager** 22:23 117:2,7 127:20
**mandatory** 133:2
**manner** 55:9 57:2 123:16
**many** 101:23 110:7 119:14
**marathon** 5:10
**March** 42:20, 21 43:7 54:16 133:20 134:5
**Marika** 26:3, 4,11,15 66:13 69:13,17 70:20 95:10 97:17
**marked** 44:22 47:20 53:14, 16 56:4,6 58:15,17 59:16,18 61:7,9 72:9, 11,13 77:5 84:19 89:11, 14 128:15
**marking** 55:21,23
**Marshall** 44:19 127:23
**MARTHA** 4:8
**Martin** 34:5 104:14
**Marybeth** 22:21,22,24 23:8,10,11 24:2,7,14,16 26:1 95:4 117:1 120:20 121:21
**masculine** 129:12
**Masters** 7:18 10:1,3,6,7 50:13 112:18
**match** 14:8
**math** 43:23 72:18
**matter** 16:20
**matters** 93:11
**may** 13:24 14:22 18:10 43:20 54:16 56:21 63:7 71:11,13,14 90:9,14 91:4, 7,10,13 133:13
**maybe** 6:7 18:4 35:19 94:9 139:11
**Mayville** 20:4 22:3 23:5,7 24:6 25:2,3,5 26:16 27:23,

24 28:23,24 31:14,20 32:14 34:6 35:7,22 36:25 68:16 94:1 97:2 100:12 101:9 102:3 106:2,8,20 107:1,7,11 116:22 121:18 124:13 136:15
**Mayville's** 29:22
**me** 4:20,22 5:7,21,23 6:3,10,19,25 7:15 10:5,18 12:21 14:22, 25 15:3,4 16:8,11,13, 14,22 17:1,3, 5,25 18:1,7, 13,16 19:5, 13,19 23:2, 10,21 25:8 29:4 30:16 31:14 35:18 37:2,10 38:1, 15 39:8,16 40:19 42:4,7, 24 45:20 47:20 48:7,18 50:3,20 51:12 53:17 55:3 56:1 61:25 62:3,10 63:15 65:23 66:4 68:4 72:2 73:19 74:4 76:19 77:9 78:19,24 81:20 82:13 83:1,15 84:7 87:4,14 92:10 93:19 94:12 99:11 103:7, 11 104:22 110:20 117:25 121:24 122:4 131:8 136:16, 21 137:1 138:1 139:5, 16,18,25 141:9 142:12 143:12
**mean** 5:4 11:20 17:24 24:18,21 34:15 35:11, 13,16 37:6 54:9 85:13 103:8 107:4 125:10 131:23 133:11 139:9 142:17
**meaning** 24:9
**means** 5:2 65:5 133:12
**meant** 22:8 82:16 125:18 138:1
**medications** 5:17
**meet** 12:25 13:1,3 16:11 39:25 47:13 86:25 87:12, 13,15 97:6 123:16 142:4
**meet all** 84:10
**meeting** 13:4 16:17 31:16 33:5,19 36:13 38:13,14 39:1,6,13,25 42:14 55:11 60:5 78:9,12 80:23 81:6, 10,11 133:10 142:22,23 143:1
**meetings** 13:3,8,9 32:23 33:1,23 34:1,4
**member** 17:12, 13,14 22:20 24:17,18,21 25:4 26:14 27:15,21 28:21 32:2,11 68:7,13 73:19 76:24 97:11, 24 98:12,20 102:17 103:10 104:6 105:15 130:4 135:17, 24 136:9 142:17
**member's** 98:2 135:3,4,18
**members** 16:11 17:8,9 18:2 20:4,18 21:1, 3 23:3 30:2, 13 33:11,23 38:20 39:16 68:18,21 69:4 70:15 73:2 98:13 104:10 135:8,9 143:1
**members'** 45:24
**menial** 55:7
**mentioned** 17:8,16 20:17 32:22 37:4 66:12 92:2 101:14 105:10 106:25 115:17 126:22 136:14
**merely** 133:1
**merged** 42:5
**merit** 76:22, 23
**message** 77:23 78:17,19,22, 25 92:14,15 130:15 131:2 143:5
**messages** 77:6,11 79:16 82:6,10
**Messenger** 77:11
**met** 5:21 11:23,24 39:10 43:24 134:2
**met all** 60:2
**method** 118:24
**methods** 29:11 107:2,6 108:22,24
**Middle** 28:20 29:2 32:5,6 44:11 45:9 47:13,14 48:3 49:18 50:24 107:16 108:12,15,18 137:4,5 140:19 141:11
**might** 35:2,5, 8 36:9 79:23 106:18 111:21 112:13 136:8, 11,20 137:4, 8,13 144:2
**mind** 72:7 135:12
**mine** 77:8
**minute** 92:22
**minutes** 17:5 33:19 38:14, 24 39:4,9 92:20 93:9 143:12
**mislead** 67:14
**miss** 144:3
**missed** 83:24
**missing** 74:15 120:13
**mission** 60:8
**misspeak** 144:3
**misstate** 67:3,13
**misstates** 61:23 66:2,7,

20
**moment** 106:6
**money** 120:15
**money-making** 125:16
**monitoring** 121:3
**month** 132:9
**monthly** 13:1, 2
**months** 6:8 18:25 19:3 92:4 106:12 112:14 122:2
**more** 12:3,10 22:10 26:20 29:2 35:20 59:4 60:6,17 76:13 88:12 99:12 102:6 104:14 106:13 110:24 116:19 120:3 123:19 125:15
**Moreover** 60:13
**morning** 72:22 79:25
**mortgage** 87:1 88:9
**mortgages** 88:10
**most** 31:21 36:9 123:23 136:15
**mostly** 36:25
**move** 8:22 12:16 18:16 19:24 28:15 59:9 114:22
**moved** 8:12,24 10:18 80:15 125:5
**moving** 80:12
**Mr** 4:12 6:18 7:4 10:4 12:7 15:20,25 16:5 19:24 22:14 23:1,6,25 24:4,10,24 25:22 30:15, 19,23 31:2,8, 12 32:1,12,17 33:6,20,25 35:14,17 36:14,18,21 37:14,25 38:4,17 39:2, 3,7 40:4,6, 13,17,24 41:8,18,23 42:1,6 43:9 45:8,19,22 46:5,10,14,23 47:2,4 48:6, 10,16,18,21 49:1,8,14 50:9 51:2,7, 15 52:2,6 55:21,25 61:6,23 62:2, 15 63:18,22 64:14,23 65:3,9,14 66:2,7,19 67:2,8,13,18, 21 68:4,20 69:1,22 70:1, 11,16 71:19, 25 72:4,6 74:18 75:7, 14,22,25 76:4,17 77:3 81:19 83:8, 11,12,14,21, 23 84:22 85:2,3,5,9, 12,15 86:9 87:25 88:16 89:2,4,5,10 92:3,8,12,18 93:4,5,7,11, 15 94:23 95:25 96:4, 10,16 99:13, 23 100:4 105:18 108:9 116:7,13 118:25 119:9 120:5,18 121:1 128:8 134:20 143:18,20,22, 24 144:7,10, 12
**Mrs** 55:1,4,8, 10,14 56:23, 24 57:3 58:25 59:1,7,11 60:2,6,9,16, 22 103:21 130:2,3,6 141:10
**Ms** 19:16 22:13 26:24 38:21 39:25 40:2,5,8,12, 15,20 41:4,11 42:3,5,17 44:2,5,8,13, 15 47:10,21, 24 48:1,8,24 50:11,20 51:5,13 52:22 53:6,10 55:18 57:9,10,17,20 58:6,20 59:20 60:25 61:3,15 62:18 63:1 64:13,16 70:8 73:14 74:23 81:1 83:4,7, 17,19 88:21 90:9 101:17, 20 104:18 105:8,11 107:10,11 140:1,17 142:10 143:10
**much** 14:9 36:23 113:2, 20,22 114:16 124:14
**multiple** 18:2
**music** 27:20 28:2 98:24 101:13,16 102:8 104:23 105:13 137:8, 9
**musical** 101:20
**must** 72:24 78:1 94:15 95:1,4,7,10 96:21 130:18 133:5
**my** 4:20 5:7 9:4 10:7,11 11:18,22 12:2 14:4,8,11 15:1 16:19, 23,25 18:1,9, 21 34:11,12, 16 36:23,24 38:19,20 42:12 47:4 48:19 51:23 52:8 55:2,3 56:23,24 60:7 62:4 67:9,20 72:14 73:1 74:25 75:5 78:1,18,20 79:4 80:16,23 81:22 83:12 88:4 94:7 100:6 102:12 103:13,22 106:24 110:1, 19 111:5,13, 25 112:1,5,8, 9,11 115:6 124:9,22 125:2 131:4 134:13 136:17,19
**myself** 5:14 6:20 22:3 39:8 40:19 56:19 66:4

**N**

**name** 24:21,22 25:1 31:21 38:7 94:3 127:9 128:20 138:8
**named** 12:18 90:16,17,23 91:1 109:8
**namely** 70:19
**names** 130:1
**Nancy** 27:17, 18,22,25 28:5,7,13,15 66:14 69:13, 17 70:20 96:21 97:1,7 98:16 101:10, 15 102:4 105:16 106:6, 8
**National** 47:16
**nature** 51:17
**nearly** 55:2
**necessarily** 71:21 139:22
**necessary** 26:19
**need** 5:10 14:24 16:7,20 18:17,20 27:21 34:11 73:6 83:14 94:11 102:24, 25 105:16 116:10,18 123:19 124:9 143:14 144:6
**needed** 20:21 47:18,19 74:1 94:7 102:5 106:10,11,13 117:14 122:10 140:4 143:9
**needs** 13:5,6 50:17,18 76:8 84:13 123:17
**negative** 53:3,6,11 88:25 89:3 139:22 140:22 141:14
**negatively** 73:11
**never** 16:19 39:10 98:22 104:3 105:10 136:5
**new** 19:12 20:8,12 33:8 38:22 102:8 113:6 125:9, 10,18 126:23 134:17 141:2
**news** 11:25 20:5
**next** 10:19 11:12 13:13 15:1 16:15 20:3,19,20 22:19 24:17 26:2 27:15 28:15,16 39:17 78:19 79:25 82:19 89:19 133:8, 12
**nickname** 80:2,4,8,20 128:17,24 129:2
**nicknames** 129:17,20,23
**night** 17:4
**nine** 112:14
**no** 5:19,22,24 6:2,11 7:5,14 8:10,20 16:1 18:14 24:1,15 25:10,19 26:22,25 27:10,14 28:4 29:24 30:24 35:25 36:15 38:5 39:8 40:1,3,7 41:12,22 42:2 43:2 44:4,7 46:17 48:17 50:2,17 53:8, 13 55:20 57:18 58:1 61:1 62:20, 23,25 63:3, 11,14,19,23 64:1,4 66:24 68:10 69:2,8, 14,23 74:17 76:23 77:2,4, 8,12,14,17 78:14 79:8 80:5,21 82:1 83:9 85:6 86:10 88:5 89:4 90:6,10, 15,24 91:2,6, 8,18,21,22 92:17 93:6 95:2,5,8,12 96:1,5 97:9 99:1,6 101:19 103:4 104:2,8 105:19 106:5, 21 108:20 109:1,10 112:1 115:1 116:25 120:14 121:21 125:4, 20,24 126:5, 19 127:8 129:3,16,19, 22 130:25 132:2,7 134:7 135:1,14 136:9 137:3,7 138:19 140:8 141:1,20 142:16 143:15
**nobody** 34:2 116:9
**non-tuition** 120:9,17
**normal** 38:25 48:22
**North** 9:12,15
**nos** 5:2
**not** 5:10 8:6, 9 14:18 17:14 18:5,8,9,10 19:2,17 20:6, 11 29:7 30:2 32:6 33:15 35:2,6,8 36:9,12 37:8 42:9 46:12 47:2,4,23 48:22 51:5 56:9 60:19 62:3 63:9,25 64:2,5,20,21 65:1,2,8,11, 12,15,17 66:10 67:21 69:25 70:8 71:18 73:11 74:15 76:22, 25 82:25 86:25 87:12, 13,14,15,17 88:24 91:5, 11,14 94:21 95:20,24 96:2 97:7,25 98:1, 9,15 99:1 100:2,5,20,21 101:5,15,17 102:4,13 103:11 104:9, 13,18 106:10, 15,24 107:21 111:8,11 115:1 116:3, 12 123:11,14 124:5 126:20 127:2 130:23 133:7,9,16 135:3,17 136:8,12,18, 20 137:4,8,

12,13,15 138:14 139:22 140:6 143:20
**note** 57:8 144:2
**noted** 6:21
**notes** 19:21 93:7
**nothing** 4:4 7:8 90:21
**notice** 15:16
**Notwithstanding** 6:22 33:22
**Nova** 47:14 112:17
**November** 82:7
**now** 9:18 42:8 44:20 48:12 51:23 56:6 65:16 77:18 82:15 84:13 101:14 105:15 108:11 114:8 115:8 124:22 127:23 138:4
**number** 56:7 110:10 111:21
**numbered** 139:1

**O**

**object** 6:18, 21 10:4 12:7 15:20,25 22:14 23:6,25 24:4,10,24 25:22 30:15, 19,23 31:2,8 32:1,12,17 33:6,20 35:14 36:14,21 37:14,25 38:17 39:2,7 40:4,13,17 41:8,18,23 42:1 43:9 45:8,19 46:5, 10,14,23 47:2 48:6,10,16 49:8,14 50:9 51:2,7,15 52:2,6 61:6, 23 62:2 66:19 76:4 87:25 105:18
**objection** 6:21,23 7:4 16:5 23:1 31:12 33:25 35:17 36:18 38:4 40:6 42:6 45:22 49:1 62:15 63:18,22 64:14,23 65:3,9,14 66:2,7 67:2 68:20 69:1,22 70:1,11,16 74:18 75:7, 14,22,25 76:17 77:3 81:19 83:8, 11,21 86:9 88:16 89:2 94:23
**objections** 48:19 67:10, 11
**obligation** 142:4
**observations** 13:2 54:10
**observe** 117:21
**obtain** 10:2,9
**obtained** 9:25 12:3 55:10
**obviously** 77:20
**occasion** 6:4 114:4 132:6
**occasionally** 6:20 116:3
**occur** 6:6 45:18 54:18
**occurred** 7:10 43:5 74:16
**occurring** 118:10 121:7
**October** 6:14 14:8 17:16 34:10 36:23 86:16 136:18
**of** 7:10 9:24 11:9,14,16 12:4,11,14, 17,18,19,21, 22,23 13:5,8, 17,19,24 14:11,15 15:6,16 16:25 17:11,12,13, 18 18:1,18 19:3,6,7,11, 12,13 20:1,3, 8,17,18,22 21:1,7,8,23, 25 22:7,24 23:3,8 24:8, 18,21 25:6,9 26:10,14,16 27:22,24 28:9,12 30:20 31:16,17,24 32:16,18,22, 23 33:11,15, 18,19,23 34:8,11,14, 16,17,19,20, 21,22,23 35:24 37:4, 13,15 38:7, 12,15,16,18, 25 39:5,24 41:2,4,10 42:3,8,10,21, 23,24 43:2,4, 8,19 44:11,22 45:4,9,11,12, 23 46:6,11, 18,19 47:10, 17,22 48:3,13 49:10,11,16, 20,22,24 50:22 51:4, 17,20,21,22 52:15,21 53:5,9,10 54:1,7,17 55:3,4,12,15 56:7,10,20 57:4,9,11,13, 14,17,25 58:3,6,9,20 59:1,3,5,8,19 60:2,12,22,23 61:3,14,16, 17,18,20,22 62:1,4,7 64:12,18,22 65:2,8,12,15, 17,21,23,24 66:5,6,16,18, 25 68:2,6,8, 11,17,19,21, 25 69:3,7,9, 21 70:6,25 71:2,13,14,22 72:20 73:2,3, 8,11,12,23 74:2,13 75:10 76:1 77:6,10, 15,19 78:15 79:4,22 80:11,22 82:5,9 83:6, 16,20 84:2,5, 8,11,15,17,24 85:22,23 86:8,17 87:7, 19,20,22,23, 24 88:17,21, 23 89:7,18 90:2,8 91:6, 12,13,16,19 92:4 93:7,9, 20 95:12,13, 19,24 96:8,17 97:11,12,15, 16,17,24,25 98:5,11 99:2,

10,11,19,20 100:1,7,8,24 101:5,17,24 102:12,15 103:10 105:1, 5,7,13,16,21 106:11,12 107:10 108:11 110:24 111:21 112:2,6,7 113:5,11,15, 23 114:13,21 115:1,2,7,18 116:10 117:8, 10 118:6,10, 17,20 119:4, 6,7,11,21 120:7 121:19, 24 122:10,13, 14,17,24 123:7,9,23 124:16,17,25 125:10,14,19, 21,23 126:1, 7,15 127:12, 24 128:3 130:5,19 131:25 132:9, 13,18 133:3, 14,20 134:6 135:4,21,24 136:5,16,17, 20,21,24,25 137:5,23 138:10 139:1, 8 140:1,18,24 141:15 142:10,18,23, 25 143:12,25

**off** 16:11 17:1 51:4 56:18 72:15 83:23 115:15, 16 132:3 142:7

**offered** 20:5

**office** 21:7 22:1 38:20 78:11 80:16

**offices** 13:9

**often** 21:10 31:10 52:24

**oh** 111:13 126:8 139:16

**Okay** 5:4,13 20:24 78:20, 24 80:14 82:18,20 109:21 110:16 138:24 143:12

**okays** 5:2

**old** 21:12 23:10 28:7 29:12 105:17 107:5

**old-fashioned** 107:5

**older** 125:23

**on** 5:4,16 6:3,23 7:9 13:1 14:7,8, 21 16:24 17:16 18:16 19:12,13 20:2,14 28:15 29:25 31:4 32:16 36:11, 22 37:23 38:2 42:3,22 43:2 45:3,12 46:18 47:23 54:15 55:21,23 56:18 57:5 58:8 59:4 62:4,18 69:7 70:14 71:9 72:7,20 73:21 74:2,9 75:18 77:18,22 78:5,6,15,19 79:18 82:4,7, 11,19 83:6 86:25 88:25 89:18 90:12 91:12 92:15 93:1,9,24 95:19 97:11, 21 98:18,22 99:16 100:2,8 101:9 102:18 103:24 104:13 105:23 106:6 107:20,21 111:6 112:2 114:4,5 119:23 120:7 122:8 124:3, 16,22 125:21 128:21 130:4 131:2 132:5 133:9 134:8 136:16 137:12 138:4,9,25 139:11 140:21 141:5,8,13 142:14 144:4

**on-going** 106:9

**once** 42:3 140:20 141:11,12

**one** 6:3 9:14 10:18 20:3,22 23:3 31:21 48:18 55:23, 24 56:1,2 66:10 75:23 84:22 85:22 87:7 97:24 98:2,19 99:25 100:2,5,8 106:6 109:5 111:21 112:6 113:18 118:23 119:17 121:19 123:14,18 126:24 128:25 130:8 135:4 139:14

**one-time** 94:11

**ones** 13:19 77:19 101:1 123:23

**only** 12:14 36:16 37:23 39:4 65:17 69:3 71:10 73:11 85:13 105:14 115:3 123:11

**open** 34:1 41:20

**operating** 118:3

**operational** 133:20

**operations** 12:23 42:10 59:3

**opinion** 97:25 98:2

**opposing** 5:8 6:20

**options** 119:11

**or** 5:7 6:20 7:1 9:6 12:5 14:15,16 15:6 16:3,25 19:18,20,21 24:7 28:10 32:16 33:18 46:12 50:21 53:11 54:9 55:7 56:25 62:9 63:9,24 64:7 66:21 67:16 68:16 70:9 71:14 76:24 84:3 86:1,3 88:6, 20,24,25 90:5,8,11 91:6,16,17,25 94:18,20 95:15,20,24 96:5 97:3,7 98:15 99:3 100:19 104:6 105:21 107:1, 3,11,12 109:2,14,25 111:9 114:21 115:9 116:9 118:8 119:2,

12 122:3,11, 20 129:17,20, 23 133:2 135:3,17,23 136:12 138:5 142:10 143:8
**order** 72:25 111:22
**Ordered** 144:9
**organizational** 51:17
**organized** 60:19
**oriented** 18:19 20:22
**original** 5:24
**originally** 81:7 111:25
**Otero** 34:24 36:8,20 38:21 66:12 69:13, 17 70:20 73:5
**other** 15:19 35:3 36:11 51:5 55:19 58:2 64:20,25 65:7,11 68:18,21 69:19,20 70:6,10 93:3, 4 98:12 100:14 101:9 104:6,10 106:19 109:24 111:7 117:12 120:12 126:24 129:20,23 131:18 135:15 136:10 137:16 143:9
**others** 99:12 143:19
**ought** 95:20 99:4 100:16 101:1
**our** 19:21 20:8 55:15 60:9,12,18 86:25 87:9 99:22
**ourselves** 139:23
**out** 9:22 11:25 14:11 16:23 35:19 42:13 56:3 57:24 73:2 76:14 82:16, 25 84:14 86:3 97:17 108:11 115:2 118:6 119:10 121:24 125:13 127:2 140:19 141:11
**outlier** 98:2
**outside** 5:12 13:8
**outstanding** 57:6 59:11
**over** 4:19,22 6:19 10:5 19:14 21:14, 16,18,20 23:13,15,17, 19 25:11,13, 15 27:1,3,5, 7,9 29:14,16, 18,20 36:1,3, 5 42:17,25 70:24 77:15 106:11 114:2 118:4 124:8 126:23 127:1 132:13 133:20
**overall** 138:5,7
**oversee** 12:23,24 47:15 122:6 140:2
**overseeing** 13:6 42:8
**overstepping** 103:24
**overweight** 23:22 24:3 25:18 27:13 28:13 129:7, 11
**own** 80:11
**owning** 88:2

**P**

**p.m.** 144:14
**packet** 78:15
**page** 45:3,11 72:7 77:22 78:5,7,15,19 79:11 80:12, 22 82:5,9,11, 19 84:18 89:18 128:14 130:12 138:25 141:5
**pages** 80:11 93:7
**paid** 88:17 113:2,20,23 114:16 124:15,24 125:3
**Palm** 8:23,24 9:2,12,15 10:11
**paperwork** 47:17
**parent** 32:10 99:15,25 100:11,14 110:13 140:19 141:11
**parent's** 100:2
**parents** 9:4 11:25 13:3 18:7,10 20:19 37:5,8,10,13 40:21 42:12, 15 47:13 55:12 59:4,7 60:22 99:2,7, 10 112:1 125:14 140:2
**parents'** 140:22 141:13
**part** 21:25 22:7 33:18 37:4 50:22 55:15 59:8 94:13 105:7 114:13,25 131:25 140:24 141:15 142:23
**part-time** 98:17
**participate** 19:20 103:5
**participating** 19:18
**particular** 100:11 107:6 115:21 132:5
**party** 19:17
**pass** 20:14
**passed** 112:10
**passing** 19:21
**passion** 104:24
**past** 126:25 132:13 142:13
**path** 85:10
**pathway** 133:15
**Paul** 74:24,25 75:4,6 127:16
**Paulos** 75:6
**Pause** 83:25
**pay** 15:7 43:3 88:9 124:19, 22
**paying** 120:3
**payment** 79:7
**payments** 117:9,10
**peace** 76:13 126:23
**peers** 55:13
**pen** 55:22
**Pennsylvania** 8:4,6,9,19,21

10:8
**people** 30:4 64:25 65:7, 11,24 66:1,5, 6,16 87:16 93:10 94:20 100:8 101:6 111:22 112:6 116:2,5 121:17 124:10 128:3,6,12,21 144:3
**perceive** 125:13
**percent** 92:4 131:19
**perception** 142:3
**perceptions** 140:23 141:14
**Perfect** 5:6
**perform** 8:12 13:1 15:24 48:14 52:14 54:8 58:10
**performance** 46:7,11 52:21,24 53:3,6,11,12, 23 54:5,8,18, 22 56:7,11,12 57:12 58:20 60:24 61:2 62:19 135:4, 16 136:6
**performances** 34:13
**performed** 47:10 62:22
**performing** 15:22 34:17 48:4 141:19
**period** 54:7
**permitted** 102:21
**person** 18:9 22:1,7 26:2 28:15,16 29:25 31:21 36:10 46:1 57:24 58:6 63:16 64:2,7, 8 71:6 76:24 90:16 94:15 98:18 120:23 123:12,13 126:24 127:3 128:1,12 134:24
**personal** 32:21
**personality** 18:9 22:11
**personally** 121:9
**persons** 34:3, 9 58:2 64:20 68:6
**pertaining** 93:12
**philosophy** 14:8
**phone** 5:24 6:5 42:13 92:9,11,13, 15,23
**physical** 25:17 28:12
**physically** 23:24 25:20 27:11 63:16
**picked** 60:20
**piece** 84:15
**pieces** 84:17
**place** 18:4,8 20:13,19 37:5 52:12
**placement** 70:24
**plaintiff** 109:2,14,21, 25
**plaintiff's** 53:14 56:4 58:15,18 59:16,19 61:7,10 72:9, 11 89:11
**plan** 60:17 62:19
**play** 46:8,12 101:20
**playing** 32:10
**please** 4:19 5:1,7 18:24 51:16 67:24 68:1 75:13 82:13 83:13 109:12
**pleased** 20:13
**plus** 65:24
**point** 5:6 8:5,11 9:5 10:2 12:16 14:6 33:17 38:6 40:23 42:16 43:21 44:12,15 62:17 84:1 132:20,23
**pointing** 56:2
**policy** 98:5
**pony** 77:25
**portion** 68:2
**posited** 86:3
**position** 8:8, 9,12,14,15,17 9:20 10:23 11:9,12 12:17 13:16 15:15, 17 19:14 22:17,22 26:9,11,21 27:18 28:18 41:16,20 45:6,13 46:1, 3,25 48:25 51:9 54:4 57:19,20 58:7 82:23 86:6 88:11,24 94:10 114:11, 22 116:21,24 122:12 123:1, 7 126:6,8,11 142:10 143:10
**positions** 8:18 48:2 51:5,25 62:11,12,13 119:17,20 124:10
**positive** 53:3,4 72:24 73:24 88:25 134:13,16 140:22 141:14
**possession** 90:5,11 91:16,25
**possibly** 14:6 22:18 35:18
**posted** 59:6
**potentially** 97:17
**Poulos** 75:4 127:16
**Powell** 26:3, 6,7,11,15 66:14 69:13, 17 70:20 95:10 97:17
**Powell's** 26:24
**power** 75:18
**practice** 108:8
**practices** 139:11
**pre-date** 64:12
**prefer** 82:17
**preference** 95:16,17
**premises** 88:2
**preparation** 77:9 84:9
**prepare** 7:6
**prepared** 91:3,4

**present** 33:2, 15 34:3 37:18 38:20 40:8, 12,15,20 63:10 86:7 90:4,9 103:3
**presentation** 14:25 15:10 60:15
**presented** 86:11
**pressure** 136:16,18
**presume** 99:19
**presuming** 96:7 99:10 113:16
**pretty** 118:17 132:19
**prevent** 5:17
**prevention** 9:10
**previous** 46:2 48:5 62:5
**previously** 9:24 32:22 44:21 47:20 65:16,23 68:6,8,11 69:16 74:9 77:5
**pricing** 75:18
**Prince** 130:19
**Principally** 118:23
**printed** 84:14
**prior** 5:20 6:1,3 38:24 39:13,24 44:2,15 48:4 51:12,18 57:17 65:22 81:6 86:24 87:11,20 94:7,19 118:2 132:17 136:1
**priority** 118:18
**private** 50:7 87:18
**proactive** 18:9 66:13 112:7
**probably** 34:10 73:6,17 74:20 79:20 81:2 84:16,24 86:16 99:11 120:7 123:19 124:21 137:15 141:20 142:1
**probation** 133:9,11
**problem** 71:21 85:6
**procedures** 4:17
**proceedings** 4:5
**process** 41:10 45:18 46:2,7 54:12 58:19 60:11 81:17 84:7,12 85:17 86:17 132:16 135:13
**produce** 89:23
**produced** 71:23 84:23
**Production** 89:19
**profession** 9:6
**professional** 35:20 139:2, 7,13,17,19,25 140:14 141:7, 9,22
**program** 26:17 95:12,14,20, 24 96:15 97:16 101:13 137:4,8
**progress** 48:9 140:21 141:13
**prohibits** 14:15
**project** 60:13
**promote** 57:10
**promoted** 57:13
**promoting** 57:9
**promotion** 57:16
**pronoun** 22:2
**property** 87:24
**proud** 112:1
**provide** 50:22,25 74:4,22 138:18
**provided** 33:13 39:18, 20 53:16,21 54:5 65:23 66:4
**provides** 134:21
**providing** 50:25 134:17
**public** 11:1, 4,10,23 12:5 34:1 112:24 114:1
**purchase** 87:9
**purchased** 87:2
**purchasing** 88:8
**purge** 125:22
**purpose** 71:22 84:5
**pushing** 31:22,25
**put** 18:7 20:16,19 22:16 37:5 45:23 62:18 86:3 98:16 133:9
**putting** 71:21 72:7 97:17

**Q**

**qualifications** 122:11
**qualified** 48:24 49:3,6, 12,18,21,25 50:19,25 51:6,8 123:1, 7
**quarter** 140:20,21 141:12
**question** 4:20 5:7 6:22,25 23:21 30:16 39:3 41:9 48:7 51:23 63:15 65:6 66:23 67:24, 25 68:1,4 76:19 77:9 78:21,23 83:12 85:16 88:1,4 109:13 125:2
**questions** 7:2 25:17 26:23 35:23 67:6,9 89:4,7 131:11 143:21
**quickly** 4:19 48:23

**R**

**race** 83:14
**raise** 103:11 120:6
**raised** 115:18
**raises** 137:15 138:2,3,18
**raising** 47:3, 4

**ran** 11:25 55:6 134:15
**range** 29:6 124:19,22
**ratio** 85:23 86:5,19,25 87:10 88:12 89:1
**reaccreditation** 133:8
**reaccredited** 84:6
**reach** 140:19 141:10
**read** 47:22 54:24 56:22 58:23 60:1 62:12 67:25 68:2 72:21 78:6,24 79:14 80:11 81:20 82:8,9,16 143:24 144:6
**real** 13:9 58:12
**really** 48:22 100:17 132:12
**reask** 30:16 76:19 77:9
**reasked** 65:17
**reason** 14:24 15:4,5 16:2, 7,21 23:9 26:18 65:20 66:11 79:20 114:13 131:17 132:4
**reasoning** 17:20
**reasons** 137:11
**recall** 6:7 14:18 33:21, 22 41:1,19 43:6,13 62:9 63:9 73:15,19 74:21 78:4 83:4 88:5,7 89:15 91:5,8, 11,14 92:5 94:24 99:1 104:5 105:25 111:8,11 113:7 118:4,7 122:18,22,23 124:21,22 126:9 128:25 131:11,13,16 135:5 137:24
**recasting** 67:7
**receive** 10:5 71:12 79:6 94:2 96:20 105:23 106:1, 3,7 112:15,18
**received** 10:7 12:10 53:11 84:21 86:12, 14 89:15 92:9 93:12,16 94:14 112:5 117:9 118:6 142:20
**recently** 110:19
**recess** 58:14 89:8 143:17
**recognize** 61:10
**recollection** 7:9 53:5
**recommendation** 32:15 61:14, 17 62:8,13 91:6 133:4,7
**recommendations** 32:10 85:19,22 86:18,21 133:1,3 138:14
**recommending** 138:18
**record** 5:4 6:21 54:24 68:2 80:12 83:23 115:15, 16 132:3
**recordings** 91:15,19
**recruit** 13:10
**reduce** 118:21
**refer** 80:1 128:21
**reference** 129:2,4,21,24 130:16,23
**referenced** 125:9 142:6
**references** 89:22 132:25
**referred** 78:12
**referring** 19:11 50:17 78:3 107:7 124:11
**refers** 80:18
**reflect** 46:25
**reflected** 62:12 68:24 69:3
**refuse** 103:2
**regarding** 29:23 36:20 93:16 115:22
**regards** 131:12
**Regina** 6:12, 13 34:20,22 35:1,5,24 36:20 38:21 40:15 43:11 44:2,5,8,15, 23 45:5,7 46:21 47:10 48:1,24 50:11,20 52:10,22 53:6,10 54:3, 25 55:1,4,8, 10,14,18 56:17,19,24 57:9,10,17,20 58:6,20 59:1, 7,11,20 60:2, 6,9,22,25 61:3,15 62:18 63:1 64:16 70:8,23 73:5 81:1 83:4,7, 17,19 88:21 90:4,9,13,23 91:1,4,9,13 92:9,24 124:4,24 125:25 134:24 140:1,17 141:10 142:10
**Regina's** 44:13 47:21, 24 48:8 57:3 58:25 60:16 143:10
**regulations** 30:10 50:6
**rehired** 136:9
**rehiring** 136:4
**relation** 90:19
**relations** 11:2,4,11,12, 23 12:5 112:24
**relationship** 76:12 104:15
**relationships** 42:11 60:22
**relay** 80:25
**relayed** 66:15
**relying** 7:9
**remain** 57:19
**remainder** 14:11
**remaining** 40:11
**remarks** 73:9 74:8
**remedy** 121:8

**remember** 6:8 18:12 80:9 133:21
**remembered** 74:20
**remove** 96:2
**removed** 95:21 133:13
**renew** 63:25 64:2,5 135:3, 17 136:12,19, 25 137:4,9
**renewal** 45:17 135:13 137:23
**renewed** 64:21 65:1,12 76:25 83:10,16 94:21 137:14
**renews** 100:6
**rent** 87:8 88:8,12
**renting** 87:1 88:2
**reorganization** 17:25
**repeat** 6:25 75:13 109:12
**rephrase** 68:4
**replace** 23:4 24:13 55:23 70:18,22 106:13,15 116:10,15
**replaced** 37:16 127:13
**replacement** 39:17
**report** 84:12, 18,20 85:16 86:12,14 87:15,22 103:19,25 104:9 132:25 134:8
**reported** 44:16,18 104:3
**reporter** 4:3 68:3 144:1,9, 11
**represent** 98:5
**represents** 139:6
**reputation** 13:11 73:12
**required** 50:7
**research** 108:10
**resignation** 18:22 19:25
**resigning** 17:17
**respect** 55:12 90:13 99:5 115:19 123:22 130:24
**respected** 101:25
**responding** 78:23
**responds** 78:10
**response** 72:2 77:25
**responsibilities** 13:18,20 35:3 42:4,13 55:9,11 70:25 117:13
**responsibility** 12:10 37:12 52:11 58:8 100:25 117:23
**responsible** 117:16 120:20,24 121:3
**responsive** 91:24
**rest** 42:24 43:2 97:25
**restate** 48:7 51:16 53:25 67:24
**restructure** 124:9
**result** 24:8
**resume** 67:22 126:9
**retained** 101:2
**rethink** 34:11,14 94:7
**retired** 66:14
**returning** 92:23
**revenue** 120:3,12,17
**revenues** 117:17 118:23 119:12,23 120:9,21,24
**review** 53:12 54:12 56:18, 20 59:19 60:24 77:10, 19 78:17,19 83:24
**reviewed** 54:20 56:8 91:9
**reviewing** 56:16
**reviews** 54:18 61:2
**Richard** 121:23
**rid** 21:8 22:24 23:7 24:17 25:6 26:16 27:22, 24 61:20,22 62:1,4 66:5, 6,16,18 68:17 69:21 95:11, 13,24 96:8 97:15 100:1 105:16,21 116:10 142:10
**right** 9:1 18:5,6 35:2, 6,8 43:23 56:24 71:14 76:16 85:3 88:6 96:15 97:13 104:20 105:15 118:24 119:7,8,12, 15,18,25 120:7,17,19, 25 121:8 124:1 127:24 134:22 141:5 143:16,24
**road** 133:17
**role** 12:1 31:16 32:10 42:21 44:8 50:21,25 55:10 57:25 58:2 73:22 125:6 127:7, 19
**roles** 11:17, 21 12:3 15:22 47:9 48:5,8 113:6
**room** 5:21 41:24 77:24 139:21
**Rosemary** 44:19 127:22, 23
**roughly** 92:3
**RTP0007** 78:16
**RTP0012** 79:12
**RTP006** 78:7
**RTP12** 128:15
**RTP13** 130:13
**RTP32** 131:1
**Rudolph** 38:7
**Rudy** 41:13,16 70:24 80:3
**ruin** 17:7
**rule** 6:19 127:1
**rules** 4:16 30:10 50:6 96:13

Case 9:19-cv-80913-RKA Document 42-1 Entered on FLSD Docket 07/01/2020 Page 72 of 87


**run** 42:9 99:17 100:17 118:14 125:15
**running** 59:3 122:8

S

**safe** 123:13, 16
**safety** 135:21
**said** 7:1 14:24 15:4,5, 10 16:7,13, 16,17,20 18:8,14,19, 21,22,24 19:9 20:4,12,18 22:6,19 29:4, 8 52:18 65:16 73:15 74:8,20 81:8,9 91:22 92:23,24 93:1,19 98:16 102:5 103:22 104:12 107:1 112:12,25 116:9 121:18 124:8 128:20 130:5 142:7
**salaries** 45:24 88:17 138:10
**salary** 88:14 113:10,16 114:5,10 138:8,13
**same** 7:4 11:17,21 12:1 23:9,13 25:17 31:12 35:17, 23 36:18 38:4 40:6 45:22 56:7 66:7 75:25 83:11 93:21 113:6 115:5 125:7 136:21 142:5
**sanctions** 67:19,21
**sat** 116:1
**save** 136:22
**saw** 84:24 85:5 121:25 130:4
**say** 16:25 18:24 21:22 31:19 33:10, 11 37:9,10 43:1 48:14 65:20 92:21 100:16 102:23 103:11 124:17 128:7,9,10 144:7
**saying** 4:24 14:9 18:12 65:17 73:5 95:4,7,10 99:25 130:15 136:7
**says** 56:10 78:7,9,16 79:11 80:12, 15,22 82:15 105:2 131:3, 24 139:2 141:7
**schedule** 60:14 81:7
**school** 9:17, 21 10:17 11:14,16 12:1,12,14, 17,18,19,22, 24 13:7,11, 13,14,15,16, 17,19,21,23 14:3,7,12,15, 17,20 15:1,2, 3,11,12,14, 15,17,23,24 16:4,15 17:11,18,21 18:13 19:1,3, 7,12,15 20:2, 3,8,13 26:12, 20 27:19 28:19,20 29:2 30:5,6,7,9, 12,17,20 31:17 32:3,5, 6 33:15 34:16,17,19, 20,21,22,23 35:10 37:3, 11,15 38:7, 11,16,18,23, 25 39:6,17, 21,22,24 40:9,12,16,25 41:21 42:4,9, 10,22,23 43:12,16 44:3,6,11 45:9,12,18 46:6,19,22 47:10,13,14 48:3,4,9,13, 25 49:11,16, 17,18,20,21, 22,24,25 50:7,23,24 51:6,9,14,18, 21,22 52:15 53:9,10,12 54:7,20 55:3, 4,14,16 57:4, 9,11,14,17,25 58:3,7,9 59:1,2,3,10 60:3,8,23 61:4 62:18,22 63:2 64:19,22 65:2,8,13,21, 25 69:14,21 70:5,6 71:17 72:23 73:13, 23 74:1 75:21 76:12,25 79:4,7 82:24 83:2,6,7,20 84:2,6,25 85:6,20,24 86:4,8,11 87:2,24 93:20 95:19 98:6,11 99:2,17,20 100:15,17,19, 24 101:5 102:16,24 103:12,16 106:12 107:16,18 108:13,15,19 109:6 110:14, 17,20 111:10 112:2,8,24 113:5,11,15, 20,23 114:8, 16,21 115:1, 3,7,8 116:20, 23 117:2,19 118:2,3,5,11, 13,17,21 119:10,24 120:3 122:6 123:4,5,10,21 124:15,19,25 125:10,11,19, 22 126:1,4,7, 15,18,22 127:5,7,11, 12,14,17,24 129:10 130:5 132:8,17 133:9,21 134:14,25 136:25 137:3, 4,5 138:10,11 140:1,18,19 141:11 142:25
**school's** 59:8 90:8,13 91:17,20 93:13,17 117:17 120:21,24 121:4 123:7
**School/middle** 59:1
**schools** 84:11 87:18 105:1,6 107:17 114:7 122:14

**science** 26:20
**Sconzo** 4:12 39:3 47:4 55:25 67:8,18 68:4 71:25 72:6 83:12,23 85:3,12 89:4 92:3,8,12,18 93:4,5,7,11, 15 94:23 95:25 96:4, 10,16 99:13, 23 100:4 105:18 108:9 116:7,13 118:25 119:9 120:5,18 121:1 128:8 134:20 143:20 144:10
**seamless** 134:21
**search** 19:5
**second** 9:22 10:16 33:4 43:13,24 44:5,9 48:18 49:4 56:23 72:7 78:5 83:23 84:22 100:18 115:3
**secretary** 21:7
**section** 33:8 139:1,5 140:14 141:7
**see** 18:5 36:10 55:13 83:24 89:20, 23 131:4 138:7 139:3 141:10,21
**seeing** 110:24
**seek** 15:19 57:24 67:19 120:9 127:2
**seem** 51:23 93:8
**seen** 77:6 129:8
**send** 74:4 77:13 79:3 130:15
**sending** 42:13 140:3
**sent** 11:25 14:9 15:16 17:16 78:25 126:9 131:2
**sentence** 107:13,15
**sentences** 108:4
**separate** 71:20,24 72:8
**separately** 72:2
**September** 109:19
**seriously** 103:17
**serve** 11:3 12:19 49:18, 21 50:1
**served** 17:11 50:20 89:15
**services** 44:10 48:3,4, 14 49:7,13 54:6
**session** 33:14 142:24 143:8, 9
**set** 60:2 64:25 84:10 133:3 139:2, 7,14,18,19,25 140:14,17 141:8,23,24 142:7
**setting** 123:11
**settled** 109:19
**seven** 18:2 20:18 21:1,3 23:3 30:3
**several** 73:2
**severance** 78:18 79:6,9, 22,23
**shaking** 96:16
**share** 108:6
**shared** 73:1 87:11 101:12 103:21 131:15
**she** 19:17,19, 20 20:6 21:7, 25 23:13,19 24:11,12 25:4,7,11 26:10,18,19 27:1 28:1,9, 11,13 29:1,4, 5,6,7,10 31:14,20,24 32:2,3,9,20 35:2 36:1,9, 11 37:9 38:22 39:20,23 43:12,14,15 44:18 46:21 47:1 48:4,5, 8,12,13,25 49:3,6,12,17, 21,25 50:4, 19,24,25 51:6,8,10 52:16 54:4,19 55:7,12,15 56:25 57:3 58:8,11 59:6 60:10,13,17, 20 62:7,9,21, 24 63:5,6,8 64:11,18 65:21 66:12 71:6 72:17 73:22 74:1, 12,23 79:4,14 82:23 90:19 93:2 96:16 100:5,8,19 101:16,17,25 102:4,5,20, 22,23 103:5, 7,9,10,23 104:12,19,22, 24 105:3,10, 14,17 107:2, 5,8 113:23 115:23 116:1 117:1,5,8,12, 14,16,21,25 120:22,23 121:3,7,9,10, 25 122:11,16, 18,25 123:1, 19 124:24 126:7,9,11,14 127:8,11,12 130:4,6 140:6 141:18 142:4, 6
**Sheryl** 24:19, 22,25 25:6,9, 18,23 26:2,8, 9 66:11 69:12,16 70:19 78:11 95:7 122:5 123:6
**should** 19:14 22:3 24:7 26:14 29:1 32:15 35:18 37:1 46:20,25 52:12 71:10 83:20 85:4 94:9,20 95:11,13 97:7 100:1 106:23 107:22 116:20,24 121:19 134:2 141:20 142:1, 7
**shouldn't** 98:7
**show** 47:20
**showed** 87:13
**showing** 44:21 56:6 58:17 59:18 61:9

72:13 77:5 84:19
**shown** 85:14
**sign** 15:5 79:9
**signed** 45:12 56:18
**Significantly** 88:22
**similar** 13:19 124:6
**simple** 12:6
**since** 6:10 39:4 66:14 69:21
**single** 97:10 98:12 121:19 138:8
**sit** 102:18, 21,25
**sitting** 5:20, 25 41:6 61:4 116:4
**situation** 88:13 96:14 98:16 110:19 135:24
**six** 6:7 30:2, 4 34:9 65:23 66:5,6,17 68:6,9,12 69:24 92:3 93:18,21 101:6 121:17
**sixth** 51:10, 11 108:2,3
**skills** 39:23
**skinny** 129:15
**skipping** 80:10
**slightly** 80:10
**small** 56:25 111:21 113:18
**smile** 55:9 115:23 116:2
**smiling** 116:6
**smoothly** 55:6 59:3 134:15
**so** 4:16 6:25 9:18 12:1 14:8,9 15:3 16:2,22 17:6 19:6,19 20:11 24:20 30:16 31:24 32:19 33:8 34:3,19 38:18 41:3 50:15 51:10 54:16 58:11 59:3 65:6,21 71:1 73:24 74:1,21 77:18,25 84:14,16 87:8,9,14,20, 22 88:9,11,23 91:22 93:7 94:6,8,10,15 96:5,7,12,14, 17 97:24 98:17 100:6 102:3 103:5 106:11 107:21 109:21 110:15 111:18 112:5, 7,9,14 115:4, 5,8 116:1 117:14,19 118:9,16 119:10 120:2 121:6 122:22 123:14,17 125:5 126:14, 23 127:1,13, 24 130:23 133:3,14 134:8,16 135:24 136:4, 9,17,21 138:2 139:7,10,14, 16,21,22 140:6,10 141:2,18 142:1,3,7,23
**social** 9:23 13:5 48:2,14 49:7,13 50:17,18 108:17 123:16
**Society** 47:16
**solely** 7:9 97:4
**solemnly** 4:3
**some** 17:25 20:5 24:21 38:6 43:20 70:25 81:16 94:18 99:10, 11,19 107:17 120:7 124:1 143:1
**somebody** 18:17 19:18 20:21 22:10 29:1,5 83:1 90:16,17,23 91:1 94:10 102:5 106:10, 13,16 116:4, 11,18,21,24 137:13 143:4
**somebody's** 136:12,25
**someone** 22:17 32:15 41:24 44:16 57:16
**someone's** 73:12
**something** 22:12 29:8 37:11 95:15 103:17 107:15,18 117:20 118:9, 17 122:20 126:11 134:1 140:24 141:18
**sometime** 108:11 109:20
**sometimes** 76:13 96:17 119:20 144:3
**son** 74:25 75:2
**sorry** 23:2 26:8 30:8 34:20 37:21 38:1 48:20 54:1 55:25 61:25 65:20 75:1 76:20 81:20 82:18 85:12 87:5 96:18 99:1 109:12,13 126:8,10
**sought** 65:22
**sound** 19:4
**sounds** 18:19 132:14
**sources** 120:12
**Southeastern** 112:17
**speak** 6:3 13:9 32:19 40:2 92:7,19
**speaking** 67:10,11 131:19
**specialist** 7:19 111:19 112:15
**specific** 53:5 68:7,12 70:14 101:16
**specifically** 24:22,25 29:5 31:13 50:24 73:4 85:22 121:21 136:15
**speculation** 70:12
**spell** 26:4
**spending** 118:16 121:6
**Spirou** 4:8 19:16 20:5,7 74:24,25 75:1 99:16 100:16

**spoil** 138:20
**spoke** 6:13 92:3
**spoken** 5:23 6:10 136:6
**spring** 102:15
**stability** 19:3
**staff** 18:1,2 20:18 21:1,3 22:20 23:3 24:17 27:15 30:13 31:4 32:23 33:23 36:24 40:20, 25 41:14 45:24 73:19 76:24 80:2 84:12 128:21 129:17,21,24 130:4 135:3, 9,12,18,24 136:9 137:13
**stage** 130:5
**stand** 30:2 59:14 62:13 126:8
**standard** 87:12,14 133:5,6,10,15
**standards** 12:25 84:10, 16 132:19,23
**start** 10:5 13:23 20:25 42:11 43:20 54:12 66:17 86:15 100:14 126:23
**started** 9:22 34:10 43:12, 14 71:16 115:2
**starting** 9:25 34:25 82:12 138:25
**starts** 78:16
**state** 4:20 19:7 20:1 24:13 26:14 38:18,25 39:5,24 61:3 130:5
**stated** 16:2 17:20 29:9 36:16
**statement** 38:1 43:17 55:17 84:15
**statements** 59:12
**states** 77:23
**stating** 22:6 24:20 38:21
**stay** 143:15
**stayed** 12:1 83:6
**staying** 114:14 139:11
**Steele** 71:3, 5,8,16 129:18
**step** 33:4
**stepped** 60:17 136:23
**Steve** 17:10 34:6 104:6,13
**still** 6:22 11:23,24 13:25 42:12, 23 62:13 63:1 66:9 77:23 86:7 88:8 92:15 103:23 105:4 107:13, 16 112:12 131:1
**stop** 48:4 66:21 67:9,23 87:3
**stopped** 87:1
**story** 74:20
**strategies** 50:18 119:7
**stressed** 31:16 76:13
**strike** 19:24 39:3
**string** 77:6 82:9
**strong** 32:20 60:21
**Stroudsburg** 8:4,6,8,18,21 10:8 112:19
**structure** 34:11,14 87:23
**student** 32:3, 5 44:10 50:14 54:6 120:2
**student's** 140:21 141:13
**students** 13:10 16:25 17:3,7 37:13 50:16,23,24 99:5,22 102:1 107:19 108:13,16,19 122:9 123:15, 20,22 124:1 134:22
**students'** 122:8
**studies** 9:23 108:17
**subjects** 108:15
**submitted** 91:12
**subpoena** 89:14,16 91:24
**subsequent** 32:7
**substance** 107:1 116:10
**substitutes** 47:18
**success** 59:8 60:10,16,23 61:3
**successful** 57:7 72:25 132:12
**such** 13:8 55:11 120:10 135:20 142:15
**Sue** 72:22
**sued** 110:17
**suggest** 107:12
**suggested** 34:25 35:5
**suggesting** 138:3
**suggestion** 100:3
**suggestions** 32:20 99:8,9 101:6
**suing** 110:13
**summer** 54:20
**supervisor** 44:13
**supplemental** 78:7,16 79:12 128:15 130:13 131:1
**support** 13:4 98:1 136:3
**supposed** 14:21 30:12, 17,21 115:3 121:16 138:6
**sure** 12:25 13:10 47:3 73:23 74:12 84:9 102:25 109:14 114:14,15 117:9 122:7 134:14 136:2 137:2 144:4
**surprised** 136:5,9
**survived** 78:10
**Susan** 69:17

72:15,16
**suspended** 62:24
**Suzanne** 34:24 36:8,20 38:21 66:12 69:13 70:19 73:4
**swear** 4:3
**switch** 88:1
**sworn** 4:9

**T**

**Tae-kwon** 26:13,17 95:12,14,20, 24 97:16
**take** 4:23 5:11,12 9:1 10:23 15:2 22:12 24:9 31:18 33:4 35:11 36:11 38:15 42:21, 25 58:13 67:15 89:5 90:1 98:10 101:5 103:17 112:12,13 121:17,24 126:21 128:14 138:20 140:13 141:4
**taken** 5:3 15:15,17 58:14 89:8 143:17 144:1
**taking** 19:14 58:8 125:13
**talk** 4:22 17:5 20:2 30:4,5 31:20 34:7 81:14 82:15 87:17
**talking** 20:15 47:5 50:16 86:24 98:19 100:11 104:14 105:15 135:12 136:24
**Tammy** 19:11, 13 37:17,18, 21,23 38:2, 10,16 41:7 64:9 72:19 74:4 80:19,23
**task** 55:6 56:25
**taught** 9:23 107:8,19
**teach** 51:10 104:23 108:3, 12,15,18 115:5 124:18
**teacher** 7:21 8:2,6,16 9:6, 10,22 10:17, 21,24 26:13 27:20 28:20 29:3,10 43:13,25 44:5,9 49:4 56:10 72:18 74:23 100:1, 2,18,22 101:1 102:8,18 105:3 108:25 112:6 124:17, 25 125:6 135:25 136:4
**teacher's** 73:2
**teachers** 11:23 13:1,4 16:25 31:3 42:11,14 47:14 51:22 55:12,13 59:6 60:11,14 107:20 122:10 124:14 125:14 126:21,24 127:2 137:5 139:7 140:2,3
**teachers'** 34:12 137:9
**teaching** 8:1, 9,18 28:2 29:2,11 101:16 105:8, 11 107:2,6,10 108:21,24 114:22
**team** 18:4 34:12,14 38:21 40:11 94:8 124:9 134:18
**technology** 122:7,10,15, 17 123:8
**telephone** 6:1
**tell** 4:4 25:5 35:19 37:10 56:1 62:3 66:17 76:10, 21 78:6 81:20 93:1 99:11 102:20 104:22 105:16 116:23 124:3,6 125:22 131:9, 21 138:1 139:5,25 141:9
**telling** 32:14 99:16 131:13
**tells** 131:23
**ten** 124:17
**tenure** 132:12
**term** 50:15
**terminate** 65:25 67:16 94:22 101:6 105:21 106:4, 8,20 143:10
**terminated** 24:7 28:22,25 30:1 64:17, 20,25 65:7,18 66:1 69:25 70:9 83:7 106:23
**termination** 75:12,16,21 76:16
**terms** 31:24 136:24
**Terra** 47:14
**testified** 4:10 43:15,24 93:22 94:14 104:17 110:4, 7,11 111:2,4, 6,9 113:5 117:1 121:12 133:19 135:2 137:22 142:8
**testifying** 5:18 6:15
**testimony** 7:1 61:24 66:3,8, 20 67:3,5,7, 14 92:3,5 94:19 113:8 133:22 135:6 137:24
**testing** 47:15
**than** 55:19 69:19 76:13 86:23 87:19 88:13,21 93:3 99:12 100:14 101:9 106:19 117:12 123:11 124:25 131:18 135:15 136:10 138:18
**thank** 14:9 48:23 55:20 56:2 60:24 67:12,18 83:13 99:19 103:23 112:5 115:13 132:15 143:22
**that** 5:2,8, 16,17,25 6:6, 23 7:10 8:3, 5,9,17 9:9, 11,18,25

11:6,15,20 12:3 14:2,5, 6,15,18,23 15:1,2,8,10, 11,14,17,23 16:3,9,14,16, 18 17:1,2,3, 17,20,24 18:3,4,12,17 19:1,8 20:20, 21 22:6 23:3 24:6,9,11 25:5 26:20,21 27:15 29:4,6, 25 31:5,16, 19,24 32:6,9, 14,20,22 34:5,11,15,16 35:2,3,5,11, 12,18 36:9, 11,16 37:1,2, 5,6,8,11,24 38:2,9,13,22, 24 39:9,11, 14,20,21,22, 23 40:23 41:13 42:7, 19,25 43:4, 15,16,20,23, 24,25 44:15 46:3,19,21,25 47:1,7,9,19, 23 48:5,13,25 49:12,17,25 50:3,15,21,25 51:5,6 53:2, 10,20 54:14, 18 55:5,7,15, 17,22 56:1,2, 8,25 57:19,20 58:5,19 59:3, 6 61:3,4,19, 21,22 62:1,5 64:12 65:5, 15,17,20,25 66:15,17,19 67:5,18 68:7, 18,19,21,24 69:6,20,21,24 70:3,8,14 71:7,9,11,12, 23 73:1,3,5, 11,14,16,18, 20,23,24 74:15 75:9, 13,17,24 76:3,9 77:1 78:7,17,18,25 79:11,15,19, 22 80:2,8,12, 18,20,25 81:8,21 82:4, 9 83:3,19 84:5,10,20,21 85:10,14,17 86:4,6,22,24 87:4,8,9,15 88:1,11,17, 21,23,24 89:14,20,23 90:5 91:4,5, 8,9,11,12,14, 15,24 92:3,5, 9,11,13,16, 21,24 93:2,3, 8,9,12,18 94:7,14,15, 16,17,20 95:1,11,13, 14,15,23 96:9,12,20,23 97:10,13,18, 21,25 98:5,9, 12,17,18,22 99:1,4,12,21, 24 100:6,19, 21,25 101:4, 6,14,24 102:5,11,17, 20,25 103:5, 9,11,17,21 104:4,9,17, 18,20 105:2, 3,7,8,10,16, 23 106:1,10, 12,25 107:1, 4,5,15,18 108:1,21,25 109:9,21,24 110:2,15,21, 24 111:8,11, 22,24 112:20 113:5,8,19 114:2,14 115:5,18,23, 24 116:14,17, 18,20,21,23, 24 117:2,9, 20,24 118:9, 13,17,20 119:24 120:2, 6,12,15,16,22 121:6,7,12, 18,23,25 122:7,12,19, 21 123:3,17, 23,25 124:3, 6,7,20 125:1, 22,25 126:15, 24 127:1 128:3,20,22, 24,25 129:1, 4,20,23 130:6,7,12, 15,16,21 131:2,3,4,6, 14,15 132:4, 16 133:4,6, 10,12,15,19, 21,24 134:1, 2,11,21,23 135:2,5,8,16 136:2,11,19 137:7,11,12, 16,19,22,24 138:1,3,14, 17,25 139:2, 3,5,9,14 140:6,8,10, 15,24,25 141:7,9,15,18 142:4,5,6,8, 11,12,19,20 143:4,7,25 144:2,4

**that's** 15:3 18:9,19 19:5 20:11 33:10 34:20 37:2 47:6,8 51:23 66:10 67:21 81:9 82:4 87:1,17 97:13 98:14 100:5 108:7 110:10 114:6 117:4 119:4 123:10, 25 125:1 127:1 128:15 130:23

**their** 13:2,5 16:2 18:8 31:18 34:17 59:6 64:21 65:1,11 110:14 123:16 133:13 136:6, 22 137:14 139:10

**them** 4:19 17:4,17 18:3, 8,11 32:19 37:8 45:24 48:23 54:9,19 59:14 66:25 68:5 71:21,23 72:1,8 73:6 77:13,16,20 81:6,11 86:24 87:13 99:11 102:7 104:16 108:5 110:11 121:19 123:23 136:2,3,6,20, 21 138:4

**themselves** 135:23

**then** 4:20,21 6:10 10:3,18 17:5 18:7 19:4,13 20:7 31:15 39:10, 11 42:21 44:10,11 51:20,21,22 54:17 63:9

66:14 67:10 72:7 74:4,10 79:14 82:19 87:2 103:22 113:4,15 114:23 115:6 117:25 118:6 119:6 126:24 133:5,8 137:17 143:4 144:7
**there** 5:11,16 8:5,11 9:13 13:25 14:13, 14 19:1 32:15 33:10,13 35:3 36:10 42:16 45:21 46:20 47:23 48:19 50:23 51:1, 20,25 54:12 55:6,17,21,22 56:25 63:8 66:10 67:9,10 69:19 70:4 73:25 78:13 82:10 84:1,16 86:15 87:3 89:19 90:3,7, 16 91:3,15 94:9,17 96:7 98:22,23 100:7 110:15 114:21 118:8, 20 119:14 120:12 121:6 123:25 124:23 125:18 127:8 129:20,23 130:15 131:2 132:12 133:3 135:15,23 136:10,16 137:17 138:13,17 139:1,16,21 141:7,9
**Thereupon** 4:7
**these** 4:5 30:4 31:17,22 33:18 34:1,9 37:1 60:4,5 61:2 66:16 71:20 73:7 77:10 90:2 94:6,20 101:5 140:10
**they** 5:4 10:18 11:18 13:4 14:22,24 15:1,3,4,5, 18,21 16:2,7, 9,12,14,16, 20,22 17:1,5, 25 18:1,7,13, 21,24 19:4,5, 6,7,9,10,25 20:18,19,20, 21,25 21:3,8, 10,22,24 22:2,6,10,16, 24 23:4 24:13,17,18 31:3,4 33:15, 16 34:2 35:12,18,21 36:12 37:9, 10,18 39:9,16 42:5 46:3 62:3 64:21 65:1,7,12 66:16 69:9 70:9 71:11,24 73:5,16 75:17 76:22,23 77:8,23,25 78:1 81:2,4, 8,11 83:1 86:5 87:14, 16,17,20,23 88:1,9 93:19 94:8,11,20 95:23 96:2,5 99:4 103:22 105:2 107:13, 20,22 110:14, 20 116:6,11, 14 121:15,22, 24 123:12,14, 15 124:3,6,8, 11 125:12,15, 22 128:7,9,10 129:1 131:11, 24 133:2,12, 13 136:17,20 138:2,4,5,6,7 139:8 142:12, 19,20,21 143:2
**thing** 79:25 125:7 142:5
**things** 20:17 99:3 121:7 132:14 135:4 140:6,10
**think** 10:25 51:4 53:2 72:4 77:25 81:12,13 85:13 100:1, 16 121:12 123:25 124:9 125:1 131:23
**third** 8:2 10:19,20,24 14:4 72:17 78:15 115:5 140:21
**this** 5:10,21 7:6 15:6 16:3,16 18:4 19:18,20 23:3 24:21 33:12 36:10,22 44:23 45:1,4, 11,12,15 47:6,22,25 53:23 54:2,5, 21 55:2,6,22, 23 56:7,12,23 57:5,8 58:6, 19,25 59:2, 19,22 60:15, 19 61:10,13, 16 62:7,12 65:6,21 66:21 67:5,15,23 70:2 73:9,21 74:5 77:6 78:21,25 79:25 80:4 84:20,22,24 85:13,16 86:11,14,22 87:15,22 89:14,15 90:20 91:24 94:9,11,15 97:4 98:1 99:17 100:16 103:12 106:19 124:11,22 125:12 128:17 129:14 132:5, 20,23 136:8 137:13 139:2, 14 141:2,4,18 142:24 143:25
**those** 7:22 20:22 33:1 51:25 52:24 53:2 59:12 66:1,6 69:6, 19 70:10 88:20 93:21, 25 99:10 104:10 112:6 116:12 119:7, 11 121:7 124:5,10 128:6 130:1 133:1 136:10 140:6 141:24
**though** 11:22 80:6,11 133:16
**thought** 87:17 94:20 99:4 101:17 102:4 104:18,19,22 107:2,21 112:9 142:9
**threat** 135:23
**threatened** 103:13

**Three** 12:13
**through** 15:9 20:22 23:13 38:15 41:15 42:4 47:22 60:11 68:8,11 84:7 108:2 110:10 114:1 115:8 121:11 132:16 138:21,22 140:3 142:20
**throughout** 12:4 61:2 136:1
**Tillson** 17:10 22:4 34:6 36:25 68:16 94:1 101:12 104:4 124:13 133:25 136:16
**time** 5:11 6:13 8:5,11 9:5 10:2 12:16 13:3 14:10 16:14 17:15 18:16 20:12 28:9 31:15 32:6 33:9,11,17 34:5,7 37:2 38:6 40:23 42:16,19,25 44:12 49:17 50:23 53:10 54:7 55:18 59:4 61:25 62:17 67:22 71:12 72:17 73:20 74:20 75:23 81:10 84:1 95:19 98:1 101:4 103:13 110:11 115:5 116:3 118:10 129:9 136:19,21 140:7,9 142:3
**timeframe** 34:7 36:19 45:20 54:14 92:5
**timely** 55:9 57:2
**times** 60:15 109:24 110:7 138:17
**TIP** 47:15
**title** 10:25 11:19,22 12:2,6,9 41:19 113:7
**to** 4:4,19,20, 21 5:1,10,20, 23 6:3,10,13, 15,18 7:1,2, 3,6,15,22 8:12,14,22, 23,24 9:2 10:4,18,25 11:6 12:7,17 13:9,10,12,19 14:6,21,24 15:2,4,5,16, 18,20,23,25 16:5,7,9,10, 11,16,18,22, 23,24,25 17:1,6,7,16, 25 18:1,3,7, 10,11,13,15, 16,20,24 19:4,9,24 20:2,8,10,14, 18,19,20,22, 25 21:4,8 22:5,12,14, 16,24 23:1,2, 4,6,7,21,25 24:4,10,13, 17,24 25:6, 22,23 26:15, 16,19 27:22, 24 28:9,15 30:1,12,13, 15,17,18,19, 21,23 31:2,4, 5,6,8,10,13, 17 32:1,12, 17,19,21 33:5,6,11,12, 20,25 34:1, 11,12,25 35:3,5,11,14, 19 36:7,10, 14,21,23 37:2,5,7,8, 10,14,25 38:7,10,17, 19,24,25 39:2,7,9,13, 22,23,24 40:4,13,17 41:8,17,18, 23,24 42:1,6, 9,11,17,18, 24,25 43:1,9, 20 44:2,15, 16,18 45:8, 11,19 46:2,5, 10,12,14,23 47:2,13,14, 15,16 48:6,8, 10,13,16,18, 22,23 49:1,3, 6,8,12,14,18, 21,25 50:3,4, 7,9,17,18,22, 25 51:2,7,10, 12,15,18,23 52:2,6,11 53:17,18,21 54:16 55:5, 10,13,23 56:1 57:1,3,6,9, 10,14,17,24 58:18 59:10 60:3,4,5,12, 16,18,21,23 61:3,6,19,23 62:1,2,3,7, 11,15 63:12, 16,18,20,22, 24,25 64:2,5, 14,23,25 65:3,9,14,18, 22,25 66:2,5, 16,18,19,21 67:2,3,6,8, 13,14,15 68:17,20 69:1,21,22 70:1,2,6,11, 15,16,18,22 71:7,10,23 72:2,3,4,25 73:1,10,23 74:1,4,5,6,8, 12,18,19,21, 22 75:6,7,11, 14,22 76:4,8, 11,17,21 77:3,13,18,19 78:3,10,13, 19,22,23,25 79:3,11,15,18 80:1,11,12, 18,25 81:2,4, 10,15,16,19 82:4,9,10,12, 16,21 83:1,8, 14,21,24 84:6,13,14,15 85:2,9,13,19, 20,23 86:1,4, 9,18,19,24,25 87:3,4,7,10, 11,12,13,15, 21,25 88:2,9, 11,12,13,16, 18,24,25 89:2,15,19,23 90:2,4,9,13, 20 91:24 92:7,14,19, 21,25 93:12, 18,24 94:2,7, 11,12,13,16, 19,21,22,23 95:18,20,23 96:2,3,6,8,9, 13,15,23,25 97:6,7,15 98:16 99:3,4, 5,17,18

100:2,17,21, 22 101:1,6, 10,20 102:3, 18,21,23,24, 25 103:2,12, 19,22,25 104:1,4,6,9, 10,14,22 105:3,4,16, 18,21 106:4, 6,8,10,11,13, 20,22,24 107:1,4,7,11, 19,21 108:3, 5,10,15,18 110:14 111:24 112:1,7,8,12, 13,25 113:13, 14,16 114:4, 14,25 115:3, 4,17,19 116:9,10,14, 15,17,18 117:17,21,23 118:2,14 119:10,14 120:15,20 121:9,10,15, 16,22,23,24 122:1,6,8,9, 25 123:6,12, 13,16,17,20 124:4,6,9,10, 11,18 125:1, 6,12,15,22,25 126:3,14,17, 21,22,25 128:6,21 129:2,4,6,9, 10,12,21,24 130:10,17,23 131:1,12,17, 21 132:4,5 133:15,21,24 134:8,13,16, 17,25 135:3, 8,17,23,25 136:2,6,8,12, 18,22,25 137:8,9,16, 20,23 138:2, 6,7,18,20,21 139:8,21,23 140:2,10,19, 21 141:2,10, 11,12,21 142:4,5,10, 12,15,17,18, 20,21 143:2, 9,12,14,20,24 144:1,6

**today** 4:22 5:18,20,25 6:16 7:1,7,13 13:25 41:6 59:14 61:5 62:14 79:21 80:23 92:2 93:22 110:8 125:9 131:25 144:1,5

**together** 45:23 71:22 72:1 73:24 143:2

**told** 6:16 16:14 20:10 24:6,22,25 28:16 34:11 35:18 37:5 39:16 42:7,18 61:22 73:19 75:17 76:7 103:9 116:20 121:23 122:1 131:8 133:24

**tomorrow** 133:16

**tonight** 33:12

**too** 13:6 55:7 56:25 105:17 107:3,5

**took** 8:17 70:24 117:8 118:4,6

**top** 51:4

**topic** 33:9

**topics** 32:22 33:5

**Touche** 132:2

**tours** 13:7

**track** 123:14

**traditional** 29:3,8,10 107:3

**Traditionally** 138:6

**training** 122:11

**transcript** 143:25

**transition** 72:23 73:25 134:12,14,21

**transitioning** 73:22

**transitions** 72:24

**trouble** 123:24

**true** 115:24

**Trustees** 51:20

**truth** 4:4,5

**truthful** 128:1,7,12

**truthfully** 5:18 7:2

**try** 5:1 13:10 81:10 117:23 136:1

**trying** 10:25 48:22 82:21 94:12,13 119:10

**tuition** 117:8,9 120:3,6

**turn** 20:23 45:11 79:11

**turned** 133:20

**turnover** 43:5

**two** 11:5 16:11 17:8,9 18:25 19:2 51:25 57:23 65:18 71:20, 24 73:4,7 88:10 92:20 93:9 115:18 122:2 126:14

**two-** 92:21

**two-minute** 93:3

**type** 21:23 56:7 96:13 120:7 122:10 135:24

**Typically** 136:14

**typo** 55:19

## U

**Uh-huh** 80:24

**Uh-huhs** 5:3

**Uh-hum** 52:20 77:21 80:17 115:20 128:16,19 130:14 140:16 141:6

**ultimate** 100:24

**ultimately** 10:1 58:5 66:1,6 76:3 79:6

**unacceptable** 73:9

**unaware** 73:8

**under** 37:12 50:6 84:23 102:11 121:7

**undergo** 54:12

**understand** 4:23,24 5:5,7 19:23 22:5 41:9 42:9 64:5 87:4 94:17 107:4 108:12

**understanding** 46:18 72:14 97:10
**understood** 134:1
**unfortunately** 110:25
**universe** 119:4
**University** 10:15 112:17, 19
**unpack** 29:4
**until** 19:6,10 57:19
**up** 14:4 20:4 32:23 33:9 38:9 39:11 48:9 51:9,10 54:1 60:20 65:18 74:6,7 80:2,4,8,20 128:24 129:5 130:4 133:13 139:11
**uploaded** 84:13
**us** 87:21 103:23
**use** 58:12 130:21
**used** 22:2 48:13 84:14 87:7 122:13 128:21 129:21,24
**using** 129:1
**usually** 20:1
**ut-uhs** 5:3
**utilized** 87:24

**V**

**vacant** 57:19
**various** 48:1
**Varty** 21:5,6, 9,12 22:6,19 23:22 24:16 26:1 94:4,5, 22 95:1 115:17
**Varty's** 22:13
**verbal** 5:1
**version** 99:19
**very** 18:18 24:12 31:14 78:6 103:17 104:11 111:21 123:10,20,21
**vibrant** 22:10
**view** 128:12
**violation** 133:5,7,14
**vision** 60:8
**visit** 87:21
**vocal** 99:12
**voice** 18:8 37:8 47:3,4 83:14 103:11 120:22
**volunteered** 115:4
**vote** 95:19,23 96:2,7 97:21 98:1,22 138:9
**voted** 96:2,5, 8,9,13 98:15
**voting** 17:14

**W**

**waited** 19:6
**waive** 144:7,8
**Walden** 10:15
**walk** 42:4 84:7
**walked** 130:4
**walking** 5:20
**want** 17:6 18:13,15 20:22 21:8 22:24 23:7 27:24 28:24 55:23 67:6 72:2 74:7 78:19,22 82:8 83:1,24 90:2 94:15,21 99:18 110:14 122:1 126:17, 21,22,25
**wanted** 14:6 17:25 18:1,7 19:3,9 20:18, 19,20,25 21:3 22:10 25:6 26:16 28:21 29:4 31:4 33:12 39:22 42:24 61:19 62:1 65:18,25 66:5,16 68:17 71:23 73:23 74:6,19,22 76:11 81:22 85:2,9 97:15 107:19 112:1, 8 115:4 116:15 124:4 125:12,15,22 136:22 138:7, 17 140:10 142:5
**wants** 66:18
**warning** 73:10
**was** 4:9 6:12 7:25 8:2,3,9, 16,17 9:9,11 10:11,25 11:12,17,22 12:5,9,18 13:13 14:4, 19,21,25 15:14,21 16:2,3 17:1, 4,20,21 19:1, 8 20:10,19, 20,21 23:3 24:12 25:3,4 26:2,10,11, 19,20 27:15 28:1,9,16 29:6,12,25 30:2,5,7,17, 25 31:5,16, 20,22,24 32:2,5,6,7,9, 14,15,19,20 33:17 34:11, 21,22,23,25 36:16,19,24 37:2,7,13,23 38:1,13,14, 19,24 39:20, 21 40:11,15, 19 41:2,3,13, 16,20,24 42:12,18,19, 20,23 43:7,19 44:5 46:1 47:20 48:12, 24 49:3,6,11, 12,17,21,25 50:13,22,24, 25 51:13,17, 20,21,25 52:4,9,11,16, 18 53:14 54:4,19 55:7, 22 56:1,4,15, 20 57:1 58:6, 8,11,14,15 59:1,16 60:9, 15,18,19 61:3,7 62:5, 18,21,24 63:5,6,8,9 64:11,16 65:21 66:11, 12 67:4,5 68:2 70:18,22 71:8,9,10,13, 14 72:9,11, 17,25 73:16, 22 74:2,12,23 75:8,10,17,24 76:1,24,25 77:1 78:18 79:4,22,25 80:2,16 81:7,

12,13,25 84:5,16,20 85:16,22 86:6,12,14,23 87:6 88:5 89:8,11,14 92:11 93:2,18 95:14,15 96:5,7,15 97:3,10,14 98:22,23 100:7 101:17, 20,25 102:4, 5,11,12,15 103:7,9,13 104:13,18,19, 22 105:4,7 106:9,11 107:5,6,12 109:19 110:2, 13,15,17 112:25 113:10,16,22 115:1,3,16,24 117:2,5,14, 15,16 118:1, 5,7,8 120:20, 23 121:3,6, 21,23,25 122:1,3,7,25 123:6,18 125:2 126:10, 11 127:12,19, 20 128:20 129:4 130:7 131:19 132:3 134:1,13,23 135:21,23 136:16 137:12 138:3,7 139:14 140:6, 24 141:15 142:4 143:17 144:13,14

**washing** 75:18

**wasn't** 16:14, 23,24 17:3 25:7 55:6 56:25 67:4 73:25 76:7,10 88:4 94:11 97:13 102:20 140:8 142:3

**watch** 121:7

**way** 18:6 24:11 68:5 97:13 99:4, 17,18 119:17 129:14

**ways** 118:20 119:14

**we** 5:3,8,9,12 6:1 9:24 12:25 13:12 14:13 15:8 16:20 18:2,10 20:5,7,15 24:16 26:1 29:1 33:8,11 35:3 66:21 67:15,16,18, 22 68:11 71:23 72:7 73:6,23,24 85:9 86:24 87:1,2,7,8,9, 12,13,15 88:6,8,10 89:5,6 95:11 100:1 102:5, 24 103:12 105:15 106:11,13 110:24 115:6 116:10,18 117:9 118:6 119:6 121:10 122:13 127:3 138:21 139:23 143:15,16

**week** 39:13 71:13,14 81:7,10

**weekly** 140:4

**weight** 35:16 129:4

**Weiss** 9:17,20 10:17 13:14, 20 14:3,14, 17,19 15:2, 14,24 16:4 26:12 27:19 28:19 30:5 34:5 35:10 38:10 39:22 40:24 41:20 42:22 43:12, 16 44:3,6 45:12,18 46:19,22 48:9,25 49:11,16,20, 24 50:23 51:5,14,18 53:9,12 55:14 59:8 60:8,23 61:4 62:18,22 63:1 64:19,22 65:2,8,13 70:5,6 71:17 73:4,12 75:20 76:12,25 83:7 86:3 87:24 90:8,13 91:17,19 93:13,16,20 100:15 103:21 104:15 107:18 109:6 110:13, 17 111:9 112:24 113:20 117:2 124:15, 19 125:22 126:22 127:17 129:10 132:17 134:25 138:11

**Weiss-regina-00192** 139:1

**Weisses** 86:22 87:2 88:9

**welcome** 5:14 62:11 77:19 80:11 143:23

**well** 18:14,22 32:23 36:12 57:2 60:15 70:4 72:6 74:10 75:2 76:9 78:6 79:20 82:19 84:13 87:20 89:7,24 96:5 97:15 98:8, 10,14 100:8 101:25 102:24 112:4,12,13 116:3 121:15, 17 139:13 140:22 141:14

**went** 16:16 36:22 68:11

**were** 7:23 8:5 11:15,21 12:14,22 15:10 16:9 17:8,11 20:15 21:3 22:16 23:4 24:6 28:16 29:11 31:4 34:7,17 37:5,16,18 39:9,18 40:8 43:2 45:20 46:20 47:12 53:3 54:25 56:15 57:8,13 61:21 62:3 63:8,10,12, 15,20,24 64:2,20,25 65:7,25 66:5, 15 68:18,21 69:6,9,19,20 70:15 71:2, 20,24 73:3 75:11,15 76:16,18 81:2,4,21 82:2,21 84:2 85:6 86:7,11, 17,21 87:13, 15,16,20 88:17,18,20 94:6,8,11,17, 19 95:19 98:1,11 99:11

101:4 104:11 107:2,3,13 108:22,25 109:8,11,21 112:23 113:2, 20 114:10,20, 21 115:18,19 117:7 118:10 121:6,13 122:5 124:6, 15,25 127:4 128:6,17 129:1,20,23 130:1 134:24 136:17,25 137:17 138:4, 5,10,13,17,18 142:12

**weren't** 92:4

**what** 4:23 5:4 7:6,25 8:14, 24 9:2,5,9,20 10:2,23,25 11:12,20 12:16,22 13:16 16:2 17:24 18:5, 14,19 19:4 20:11 21:23 22:5,8,22 24:8 26:9,11, 14 27:18 28:18 29:9 34:14,25 35:9,11 36:19 37:6,9,10 40:23 41:16 42:21 44:8, 12,21,23 45:1,6 47:4, 9,12,20 49:10 50:11 51:13, 17 52:4 53:17,20 54:4,7,21,24 56:6,12,20 57:10 58:5,17 59:22 61:13, 25 65:5 66:11,25 68:6 70:14,25 71:19 73:14, 16,19 74:2 75:6,11,15,24 76:3 78:3,12, 15 81:21 83:20 84:5 86:21 87:6 88:23 90:19 92:21 93:15 98:10 102:23, 25 103:8,12, 25 105:20,23 106:7 107:3, 6,10 108:1,15 113:13,16 114:4 115:21 116:17 117:7 122:5,11,16 123:5 124:18 125:10,12,14 126:6,10 127:7,11,19 128:7,10 130:1,16 131:9,13,15 133:6,11 134:11 138:1 139:5,8,9,19, 25 140:17 141:9 142:17 143:7

**what's** 20:2 33:14 53:16 59:18 61:9 72:13 77:5,15 82:5 84:19 94:3 110:11 113:25 142:10,24

**whatever** 33:16 46:25 104:12

**whatsoever** 85:7

**when** 6:6,12 8:11,24 10:5, 9 13:23 14:19 17:11 21:22 22:6 24:6 31:14 32:14 34:7 37:2,18 38:9 39:11 40:8,12,15,20 42:19 43:1,4 47:18 53:23 54:5,11,14, 15,18,20 61:21 63:6,8 66:15 67:23 68:11,15 71:12,16 86:11,14 91:22 92:18 94:2,16,21 96:23 97:15 98:1,11,14 102:14,17 103:9 109:5, 17 110:2,13, 17 111:4,12 112:11,23 113:4,10,15, 23 114:20 118:4 122:10 123:3 124:15 127:3 129:9 130:4,19 131:19 135:2, 12,16 136:11, 25 142:21 143:1

**whenever** 117:14

**where** 8:3,21 9:11,15 10:13 13:13 19:5 33:14 38:22 42:16 55:13 84:1 94:18 96:12 105:1 112:15,18,20 117:20 118:1 142:24

**whether** 46:3, 12 63:20,24 88:24 95:20 97:7 98:15 106:23 122:25 123:6 135:3, 17 136:12 143:9

**which** 19:14 20:16 27:21 28:21 36:22 45:6 54:1 60:7,18 78:10 89:13 97:16 100:25 101:1 102:19 109:5 112:25 114:25 125:3 136:18, 22

**while** 7:22 10:11 45:20 53:12 60:11, 21 62:17 68:8 80:16 85:5 86:7 98:12 138:10

**White** 121:23

**who** 17:8 18:16 19:18 20:21 21:3,6 22:2 23:2 24:13,17,25 25:3 26:2 27:15,21 28:16 29:25 30:12,17 31:3,22 34:3, 20,23 35:5 37:16 44:18 45:3,4,11 52:9 56:15,18 63:16 64:2,5, 10 65:24 67:4 68:17 69:14 70:18,22 71:5 72:16 73:18 74:20,24 75:1,4 80:1, 18 88:18 90:19 92:11 93:24 96:25 99:15,25

102:10 104:6 106:1 111:22 116:5,20 120:3,23 124:11 127:21,22 128:24 131:24 133:24 134:24
**Whoever's** 22:19
**whole** 4:4 26:17
**whom** 34:4 35:21
**whose** 31:21 37:12
**why** 15:3 16:2,16 21:8 22:24 23:7 25:5 27:24 28:24 30:25 31:24 36:23 47:3 61:17 63:4 64:16 65:20 66:11 69:24 73:6,21 76:6,9 79:3, 18 80:25 87:1,13 93:19 101:17 102:4 104:9,22 126:20 127:1 129:1 130:3 136:18,22
**Wiggins** 80:15 130:2,3,6
**will** 4:21 5:9,12 6:15, 20,22,23 15:8 20:7 23:21 25:17 36:7 46:3 55:13 57:4 65:6 66:21 67:15, 19 72:3,8 73:5,16 89:5, 6 99:20,21 100:20 130:12 141:4 143:15, 16
**wished** 24:13
**with** 4:16 6:24 7:12 9:20,25 11:23,24 13:1,3,7 14:17 15:23 16:3,4,12,19 18:1,10 20:25 22:12 24:14 26:11,21 27:16,18 29:2,22 34:25 36:7 37:10,13 38:2,20 39:25 40:2,5 42:5, 11,14 43:3,16 44:23 47:13, 19 54:11 55:1,9,11,18, 24 56:23 59:4,7,11 60:8,12,22 63:20,24 64:8 66:17 67:19 69:9,14 71:21 72:24 73:1 74:1,22 76:2, 3,12 78:9 80:23 81:6, 11,25 82:2 83:4,15 85:6 87:6,11 88:7, 8,12,13 90:13,22,25 91:23 92:3 93:3,5,11,15 97:19 98:16 99:4 100:14 103:2,3,21 104:15 106:13 115:18 116:11 119:24 123:10,13,15, 20 124:1 126:25 129:2, 21,24 131:10, 15,19 132:16, 19 138:25 141:23 142:18
**within** 47:24 119:7 140:5
**witness** 4:6 19:17 48:20 85:1,8,11 92:10,25 96:18 109:11 110:18,20 143:23 144:6, 8,13
**witness'** 67:14
**won't** 15:6
**Woo** 130:15
**words** 20:7,9, 10 107:1 116:9,12 124:5,6
**work** 7:25 8:8 9:13 10:16,20 12:11 16:18 46:2 51:5 57:3 59:4 67:22 81:7,9 82:25 122:8 123:15,20 127:5 129:9 134:8,25
**worked** 11:13, 24 43:15 46:21 47:1 55:1 62:17 73:24 113:19 122:19 127:16
**working** 7:23 8:6 9:5 12:4 13:6,14 14:19 43:12 44:2 53:12 55:3,18 56:23 60:11 85:6 122:14, 16 123:9,13
**works** 47:7 87:18 128:12
**worry** 37:8
**worth** 71:19 76:7,10
**would** 5:8,14, 17 9:18 11:6 13:9 14:10 15:2,11 16:18,19 17:3,4,5,17 21:23 23:24 24:2 25:20 27:11 31:18 33:2 34:3,4 37:9 38:10,22 40:24 41:13 42:7 43:16,20 44:12,15,18 45:23 51:6,8 52:7,24 53:23 55:18 58:9 60:3,13 61:22 70:5,9 71:11 73:11 78:3 81:10 83:7, 10,16 84:15 86:24 87:8 88:23,24 89:3 93:8 97:16 98:1,14 100:17 102:12 103:11 108:3, 5,10,24 112:10 114:13 117:14,20,21, 23,25 118:13, 15,16,17 119:24 120:16 121:10 123:19 124:19,24 125:3,5,6 126:25 127:1 128:7,9,10 129:6,12,15 131:18 132:5, 22 135:5,8, 16,22 136:4, 5,7,9 137:3, 15,18 139:8 141:10,20 142:21 143:2

Case 9:19-cv-80913-RKA Document 42-1 Entered on FLSD Docket 07/01/2020 Page 85 of 87


**wouldn't** 18:21 55:7 81:11 115:23 121:25 129:14 136:14
**write** 54:19 61:17 93:10
**writing** 54:9, 17 84:12 107:8,11
**written** 73:10,16 141:20 142:1
**wrong** 55:25 87:6 99:11

**Y**

**year** 9:14 10:18,19 14:4,12 17:18 19:15 20:1,3, 12 32:7 36:22 38:23 39:17 42:24 43:2 46:2,4,13,16, 21 47:1 53:20 55:2,4,6 56:12,23 57:7 58:21,25 59:2,11,22 60:3 62:5 84:9 86:24 87:20 94:6 102:16,17 106:12 110:2 113:18,19 117:19 118:2, 5,8,14 123:4, 6 124:20 136:1,5 137:13 139:8 140:1,15,18 141:16 142:13
**yearly** 60:4
**years** 10:22 11:5 12:4,13, 20 19:1 43:16 46:19 55:2 57:23 74:21 104:25 122:14,24 123:9 124:16, 17 132:13,18 133:9,12
**yes** 4:15,18, 25 7:11,17,24 8:7,13 12:15, 23 13:22 14:1 15:21 17:13, 23 21:2,15, 17,19 22:9 23:14,16,18 24:5,23 25:12,14,21, 25 27:2,4,6, 8,12 28:6,14 29:15,17,19 30:11 31:23 32:4,13 33:3, 24 36:2,4 37:20,22 38:8,18 40:10,14,18, 22 42:18 43:10,18 44:17,25 46:9,24 47:8, 11 48:11 49:2,5,9,15, 19,23 50:10, 18 51:3,17 52:3,23 55:23 56:9 57:21 58:4,12,13 59:13,21 62:16 64:15 65:4,16 68:23 69:5,11 70:13,17 71:4 72:22 74:6,14 75:3,23 79:2, 10,13,17,24 80:7 81:22,24 82:3,12 83:5, 18,22 84:4 85:1,8,11,15, 18,21,25 86:2,13,20 88:3,19 89:17,21,25 90:18 92:6 93:14,23 95:22 96:5, 19,22 97:23 99:9 100:13 101:3,22 102:2,9,22 103:7,15,18 104:21 105:22 107:25 108:14,23 109:4,12,16, 23 110:6,23 111:1,3,14, 20,23 112:22 113:9,12,18 114:12,15,18 115:25 116:8, 16 117:6,18 118:12,19 119:1,3,5,16 120:1,4,8,22 121:2,5,16 123:2 126:2, 13,16 127:6, 18 128:2,5,9, 13 129:25 130:22 131:5 132:9,15,21, 24 133:23 134:4,10,19, 23 135:7,10, 19 137:17,25 138:12,16,23 139:4,16,18 141:17 142:1, 6 144:10,12
**yeses** 5:2
**you** 4:3,13, 16,21,22,23, 24 5:6,9,10, 16,17,20,21, 23 6:3,10,13, 15,17,22 7:1, 3,6,9,12,15, 22,23 8:5,8, 11,14,17,21, 24 9:2,5,13, 15,20,25 10:2,5,9,13, 16,20,23 11:3,12,15,20 12:3,8,11,14, 16,19,21 13:19,23,25 14:2,9,15 15:5,6,8,10, 14,18,22 16:6,9,10,16, 18 17:8,11, 13,15,16,17, 20 18:5,12, 14,16,17,20, 22 19:9,10,19 20:4,7,9,16, 17,19,20,25 21:4,8,22 22:2,5,12,16, 19 23:3,4,7, 10,19,24 24:2,6,8,20, 22,25 25:5,8, 20,23 26:4, 21,23 27:11, 16 28:3,5,9, 16 29:8,9,22 30:9,25 31:5, 10,21,25 32:9,14,22 33:7,22 34:25 35:5,8,11,13, 16,24 37:4,5, 6,16,18 38:9, 15 39:4,5,11, 14,18,25 40:2,5,8,23 41:6,10 42:10,16,21 43:1,2,4,7, 11,16,24 44:2,12,21,23 45:3,11,20 46:11,19 47:3,5,9,20,

21,23 48:18, 23 49:10,17, 21,25 50:7, 11,15,16,17 51:4,12,16,23 52:12,18,21, 24 53:2,5,10, 16,17,18,21, 23,25 54:4,5, 8,9,11,24 55:13,17,20, 23 56:2,6,8, 15,22 57:8, 10,13,24 58:2,5,17,19, 23 59:14,18 60:1,24 61:2, 4,9,10,17,21 62:1,7,11,12, 13,17 63:4,6, 8,10,12,15, 20,24 64:2,5, 16 65:5,16, 23,24 66:4,9, 15,16,18,20, 23,25 67:6,9, 11,12,13,18, 19,23,24,25 68:5,6,7,12, 15,24 69:3,6, 12,14,16,20, 24 70:3,15, 18,22 71:2,7, 12,16,21,23 72:2,7,13,15, 20,23 73:1,3, 14,15,18,21 74:3,4,9,10 75:13 76:6,9, 15,21,22 77:1,5,6,10, 13,15,19 78:3,5,9,12, 17,18,22,25 79:3,6,9,11, 14,15,18 80:4,6,10,18, 20,25 81:4, 15,20,21 82:2,8,9,12, 13,15,16,17, 21 83:3,6,7, 10,13,14,16, 19 84:1,7,10, 15,19,24 85:3,5 86:7, 11,17 87:3,4, 22 88:17,20 89:6,13,15, 18,20,23 90:2,3,5,7, 11,12,17,22, 25 91:3,4,9, 12,15,22,23 92:2,3,4,5,7, 13,15,16,18, 19,21,24,25 93:2,4,11,12, 15,16,22,24 94:2,9,11,13, 14,15 95:1,4, 7,10,13,19 96:20,23,25 97:21,22 98:10,11,18 99:2,3,7,8, 10,15,16,17, 18,19,25 100:1,11,16, 17,21,24 101:4,5,6,10, 14,16 102:3, 8,10,14,20, 23,25 103:2, 5,8,12,14,17, 19,23,25 104:3,4,9,17, 18,19,22 105:2,3,11, 16,21,23 106:1,3,7,15, 20,25 107:1, 3,12,18 108:3,7,12, 15,18,21,24, 25 109:2,8, 11,12,14,21, 24 110:4,7,11 111:2,4,6,9, 12,18,21 112:5,15,18, 20,23,25 113:2,4,5,6, 7,10,15,17, 19,20,22 114:4,8,10, 14,16,20,21, 22 115:9,13, 17,22 116:4, 5,9,14,15,17, 20,23 117:1 118:10,13,18, 20,23 119:2, 10,11,12,17, 23 120:2,6,9 121:12,18,19, 20 122:17,24 123:3,5 124:3,6,11, 14,15,20,24 125:3,5,6,9, 10,18,22,25 126:3,6,15,17 127:3,13,24 128:3,6,17,20 129:1,6,10, 14,15,17,20, 23 130:3,8, 10,12,15,21 131:1,2,4,6, 9,13,17,21,25 132:4,12,15, 18,19,22 133:14,19,20, 21,24 134:1, 5,8,11,24 135:2,5,11, 12,16 136:8, 11,12,20,25 137:1,3,4,7, 8,11,12,20, 22,24 138:1, 10,14,18 139:3,5,9,15, 19,20,25 140:10,17 141:8,22 142:5,8,14,17 143:7,15,19, 22,24 144:2,7

**You're** 143:23

**young** 106:14

**younger** 22:17 29:1,5 102:6 116:11,15,18, 21,24

**your** 7:1,2,9, 15,25 8:18 9:25 10:1,2, 3,6,9,13 11:9 12:22 13:12, 13,16,18,20 14:16,17,19 15:6,23,24 16:3 19:19,25 20:16 31:10 34:14,21,23 38:15,25 40:19 42:4 46:18 47:3 48:24 49:11 51:4 52:11 53:2 54:24 55:18 56:22 57:16 58:23 59:12 60:1 68:18 70:8 73:8 75:2 77:10 78:9 79:22,23 80:11 81:4, 16,23,25 83:14,19 86:21 88:11, 24 90:5,11 91:16,24 92:2,23 93:8 94:19 95:18 97:6,10 99:5, 17,18,19 100:17 106:22 107:23 111:12,16,18 112:15,18,20 113:7,10,16 114:10 119:11

127:16 128:1, 3,11 131:6,9, 17,21 132:1, 4,17,18 135:12 136:24 142:3

**yours** 121:13

**yourself** 14:14 77:20 82:16 132:22